IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KERRY JOHNSON and SHARON ANDERSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GEICO CASUALTY COMPANY, GEICO GENERAL INSURANCE COMPANY, and GEICO INDEMNITY COMPANY,<br><br>Defendants. | C.A. No. 1:06-cv408<br><br>NON-ARBITRATION<br>TRIAL-BY JURY DEMANDED<br><br>CLASS ACTION |

**STIPULATION TO EXTEND TIME TO
RESPOND TO DEFENDANTS' MOTION TO DISMISS**

It is hereby stipulated by counsel for Plaintiffs Kerry Johnson and Sharon Anderson, on behalf of themselves and all others similarly situated, and Defendants GEICO Casualty Company, GEICO General Insurance Company, and GEICO Indemnity Company, subject to approval by the Court, that the deadline by which Plaintiffs shall respond to Defendants' Motion to Dismiss will be extended to August 17, 2006.

CROSS & SIMON, LLC

_____
Richard H. Cross, Jr. (No. 3576)
Christopher P. Simon (No. 3697)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200
*Attorneys for Plaintiffs*

LAW OFFICES OF DAWN L. BECKER

_____
Gary Alderson (No. 3895)
Dawn L. Becker (No. 2975)
Citizens Bank Center
919 Market Street, Suite 725
Wilmington, DE 19801
*Attorneys for Defendants*

SO ORDERED.

Date: July ___, 2006

_____
United States District Court Judge