IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KERRY JOHNSON and<br>SHARON ANDERSON,<br>on behalf of themselves and all<br>others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GEICO CASUALTY COMPANY,<br>GEICO GENERAL INSURANCE<br>COMPANY, and GEICO INDEMNITY<br>COMPANY,<br><br>    Defendants. | C.A. No. 1:06-cv408 (JJF)<br><br>NON-ARBITRATION<br>TRIAL BY JURY DEMANDED<br><br>CLASS ACTION |

**PLAINTIFFS' MOTION FOR LEAVE TO
EXTEND LENGTH OF ANSWERING BRIEF**

    Plaintiffs, on behalf of themselves and all others similarly situated, by and through undersigned counsel, hereby move for leave to file their Answering Brief in Opposition to Defendants' Motion to Dismiss in excess of the page limitations set forth by Del. LR 7.1.3. In support of this Motion, Plaintiffs respectfully aver as follows:

    1.    Pursuant to Del. LR 7.1.3(a)(4), answering briefs shall not exceed forty (40) pages in length without leave of Court.

    2.    Defendants' Motion to Dismiss and Opening Brief filed in support of their Motion to Dismiss seeks dismissal of all nine counts of Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 9 and 12(b)(6), and includes allegations that Plaintiffs have failed to plead claims with particularity. Defendants further attack Plaintiffs' class certification averments. While Plaintiffs believe Defendants' arguments are premature, Plaintiffs have submitted a full and complete response. The issues raised in Defendants' Motion to Dismiss required Plaintiffs to address each

and every claim, and to demonstrate why and how Plaintiffs have pleaded claims sufficiently under applicable law to defeat the Motion to Dismiss. While Plaintiffs have worked diligently to present an efficient response, Plaintiffs believe the page limitation set forth in D. LR 7.1.3 will prejudice their ability to respond adequately to Defendants' arguments. For that reason, Plaintiffs respectfully request that this Court grant them leave to file a responsive brief totaling fifty-one (51) pages, exclusive of tables of content and authorities.

WHEREFORE, Plaintiffs respectfully request that they be permitted to submit an Answering Brief in Opposition to Defendants' Motion to Dismiss not to exceed fifty-one (51) pages in length.


Dated: August 24, 2006                               CROSS & SIMON, LLC
       Wilmington, Delaware


                                                     By: /s/ CPS
                                                     _____
                                                     Richard H. Cross, Jr. (No. 3576)
                                                     Christopher P. Simon (No. 3697)
                                                     Kristen Healey Cramer (No. 4512)
                                                     Kevin S. Mann (No. 4576)
                                                     913 North Market Street, 11th Floor
                                                     P.O. Box 1380
                                                     Wilmington, Delaware  19899-1380
                                                     (302) 777-4200
                                                     (302) 777-4224 facsimile

                                                     Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KERRY JOHNSON and<br>SHARON ANDERSON,<br>on behalf of themselves and all<br>others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>GEICO CASUALTY COMPANY,<br>GEICO GENERAL INSURANCE<br>COMPANY, and GEICO INDEMNITY<br>COMPANY,<br><br>  Defendants. | C.A. No. 1:06-cv408 (JJF)<br><br>NON-ARBITRATION<br>TRIAL BY JURY DEMANDED<br><br>CLASS ACTION |

**ORDER GRANTING PLAINTIFFS' MOTION
<u>FOR LEAVE TO EXTEND LENGTH OF ANSWERING BRIEF</u>**

UPON CONSIDERATION OF Plaintiff's Motion for Leave to Extend Length of Answering Brief (the "Motion"),

IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion is hereby GRANTED;

2. Plaintiffs' are hereby granted leave to file a brief 51 pages in length, exclusive of tables of content and authority, in response to Defendants' Motion to Dismiss and Opening Brief filed in Support of Motion to Dismiss, filed June 30, 2006.

Dated:_____

_____
The Honorable Joseph J. Farnan
United States District Court

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of August 2006, a true and correct copy of the foregoing Motion For Leave To Extend Length Of Answering Brief was served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

Dawn L. Becker, Esquire
Gary Alderson, Esquire
LAW OFFICES OF DAWN L. BECKER
Citizens Bank Center
919 Market Street, Suite 725
Wilmington, DE 19801

**BY FIRST CLASS MAIL**

George M. Church, Esquire
Laura A. Cellucci, Esquire
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland  21202

_____
Christopher P. Simon (No. 3697)