## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

KERRY JOHNSON and )
SHARON ANDERSON, )
on behalf of themselves and all )
others similarly situated, )
)
        Plaintiffs, )    C.A. No. 1:06-cv408 (JJF)
)
v. )
)    NON-ARBITRATION
GEICO CASUALTY COMPANY, )    TRIAL BY JURY DEMANDED
GEICO GENERAL INSURANCE )
COMPANY, and GEICO INDEMNITY )
COMPANY, )
)    CLASS ACTION
)
        Defendants. )

## OPENING BRIEF IN SUPPORT OF MOTION
## FOR LEAVE TO AMEND COMPLAINT

Richard H. Cross, Jr. (No. 3576)
Christopher P. Simon (No. 3697)
Kristen Healey Cramer (No. 4512)
Kevin S. Mann (No. 4576)
CROSS & SIMON, LLC
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200
(302) 777-4224 facsimile

Attorneys for Plaintiffs

Dated: August 24, 2006

# TABLE OF CONTENTS

TABLE OF CONTENTS…………………………………………………………i, ii

TABLE OF AUTHORITIES……………………………………………………….iii

NATURE AND STAGE OF PROCEEDINGS …………………………………..1

SUMMARY OF ARGUMENT…………………………………………………….3

STATEMENT OF FACTS……………………………………………………… 4

     A.    Allegations Specific To Plaintiff Kerry Johnson…………………………5

     B.    Allegations Specific To Sharon Anderson……………………………..8

ARGUMENT………………………………………………………………………12

     A.    Leave To Amend Shall Be Freely Given…………………..……………12

     B.    Plaintiffs Amendments Should Relation Back To
        April 19, 2006……..…..…….. …………………………………………14

CONCLUSION……………………………………………………………………17

## EXHIBITS

Dr. John Moore order for physical therapy…………………………………………A

Dr. Barry Bakst August 11, 2004 typed report……………………………………...B

Medical Bills and Medical Records sent to GEICO……………..………………….C

Medical Authorization sent to GEICO……………………………..……………….D

Neurology Associates bills submitted to GEICO…………….…………………….E

Explanation of Benefits submitted to GEICO by Kerry Johnson…………………F

GEICO letter dated September 20, 2004……………………………………………...G

Letter from Delaware Recovery Systems, Inc………………………………………....H

Dr. Jones detailed typed report dated November 14, 2005………………………….I

Stoney Batter Family Medicine Billing Statement Summary……………………………J

Explanation of Benefits submitted to GEICO by Sharon Anderson ...……………….....K

Explanation of Review..………………………………………………………………L

Pro Physical Therapy billing summary…………………………………………………..M

Letter from GEICO with related entities listed………………..………………………N

## TABLE OF AUTHORITIES

**Cases**

*Conley v. Gibson,*
355 U.S. 41, 78 S.Ct. 99, 2 L.Ed.2d 80 (1957)...............................................................12

*Enzo Life Sciences, Inc. v. Digene Corp.,*
270 F.Supp.2d 484 (D. Del. 2003)..................................................................................13

*Foman v. Davis,*
371 U.S. 178 (1962).................................................................................................12, 13

*In re Burlington Coat Factory Sec. Litig.,*
114 F.3d 1410 (3d Cir. 1997) .........................................................................................13

*In re ML-Lee Acquisition Fund II, L.P. and ML-Lee Acquisition Fund*
*(Retirement Accounts) II, L.P. Securities Litigation,*
848 F.Supp. 527 (D. Del. 1994).......................................................................................12

*Lorenz v. CSX Corp.,*
1 F.3d 1406 (3d Cir. 1993) .............................................................................................13

*Willard Dairy Corporation v. National Products Corporation,*
373 U.S. 934, 83 S.Ct. 1534, 10 L.Ed.2d 691 (1963) .....................................................12

**Statutes**

6 <u>Del</u>. <u>C</u>. §§ 2513 and 2532 ................................................................................................1
18 <u>Del</u>. <u>C</u>. § 2301 *et seq* .........................................................................................................1
21 <u>Del</u>. <u>C</u>. § 2118 ...............................................................................................1, 4, 8, 11
21 <u>Del</u>. <u>C</u>. §§ 2118B ........................................................................................1, 4, 5, 8, 11
18 U.S.C. 1962..................................................................................................................1

**Rules**

Del. LR 15.1 ......................................................................................................................2
Fed. R. Civ. P. 4(m) ...................................................................................................15, 16
Fed. R. Civ. P. 9 .............................................................................................................13
Fed. R. Civ. P. 12(b)(6) ..................................................................................................13
Fed. R. Civ. P. 15(a).............................................................................................3,12,14
Fed. R. Civ. P. 15(c).................................................................................................3, 14, 15
Fed. R. Civ. P. 15(c)(1)...................................................................................................15
Fed. R. Civ. P. 15(c)(2).............................................................................................15, 16
Fed. R. Civ. P. 15(c)(3).............................................................................................15, 16

## <u>NATURE AND STAGE OF PROCEEDINGS</u>

On April 19, 2006, Plaintiffs filed an action seeking recovery of compensatory, punitive and treble damages, reasonable attorneys' fees, and declaratory and other relief arising from defendants' breaches of insurance contracts; bad faith breaches of insurance contracts; violations of 21 <u>Del</u>. <u>C</u>. §§ 2118 and 2118B, 6 <u>Del</u>. <u>C</u>. §§ 2513 and 2532, 18 <u>Del</u>. <u>C</u>. § 2301 *et seq*., and 18 U.S.C. 1962; common law fraud; and otherwise wrongful refusal to honor its contractual obligations arising under certain policies of automobile insurance issued by GEICO Casualty Company, GEICO General Insurance Company, and/or GEICO Indemnity Company (collectively, "GEICO" or "Defendants"), to members and representatives of the proposed plaintiff class.

This is a class action brought on behalf of those of GEICO's Delaware policyholders who submitted covered claims for medical expenses or other benefits under Personal Injury Protection (or "PIP") coverage issued as part of GEICO's insurance contracts, or who were otherwise entitled to GEICO's performance under such coverage; but who, owing to GEICO's unreasonable, unfair, fraudulent, deceptive and otherwise wrongful conduct (as shown by the regular, routine and consistent pattern and practice of claims), were denied the benefits and performances to which they were entitled.

On June 27, 2006, GEICO filed a Notice of Removal to remove this case from the Superior Court for the State of Delaware to the United States District Court for the District of Delaware.

On June 30, 2006, GEICO filed a motion to dismiss and opening brief in support of the motion to dismiss (the "Motion to Dismiss").

On August 24, 2006, Plaintiffs filed an answering brief in response to GEICO's motion to dismiss, simultaneously with this motion for leave to amend the complaint and case caption.

In response to the Motion to Dismiss, Plaintiffs believed it was prudent to amend their Complaint to address some of the arguments set forth in the Motion to Dismiss, and to add additional defendants. Plaintiffs have filed a Motion for Leave to Amend the Complaint, contemporaneously herewith. Pursuant to Del. LR 15.1, Plaintiffs have attached a copy of the proposed amended Complaint to the Motion for Leave to Amend the Complaint, as well as a form of the amended Complaint indicating in what respect it differs from the Complaint.

## **SUMMARY OF ARGUMENT**

Plaintiffs should be allowed leave to amend their complaint and case caption because they meet all of the requirements of Federal Rule of Civil Procedure 15(a). Leave should be freely given and Plaintiffs seek leave to amend so that they may supplement the facts and allegations of their complaint. Plaintiffs are not acting in bad faith or with dilatory motives, and there has been no undue delay in filing this motion. Additionally, Plaintiffs seek to add Government Employees Insurance Company, and Criterion Insurance Agency, Inc. (Colonial Mutual Ins.) as defendants as these entities sell insurance in the State of Delaware and, on information and belief, have engaged in conduct described in the Complaint. These entities are, or should be on notice of this action.

Plaintiffs' proposed amended complaint should relate back to the date that the original complaint was filed because it meets all of the requirements of Federal Rule of Civil Procedure 15(c). The proposed amendments arise out of the same conduct as the allegations in the original pleading and newly added defendants had, or should have had, notice of the complaint within 120 days of the filing.

3

## STATEMENT OF FACTS

GEICO Casualty Company, GEICO General Insurance Company, and GEICO Indemnity Company are prolific underwriters of automobile insurance policies issued in Delaware and nationwide; those policies include coverage for liability and first-party no-fault medical benefit protection for persons injured while driving or occupying motor vehicles. On information and belief, Government Employee Insurance Company, Criterion Insurance Agency, Inc. (Colonial County Mutual Ins.) (hereafter, GEICO Casualty Company, GEICO General Insurance Company, GEICO Indemnity Company, Government Employee Insurance Company, Criterion Insurance Agency, Inc. (Colonial County Mutual Ins.) shall be collectively defined as "GEICO") also contract with Delaware residents for automobile insurance, including no-fault coverage. In Delaware, such no-fault coverage is known as "personal injury protection" or "PIP." (Compl. ¶ 6.) For years, GEICO has sold PIP coverage to its customers, and it derives substantial revenues and profits from the sale of such insurance products in Delaware. (Compl. ¶ 7.) This proposed class action addresses GEICO's improper handling of PIP claims.

When an individual is injured in an automobile collision, a no-fault policy is intended to provide coverage for medical bills incurred, and wages lost as a result of the accident. Legislators have intended such policies – which are mandatory in Delaware – to provide immediate coverage following an accident, regardless of who is at fault. When an insurer such as GEICO mishandles or improperly fails to reimburse an insured for medical bills, the insured is responsible for making payment to its medical provider.

The Complaint details GEICO's fraudulent and illegal practices. Under 21 <u>Del. C</u>. §§ 2118 and 2118B, and under GEICO's contractual obligations, GEICO must provide

4

PIP benefits for reasonable and necessary medical expenses that arise from injuries sustained in automobile accidents.  (Compl. ¶ 11.)  If these three elements -- reasonableness, medical necessity and causation -- are met, GEICO must pay the full amount of the expense incurred, subject to other statutory limitations. (*Id.*)

GEICO has engaged in the systematic delay or denial of full PIP benefits to Delaware claimants in violation of their contractual obligations and the law, and without reasonable basis.  (Compl. ¶ 13.)  Additionally, GEICO routinely fails to pay PIP claims in Delaware within the thirty-day statutory period under 21 <u>Del</u>. <u>C</u>. § 2118B.  (Compl. ¶ 15.)  Additionally, GEICO wrongfully and arbitrarily denies PIP benefits without obtaining any independent medical or expert opinion justifying the termination of medical treatment for reasons of medical necessity or causation. (Compl. ¶ 19.)

### A.   <u>Allegations Specific To Plaintiff Kerry Johnson</u>

In response to the Motion to Dismiss, Plaintiffs seek to amend the complaint to plead additional facts regarding Plaintiff Kerry Johnson.

Mr. Johnson purchased GEICO insurance because he thought it would fully cover him in the event of an automobile accident.  Mr. Johnson paid his insurance premiums to GEICO.

Plaintiff Kerry Johnson was injured in an automobile collision in New Castle County, Delaware on or about July 16, 2004.  (Compl. ¶ 20.)  Mr. Johnson was a named insured under a GEICO auto policy on the date of the accident. (*Id.*)

In connection with his claim for PIP benefits, Mr. Johnson has been subjected by GEICO to the systematic practices complained of above.  (Compl. ¶ 21.)  GEICO has delayed payment of covered PIP benefits to Mr. Johnson without reasonable justification.

(Compl. ¶ 22.)  By its own admission, GEICO concedes that Mr. Johnson submitted medical bills totaling $16,720 in connection with his claim and GEICO has paid a total of $11,870. (*See* Notice of Removal at 6.)

GEICO has denied payment of covered PIP benefits to Mr. Johnson without reasonable justification. (Compl. ¶ 23.) GEICO denied payment of covered PIP benefits purportedly because "[t]he procedure billed exceeds the level of service required by the diagnosis given or the condition for which this patient is being treated," notwithstanding the fact that GEICO conducted no medical examination of Mr. Johnson prior to making that determination. (Compl. ¶ 24.)

Specifically, Mr. Johnson received medical treatment from various providers including Family Practice Associates, P.A., Rehabilitation Associates, P.A., Delaware Neurosurgical Group, P.A., and Neurology Associates.  Mr. Johnson and his attorney provided medical bills and medical records to GEICO.  These medical records documented the medical care providers' diagnosis, prognosis and treatment plan for Mr. Johnson. Dr. John Moore, Mr. Johnson's family doctor, ordered Mr. Johnson to undergo physical therapy as a result of the accident.  (Exhibit A.)  Dr. Barry Bakst, of Rehabilitation Associates, P.A., clearly wrote in his August 11, 2004 typed report that Mr. Johnson sustained exacerbated cervical spine pain, exacerbated lumbosacral spine pain, exacerbated anxiety/depression, myofacial pain, and thoracic strain as a result of the July 16, 2004 automobile accident. (Exhibit B.)  Further, Dr. Bakst states, "The initiation of rehab and chiropractic care and my treatment is 100 percent related to the motor vehicle accident of 7/16/04."   (Exhibit B, p. 3-4).

Mr. Johnson repeatedly provided GEICO with both medical bills and medical records evidencing reasonable and necessary treatment. (*See, e.g.*, Exhibit C.) In addition, Mr. Johnson executed a medical authorization so that GEICO was able to request the records from the medical providers directly. (Exhibit D.)

Even though Mr. Johnson satisfied his burden of proof by submitting medical records detailing that his injuries and treatment were related to the July 16, 2004 accident, and reasonable and necessary, GEICO refused to make full and prompt payment. For example, when Mr. Johnson submitted bills from Neurology Associates for services performed on November 17, 2004 for brachial neuritis and thoracic and lumbosacral neuritis, GEICO reduced payment on a cervical CAT scan by ten dollars. The bill was $731.00 and GEICO paid $721.00, providing the explanation that, "[t]he charge for the services exceeds an amount which would appear reasonable when compared to the charges of other providers in the same geographic area." (Exhibit E.) GEICO continued to use the same rationale to reduce payments for physical therapy: GEICO paid $52.31 of a $67.00 exercise bill; $37.00 of a $38.00 stimulation bill; $60.00 of a $62.00 manipulation bill; $60.00 of a $90.00 office visit bill; $94.00 for a $98.00 group therapy bill; $385.00 of a $536.00 bill for electromyography performed on September 16, 2004. (Exhibit F.)

GEICO added another "explanation" for reducing payment on a bill for an office visit on August 11, 2004 to Rehabilitation Associates. GEICO paid $109.15 of a $214.00 office visit bill and provided the following reason: "The procedure billed exceeds the level of service required by the diagnosis given or the condition for which this patient is being treated." (Exhibit F, p. 6.) This "explanation" is a medical conclusion that is

7

absolutely disallowed without justification and without reliance on a medical expert opinion. GEICO did not have such a medical expert at the time it denied payment in full.

GEICO has stated that if Mr. Johnson requests further consideration of any bill balances, a written response from the provider and the bill balance from the insured should be resubmitted. (Exhibit G.) As stated, Mr. Johnson routinely submitted medical records with the medical bills and the providers often submitted the bills as well. GEICO still did not pay these bills in full.

Mr. Johnson and his personal injury attorney have been advised by a collection agency, Delaware Recovery Systems, Inc., on behalf of Rehabilitation Associates, that if said attorney does not provide a letter of protection promising to pay the balance, they will "take appropriate action to collect the balance." (Exhibit H.)

Additionally, GEICO has failed to pay or deny Mr. Johnson's claims for PIP benefits within thirty days of its receipt of the same, in violation of 21 Del. C. §§ 2118 and 2118B. (Compl. ¶ 25.)

GEICO has applied its fraudulent "usual and customary" scheme to Mr. Johnson's claims for PIP-related medical expenses. (Compl. ¶ 26.) GEICO has thereby failed to pay the reasonable and necessary medical expenses arising from Mr. Johnson's July 16, 2004 collision, in violation of 21 Del. C. §§ 2118 and 2118B and its contractual obligations. (Id.)

### B.    Allegations Specific to Sharon Anderson

In response to the Motion to Dismiss, Plaintiffs seek to amend the complaint to plead additional facts regarding Plaintiff Sharon Anderson.

Plaintiff Sharon Anderson purchased GEICO insurance because she thought it would fully cover her in the event of an automobile accident. Ms. Anderson paid her insurance premiums to GEICO.

Plaintiff Sharon Anderson was injured in an automobile collision in New Castle County, Delaware on or about August 3, 2004. (Compl. ¶ 27.) As alleged above, Ms. Anderson was a named insured under a GEICO auto policy on the date of the accident. (*Id.*)

In connection with her claim for PIP benefits, Ms. Anderson has been subjected by GEICO to the systematic practices complained of above. (Compl. ¶ 28.) GEICO has delayed payment of covered PIP benefits to Ms. Anderson without reasonable justification. (Compl. ¶ 29.) By its own admission, GEICO concedes that Ms. Anderson submitted medical bills totaling $7,659 in connection with her claim, and GEICO has paid a total of $5,897. (Notice of Removal at 6.)

GEICO has denied payment of covered PIP benefits to Ms. Anderson without reasonable justification. (Compl. ¶ 30.) GEICO denied payment of covered PIP benefits purportedly because it determined that Ms. Anderson's treatment "would provide no therapeutic benefit during the chronic period of the diagnosed conditions," notwithstanding the fact that GEICO conducted no medical examination of Ms. Anderson prior to making that determination. (Compl. ¶ 31.)

Ms. Anderson received reasonable and necessary medical treatment from Stoney Batter Family Medicine and Pro Physical Therapy for her injuries related to the August 3, 2004 accident. She was treated for headaches, and neck and back pain. Dr. Horatio Jones, of Stoney Batter Family Medicine, ordered physical therapy, which she received at

Pro Physical Therapy from July 19, 2005 through October 27, 2005. Dr. Jones provided a detailed, typed report dated November 14, 2005 that states that as of Ms. Anderson's last visit on October 10, 2005, "she was left with mild neck pain and low back pain which may be exacerbated from time to time." (Exhibit I.) The report also explained that Ms. Anderson had prior low back pain, but "it is within a reasonable degree of medical probability that the accident which occurred on August 3, 2004 did exacerbate her low back condition." (Exhibit I, p. 2.)

Ms. Anderson received treatment at Stoney Batter Family Medicine on August 5, 2004, and GEICO paid $145.00 of a $145.00 bill. Strangely, on June 13, 2005, when Ms. Anderson had the same type of office visit and was charged $145.00, GEICO only paid $114.00. (Exhibit J.) Ms. Anderson was informed by her provider that "Balance shown [$31.00] is patient's responsibility." (Exhibit J, p. 2.)

From July 21, 2005 to October 27, 2005, Ms. Anderson treated at Pro Physical Therapy and GEICO routinely failed to pay her bills in full. For example, on July 21, 2005, GEICO paid $0 of a $35.00 stimulation bill and $0 of a $30.00 hot/cold pack treatment bill. (Exhibit K, p. 1.) GEICO provided the following "explanation": "The provider performed a physical medicine modality that would provide no therapeutic benefit during the chronic period of the diagnosed conditions." (Exhibit K, p. 2.) GEICO had not performed an IME and therefore had no medical expert basis for giving such an "explanation." It appears that GEICO continued to use a variation on that explanation to deny some physical therapy bills in full: "physical medicine modalities the [sic] provide no therapeutic benefit during the chronic period of the diagnosed condition are not reimbursable." (Exhibit K.)

With respect to bills for hot/cold pack treatment and stimulation on October 4, 2005, October 6, 2005, October 10, 2005, and October 12, 2005, GEICO denied payment based on a new "explanation": "Submit medical records so that we may determine the length of acute care based on the patient's age, diagnosis and medical intervention. The medical records must include positive, specific, objective findings to indicate the appropriate use of the physical modality as well as a progression to an active therapeutic exercise program with a decrease in passive modalities. If we are unable to validate ongoing acute care, we may seek independent medical review." (Exhibit L, p. 3.) Ms. Anderson provided GEICO with relevant medical records. Although GEICO is not permitted to "determine the length of care" without a medical expert, which it did not have, GEICO denied payment. Ms. Anderson was liable for a balance of $1,302.00. (Exhibit M.)

As in Mr. Johnson's case, and all those similarly situated, Plaintiffs' allege that GEICO failed to pay or deny Ms. Anderson's claims for PIP benefits within thirty days of its receipt of the same, in violation of 21 Del. C. §§ 2118 and 2118B. (Compl. ¶ 32.), and that GEICO applied its fraudulent "usual and customary" scheme to Ms. Anderson's claims for PIP-related medical expenses. (Compl. ¶ 33.) GEICO has thereby failed to pay the reasonable and necessary medical expenses arising from Ms. Anderson's August 3, 2004 collision, in violation of 21 Del. C. §§ 2118 and 2118B and its contractual obligations. (*Id.*)

11

## ARGUMENT

### A.    Leave to Amend Shall be Freely Given

Pursuant to Federal Rule of Civil Procedure 15(a), Plaintiffs should be permitted leave to amend their complaint. Federal Rule of Civil Procedure 15(a) provides:

> A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served.... Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires.

Fed. R. Civ. P. 15(a). This and the other Federal Rules reject the approach that pleading is a game of skill in which one misstep by counsel may be decisive to the outcome and accept the principle that the purpose of pleading is to facilitate a proper decision on the merits. *Willard Dairy Corporation v. National Products Corporation*, 373 U.S. 934, 935, 83 S.Ct. 1534, 10 L.Ed.2d 691 (1963) (citing *Conley v. Gibson*, 355 U.S. 41, 48, 78 S.Ct. 99, 2 L.Ed.2d 80 (1957)). In considering a motion for leave to amend, the court should look to the underlying facts and whether the plaintiff should be permitted to test claims on the merits rather than the technical requirements of pleading. *In re ML-Lee Acquisition Fund II, L.P. and ML-Lee Acquisition Fund (Retirement Accounts) II, L.P. Securities Litigation*, 848 F.Supp. 527, 567 (D. Del. 1994) (citing *Foman v. Davis*, 371 U.S. 178, 182 (1962)).

Plaintiffs seek leave to amend their Complaint to supplement viable causes of action against GEICO with additional facts, and to add related defendants to this case. In their Motion to Dismiss, GEICO states, *inter alia*, that Plaintiffs have failed to state claims upon which relief can be granted, and that Plaintiffs have failed to plead claims

with particularity, as required by Fed. R. Civ. P. 9. While Plaintiffs respectfully disagree with these arguments, and have responded to each and every contention in their Answering Brief, Plaintiffs seek leave to amend their Complaint at this initial pleading stage to provide Defendants with additional facts and information about the claims Plaintiffs seek to prosecute.

Plaintiffs are not acting in bad faith, with dilatory motive, or delay. *See Lorenz v. CSX Corp.*, 1 F.3d 1406, 1414 (3d Cir. 1993); *see also In re Burlington Coat Factory Sec. Litig.*, 114 F.3d 1410, 1434 (3d Cir. 1997); *Foman v. Davis*, 371 U.S. at 182; *Enzo Life Sciences, Inc. v. Digene Corp.*, 270 F.Supp.2d 484, 487 (D. Del. 2003). On the contrary, Plaintiffs are acting in good faith to place detailed facts on the record. Nor are the amendments futile. Plaintiffs believe the proposed amended complaint would survive a challenge under Rule 12(b)(6) and Rule 9. *See, In re Burlington Coat Factory Sec. Litig.*, 114 F.3d at 1434. Plaintiffs are seeking to amend their complaint to clarify legal allegations and add facts, providing further detail and notice of the claims supporting their case.

Additionally, Plaintiffs seek to add related defendants who Plaintiffs have reason to believe also contract with Plaintiffs and other Delaware residents for the sale of insurance, and participate in the conduct alleged in the Complaint. Plaintiffs seek to add related entities of the three original defendants, including Government Employees Insurance Company and Criterion Insurance Agency, Inc. (Colonial County Mutual Ins.). Plaintiffs have learned that Ms. Anderson contracted with Government Employees Insurance Company, and Plaintiffs now have additional correspondence relating to Mr. Johnson's PIP claims containing the names of Criterion Insurance Agency, Inc. (Colonial

County Mutual Ins.). (*See* Exhibit N attached hereto.)  On information and belief, all of these entities market their insurance products under the name GEICO.  On information and belief, these entities share resources and deal collectively on matters concerning their insureds.  On information and belief, these entities share legal counsel.  All of these entities are, or should be on notice of this action.  At this initial stage in this class action, all of these companies should be included as defendants in this matter.  All of the entities are on notice of this action and none will be prejudiced by being added as defendants at this time.  Plaintiffs also believe these additional entities participate in the same systematic and illegal behavior set forth in the Complaint.

Granting leave to amend the complaint will not substantially delay this action in any way.  This Motion is being filed early in this case.  Furthermore, this is Plaintiffs' first request for leave to amend; there has been no repeated failure to cure any deficiency. The proposed amended complaint sets forth more specific and particular facts, thus curing any possible deficiencies asserted in GEICO's Motion to Dismiss.  For these reasons, the proposed amended complaint satisfies Fed. R. Civ. 15(a).

**B.    Plaintiffs Amendments Should Relate Back to April 19, 2006.**

Federal Rule of Civil Procedure 15(c) provides:

> An amendment of a pleading relates back to the date of the original pleading when
>
> (1) relation back is permitted by the law that provides the statute of limitations applicable to the action, or
>
> (2) the claim or defense asserted in the amended pleading arose out of the conduct, transaction, or occurrence set forth or attempted to be set forth in the original pleadings, or

> (3) the amendment changes the party or the naming of the party against whom a claim is asserted if the foregoing provision (2) is satisfied and, within the period provided by 4(m) for service of the summons and complaint, the party to be brought in by amendment (A) has received such notice of the institution of the action that the party will not be prejudiced in maintaining a defense on the merits, and (B) knew or should have known that, but for a mistake concerning the identity of the proper party, the action would have been brought against the party.

Fed. R. Civ. P. 15(c).

As set out more fully below, Plaintiffs satisfy the requirements of Rules 15(c)(1), (c)(2) and (c)(3). As a result, the proposed amended complaint should relate back to the date the Complaint was filed: April 19, 2006.

Plaintiffs seek to amend the Complaint before the expiration of any applicable statute of limitations. For that reason, the proposed amendments satisfy Fed. R. Civ. P. 15(c)(1).

Second, the claims set forth in the proposed amended complaint are identical to the claims set forth in the Complaint. With the proposed amended complaint, Plaintiffs do not seek to add any causes of action or contradict any facts that were in the original Complaint. Plaintiffs simply attempt to set forth more detail on the claims alleged. Because the proposed amendments arise out of the conduct, transactions, or occurrences set forth or attempted to be set forth in the Complaint, Plaintiffs satisfy the requirements of Fed. R. Civ. P. 15(c)(2).

Plaintiffs have also met the requirements of Rule 15(c)(3). When adding or changing a party to the complaint, the amendment relates back "if the foregoing provision (2) is satisfied and, within the period provided by Rule 4(m) for service of the summons

and complaint, the party to be brought in by amendment (A) has received such notice of the institution of the action that the party will not be prejudiced in maintaining a defense on the merits, and (B) knew or should have known that, but for a mistake concerning the identity of the proper party, the action would have been brought against the party." Fed.R.Civ.P. 15(c)(3).    In the original complaint, Plaintiffs named GEICO Casualty Company, GEICO General Insurance Company, and GEICO Indemnity Company (all affiliates of Government Employees Insurance Company) as defendants.    Plaintiffs' counsel has recently discovered correspondence from GEICO to Plaintiffs that includes on the letterhead the names Government Employees Insurance Company, and Criterion Insurance Agency, Inc. (Colonial County Mutual Ins.).    Plaintiffs have reason to believe the proposed additional defendants share resources with the three original defendants, including resources related to claims processing and legal counsel.    Additionally, Plaintiffs have reason to believe the proposed additional defendants have notice of the existing claims.    Therefore, all of the entities have received notice of this action (within 120 days from the date of the Complaint) and should have known that, but for the mistake in the original Complaint, they would have been named in the original Complaint.    Because Plaintiffs have met the requirements of Rule 15(c)(2) and the newly added defendants should have received notice of the action within the time limits as described by Rule 4(m), Plaintiffs have met the requirements of Rule 15(c)(3) and the amended complaint should relate back to April 19, 2006.

## CONCLUSION

For the foregoing reasons, Plaintiffs request that this Court enter an order in substantially the form of the proposed order submitted by Plaintiffs authorizing Plaintiffs to amend their complaint and granting such other relief as is deemed just and proper under the circumstances.

Dated: August 24, 2006
       Wilmington, Delaware

CROSS & SIMON, LLC

By: _____
    Richard H. Cross, Jr. (No. 3576)
    Christopher P. Simon (No. 3697)
    Kristen Healey Cramer (No. 4512)
    Kevin S. Mann (No. 4576)
    CROSS & SIMON, LLC
    913 North Market Street, 11th Floor
    P.O. Box 1380
    Wilmington, Delaware  19899-1380
    (302) 777-4200
    (302) 777-4224 facsimile

    Attorneys for Plaintiffs

17

# EXHIBIT A

FPA Progress Notes

PAGE: 1    NAME: Kerry Johnson



| 213 | Date: 7/19/04 | CC |
| need 2/3 | | HCC |
| | Age: 47yrs. 1:50 pm | PMH |
| | 178 lbs | FH |
| HIST exc  2C | | SH |
| | | MEDS REV |
| HPI 3 elements | ROS | LABS REV |
| | 0 | GENERAL 0 |
| ROS 1 system | 0 | HENT |
| | 0 | EYES 0 |
| PFSH N/A | 0 | THYROID |
| | 0 | NECK 0 |
| | 0 | CAROTID 0 |
| PE 4 BA/OS 6-11 elem | 0 | HEART 0 |
| | 0 | LUNGS 0 |
| | 0 | BREAST 0 |
| | 0 | ABD 0 |
| | 0 | GU 0 |
| DECISION 3 Dx or Tx mt Com=3 Risk = Mod | 0 | RECT/PRO 0 |
| | 0 | EXTREM 0 |
| | 0 | NEURO 0 |
| | 0 | CENTRAL 0 |
| | | PERIPH 0 |
| | 0 | SKIN 0 |
| TIME 15 Min | 0 | HEM/LYMP 0 |
| | 0 | MUS-SKEL 0 |
| | 0 | PSYCH 0 |
| | | OTHER |
| | | IMPRESS |
| | | PLAN |
| | | TIME>1/2 counsel= |

MVA
7/16/04

① On 7/16/04 pt.
was the driver
of a pickup truck
that was rear ended
by a car. pt. was
wearing a seatbelt.
Denies hitting his
head or LOC. states
his car was pushed
into the car ahead
of him. did not go to ER.
— did not go to ER.
— Now c/o pain
in LS over a
B/L trapezius areas,
+ tingling + dull
pain into medial & post.
of lower ext. intermittent
c/o occasional HA's
— wants Medra & Flexeril
O: A&Ox3 N/V/D
120/78 ⊕
DTR 2+ B/L ⊕ t/L Ls areas
spasm B/L ⊕ t/L Ls areas
+ LSO M
SLR to 30° B/L
⊕ focal neuro. Os.
—→ over

| need 2/3 | Date: _____ | CC |
| | | HCC |
| | Age: _____ | PMH |
| | | FH |
| HIST detailed CC | | SH |
| | | MEDS REV |
| HPI elements 3+chronic illnesses | ROS | LABS REV |
| | 0 | GENERAL 0 |
| | 0 | HENT 0 |
| | 0 | EYES 0 |
| | 0 | THYROID 0 |
| ROS 2-9 systm | 0 | NECK 0 |
| | 0 | CAROTID 0 |
| | 0 | HEART 0 |
| PFSH 1 element | 0 | LUNGS 0 |
| | 0 | BREAST 0 |
| | 0 | ABD 0 |
| PE 7 BA/OS | 0 | GU 0 |
| | 0 | RECT/PRO 0 |
| | 0 | EXTREM 0 |
| DECISION 3 Dx or Tx mt Com=3 Risk = Mod | 0 | NEURO 0 |
| | 0 | CENTRAL 0 |
| | | PERIPH 0 |
| | 0 | SKIN 0 |
| | 0 | HEM/LYMP 0 |
| TIME 25 min | 0 | MUS-SKEL 0 |
| | 0 | PSYCH 0 |
| | | OTHER |
| | | IMPRESS |
| | | PLAN |
| | | TIME>1/2 counsel= |

version 5/21/03

OS=organ systems
BA=body areas    elements=location,quality,severity,duration,timing,context,etc

PAGE: 2                    NAME: Kerry Johnson                    FPA Progress Notes

| | | | |
|---|---|---|---|
| **213** (need 2/3) | Date: _____ | CC HCC | 7/1/64 cont |
| | Age: _____ | PMH FH SH | |
| **HIST** Expand CC | | MEDS REV | D) c 7/12/6 0 |
| **HPI** 1-3 elements | ROS | LABS REV | |
| | 0 | GENERAL 0 | |
| | 0 | HENT | |
| **ROS** 1 system | 0 | EYES | |
| | 0 | THYROID 0 | |
| **PFSH** N/A | N14 | NECK 0 | |
| | 0 | CAROTID 0 | |
| **PE** 2-4 BA/OS or 6-11 elem | 0 | HEART LUNGS 0 | |
| | 0 | BREAST | |
| | 0 | ABD | |
| | 0 | GU | |
| **DECISION** 3 Dx or Tx Amt Com=3 Risk = Mod | 0 | RECT/PRO 0 | |
| | 0 | EXTREM | |
| | 0 | NEURO 0 | |
| | 0 | CENTRAL 0 | |
| | | PERIPH 0 | |
| **TIME** 15 Min | 0 | SKIN HEM/LYMP 0 | |
| | 0 | MUS-SKEL 0 | |
| | 0 | PSYCH 0 | |
| | | OTHER | |
| | | IMPRESS | |
| | | PLAN | |
| | | TIME>1/2 counsel= | |

| | | | |
|---|---|---|---|
| **214** (need 2/3) | Date: _____ | CC HCC | |
| | Age: _____ | PMH FH SH | |
| **HIST** Detailed CC | | MEDS REV | |
| **HPI** +elements 3+chronic illnesses | ROS | LABS REV | |
| | 0 | GENERAL 0 | |
| | 0 | HENT | |
| | 0 | EYES 0 | |
| | 0 | THYROID 0 | |
| **ROS** 2-9 systm | 0 | NECK 0 | |
| | 0 | CAROTID 0 | |
| **PFSH** 1 element | 0 | HEART LUNGS 0 | |
| | 0 | BREAST | |
| **PE** 5-7 BA/OS | 0 | ABD | |
| | 0 | GU | |
| **DECISION** 3 Dx or Tx Amt Com=3 Risk = Mod | 0 | RECT/PRO 0 | |
| | 0 | EXTREM | |
| | 0 | NEURO 0 | |
| | 0 | CENTRAL | |
| | 0 | PERIPH 0 | |
| **TIME** 25 min | 0 | SKIN 0 | |
| | 0 | HEM/LYMP 0 | |
| | 0 | MUS-SKEL 0 | |
| | 0 | PSYCH 0 | |
| | | OTHER | |
| | | IMPRESS | |
| | | PLAN | |
| | | TIME>1/2 counsel= | |

OS=organ systems

version 5/21/03

# EXHIBIT B



**Delaware**
**Back Pain**
**& Sports**
**Rehabilitation Centers**

*Depend on us to*
*get you better faster.*

**Depend on teamwork**
**for better health:**
- Physical medicine
  & rehabilitation
- Interventional
  pain management/
  injections
- EMG
- Chiropractic care
- Rehabilitation
  therapy
- Exercise physiology
- Psychology/pain
  management
  counseling
- Massage therapy
- Wellness/nutrition
  programs
- QFCEs

**Nonsurgical solutions:**
- Auto, work & sports
  injuries
- Back & neck pain
- Shoulder pain
- Leg, ankle &
  foot pain
- Hand & wrist pain
  (carpal tunnel
  syndrome)
- Arm pain
- Arthritis, neuritis
  & bursitis pain
- Headaches

**Effective**
**rehabilitation:**
- Musculoskeletal
  injury
- Nerve injury
- Postsurgical
  rehabilitation
- Sciatica
- Stroke
- Postpolio syndrome
- Spinal cord
  & brain injury
- Joint replacement

**FOLLOWUP VISIT**
RE: Kerry Johnson
DATE: 8/11/04

John Moore, DO
1100 S. Broom Street
Wilmington, DE 19805

Dear Dr. Moore:

Today I had the opportunity of reevaluating your patient, Kerry Johnson, in our office. He was last seen over one year ago, in May of 2003. Since that time, he states that he continued to have intermittent episodes of neck and low back pain; however, in general he was doing better. Unfortunately, he was involved in a motor vehicle accident on 7/16/04. He was the driver of a car that was hit from behind from another, and then his car was pushed into the car in front him. He was wearing a seatbelt and denies any head injury, or loss of consciousness, or memory problems. He noted some neck and low back pain; however, he went home, and his pain increased later on that night. He took some hydrocodone that he had around the house, and he subsequently saw Dr. Krasner on 7/19/04. He was then seen in followup several weeks later by you and was referred to our office for further evaluation and treatment.

Currently, he relates to having cervical spine pain that is constant, is a burning type pain, and intermittent episodes of sharp, stabbing pain. Previously admits to pain radiating bilateral upper extremities, and it goes to the left upper extremity to the ring finger and the right to the middle finger. He states at times it goes into the right thumb. He states that with elevating his left arm and reaching above his shoulder he notes a numbness and tingling in his left arm with intermittent episodes of weakness. He states on a scale of 0-10, with 0 being no pain and 10 being severe, excruciating, unbearable pain, his cervical spine pain is between a 7 and 8/10. It is a burning sensation in the mid back area, and relates to having low back pain that at times is a sharp, stabbing pain, at other times a dull aching pain. His low back pain is a 6/10. He has intermittent episodes of pain radiating his left lower extremity to his calf area. He denies any weakness in either of his lower extremities. He states that activities that increase his pain include sitting. Activities that



**Five convenient locations:**
Foulk Road Office Park Plaza: (302) 529-8783 • 2006 Foulk Road, Suite B, Wilmington, DE 19810 • Fax: (302) 529-7470
Medical Arts Complex: (302) 764-0271 • 700 Lea Boulevard, Suite 102, Wilmington, DE 19802 • Fax: (302) 762-4076
Omega Professional Center: (302) 733-0980 • 87-B Omega Drive, Newark, DE 19713 • Fax: (302) 733-7495
Glasgow Medical Center: (302) 832-8894 • 2600 Glasgow Avenue, Suite 210, Newark, DE 19702 • Fax: (302) 832-8897
Walker Square: (302) 730-8848 • 830 Walker Road, Suite 11-1, Dover, DE 19901 • Fax: (302) 730-8846
www.delawarebackpain.com

**FOLLOWUP VISIT**
RE: Kerry Johnson
DATE: 8/11/04
Page 2

decrease his pain include changing positions, as well as taking his pain medication. The pain at times awakes him at night. He does have a preexisting history of cervical and lumbosacral spine pain, and this motor vehicle accident markedly increased his musculoskeletal symptomatologies.

He has been taking hydrocodone and Flexeril, and he feels that that does help. **He denies any drug allergies.**

He states he has been having difficulty swallowing that predated his motor vehicle accident, and he is scheduled for a GI evaluation on 8/17/04. He also has intermittent episodes of headaches. He denies any history of diabetes mellitus, rheumatic fever, scarlet fever, tuberculosis, hypertension, peptic ulcer disease, thyroid problems, kidney problems, chest pain, or shortness of breath. Review of systems is negative other than that which has been noted.

His past surgical history is significant for cervical spine surgery in 1992, then again in 2002. He has not had any new surgeries since his last visit last year. He is married and has four children between the ages of 27 and 13. He has not worked since November of 1999 and worked as a dock worker loading and unloading ships. He states that recently he has been looking for alternative employment. He denies smoking cigarettes, and he is a social drinker on occasion. He is continent of bowel and bladder.

<u>**PHYSICAL EXAMINATION:**</u>  His blood pressure is 130/82, his height is 5'11", his weight is 180-1/2 pounds, and he is afebrile. Skin is soft and moist and no areas of ecchymosis. Cranial nerves III-XII are grossly intact. He does appear to be somewhat anxious and depressed. Cranial nerves III-XII are grossly intact. Speech and comprehension are intact. Deep tendon reflexes in the biceps and triceps are 2+/4 and symmetric. Brachioradialis is 1/4 and symmetric, and knee jerks 2/4, and the Achilles reflex is 1/4 and symmetric. Sensation is decreased in the left upper extremity versus the right and the left lower extremity versus the right lower extremity; however, it does not follow any specific dermatomal abnormality. He does have a positive Tinel's percussing the left median nerve and has a positive Phalen's sign at 10 seconds. He has a negative Hoffmann sign and has a negative Babinski sign. There is no clonus or fasciculations noted. He is able to get up on his tiptoes and his heels without any difficulty. On muscle strength testing, it is difficult

**FOLLOWUP VISIT**
RE: Kerry Johnson
DATE: 8/11/04
Page 3

to accurately assess secondary to pain being a limiting factor. There is no clear weakness in a radicular fashion.

Range of motion of cervical spine is restricted, and he can rotate to about 30 degrees bilaterally then he has decreased pain. Extension causes more discomfort than flexion. Rotation and side bending causes pain. On Spurling's maneuver he has pain in bilateral cervical and trapezius areas without pain radiating past his shoulder area. There is ropiness and tenderness from the occipital to T1. There is tenderness in the trapezius and levator scapulae region with some taut bands and several trigger points. There is also ropiness in the dorsal paraspinal region.

Flexion of his lumbar spine is his fingertips getting to about 2" below his knees and then he has increased pain. Extension 10 degrees. Rotation and side and bending causes pain, and he has sacral base unleveling. There is soreness in the lumbar area. When having him sit at the side of the table and extending his knees, he has increased low back pain, and he has hamstring tightness on straight leg raising with a negative crossed straight leg raising sign. Functionally, he ambulates independently.

**IMPRESSION:**     1) **Cervical spine pain secondary to strain and sprain with preexisting history of chronic cervical spine pain and previous history of anterior diskectomy and anterior body arthrodesis that occurred on 5/26/02 – recent exacerbation secondary to his motor vehicle accident of 7/16/04.**
2) **Lumbosacral spine pain secondary to strain and sprain with preexisting history of chronic intermittent lumbosacral spine pain with** _Deg Discbs._ **L5-S1 and recent exacerbation.**
3) **Anxiety/depression – recent exacerbation.**
4) **Myofascial type pain.**
5) **Thoracic spine pain secondary to strain and sprain.**

**PLAN AND RECOMMENDATION**: At this time, I did discuss his problems with him in detail. This initiation of rehab and chiropractic care and

**FOLLOWUP VISIT**
RE: Kerry Johnson
DATE: 8/11/04
Page 4


my treatment is 100 percent related to the motor vehicle accident of 7/16/04.
If it were not for the 7/16/04 motor vehicle accident, he would not be seeing
me or be requiring rehab therapy or chiropractic treatment at this time and
would be following up with you. I have given him a prescription for a
cervical spine x-ray with flexion and extension views, as well as a
lumbosacral spine x-ray with obliques. I also recommended a left wrist splint
for carpal tunnel symptomatologies. I have initiated chiropractic and rehab
therapy at three times a week for four weeks with no active correction, and his
program will include:

1) Hot packs and inferential current to the cervical, trapezius, as well as
   the lumbosacral spine region.
2) Myofascial release to the affected areas.
3) Cervical and lumbosacral spine stabilization program.
4) Trial of McKenzie's program for the cervical and lumbosacral spine
   area.
5) Reviewing all of his home exercises.

He states he recently got a prescription for hydrocodone from your office with
apparently one years worth of refills, and, therefore, I will not be giving him a
prescription for hydrocodone. I will hold off on a nonsteroidal
anti-inflammatory, as well as a muscle relaxant, in view of his GI complaints.
He is anxious and depressed, and I have referred him back to Dr. Irene Fisher
for that. A formal followup has been scheduled in four weeks. I have
instructed him to avoid repetitive motion of his wrist and will monitor that
situation as far as his carpal tunnel symptomatologies are concerned. Further
recommendations will be made in followup in four weeks, and he will be
seeing you on a regular basis for all of his general medical needs.

Thank you for allowing me to participate in the care of your patient. If he has
any progressive problems, he will be seeing me sooner than the four weeks.


Barry L. Bakst, D.O.

BLB/aew
8/17/04



# EXHIBIT C

# Dalton & Associates, P.A.

Attorneys at Law
Cool Spring Meeting House
1106 West Tenth Street
Wilmington, DE 19806

---

(302) 652-2050
Fax (302) 652-0687

bdalton@b-dpa.com
lsimon@b-dpa.com

Bartholomew J. Dalton
Laura J. Simon

August 12, 2005

MaryBeth Carter
GEICO
One GEICO Blvd.
Fredericksburg, VA  22412-0002

RE:    Your Insured:  Kerry Johnson
       Our Client:  Kerry Johnson
       Claim No.:  0232413390101017
       Date of accident:  July 16, 2004

Dear Ms. Carter:

Enclosed please find a statement from Family Practice Associates for services rendered on 7/21/05 totaling $42.00, along with the office note. Please pay this amount under PIP at your earliest convenience and send me confirmation of payment.

If you have any questions, please do not hesitate to call me.   Thank you for your assistance in this matter.

Very truly yours,

Laura J. Simon
Dalton & Associates, P.A.

LJS/jh
Enclosure
cc:  Kasey Furrow, GEICO Claims
     Claim No.:  017022343-0101-016

# GEICO

- Government Employees Insurance Company
- GEICO General Insurance Company
- GEICO Indemnity Company
- GEICO Casualty Company

One GEICO Blvd. ■ Fredericksburg, VA 22412-0001

COPY

March 25, 2005

KERRY W JOHNSON
1007 MISTOVER LN
NEWARK DE 19713-3346

CLAIM NUMBER:    023241339-0101-017
INSURED:         Kerry W. Johnson
DATE OF LOSS:    7/16/04

Dear Mr. Johnson:

Enclosed please find a copy of the Independent Medical Examination (IME) report performed on you on March 14, 2005. Please be advised we will adhere to Dr. Willie Thompson's recommendations that as of the date of the examination Mr. Johnson had reached maximum medical improvement from the injuries sustained in the automobile accident on 7/16/04. Therefore we will honor no more medical billing after this date.

If I can be of further assistance, please do not hesitate to contact me at the number below. Please refer to the GEICO claim number when calling.

Sincerely,

COPY

Mary Beth Carter
Claims Examiner
1-800-841-1003 extension 4661

cc: Laura J. Simon - Attorney

Enclosure

# Dalton & Associates, P.A.

Attorneys at Law
Cool Spring Meeting House
1106 West Tenth Street
Wilmington, DE 19806

_____

(302) 652-2050
Fax (302) 652-0687

Bartholomew J. Dalton
Laura J. Simon

May 3, 2005

bdalton@b-dpa.com
lsimon@b-dpa.com

MaryBeth Carter
GEICO
One GEICO Blvd.
Fredericksburg, VA  22412-0002

RE:    Your Insured:  Kerry Johnson
       Our Client:  Kerry Johnson
       Claim No.:  0232413390101017
       Date of accident:  July 16, 2004

Dear Ms. Carter:

Enclosed please find medical records from Rehabilitation Associates for services rendered on 9/17/04 through 10/12/04, along with their billing statements totaling $1,489.85.    Please pay this amount directly to the provider under PIP at your earliest convenience and send me confirmation of payment.

If you have any questions, please do not hesitate to call me.  Thank you for your assistance in this matter.

Very truly yours,

*Laura J. Simon/ly*

Laura J. Simon
Dalton & Associates, P.A.

LJS/bj
Enclosure
cc:  Kasey Furrow, GEICO Claims
     Claim No.:  017022343-0101-016

# Dalton & Associates, P.A.
## Attorneys at Law
### Cool Spring Meeting House
### 1106 West Tenth Street
### Wilmington, DE 19806

————————

(302) 652-2050
Fax (302) 652-0687

Bartholomew J. Dalton
Laura J. Simon

March 23, 2005

bdalton@b-dpa.com
lsimon@b-dpa.com

Jim Moseler
GEICO
One GEICO Blvd.
Fredericksburg, VA  22412-0002

RE:    Your Insured:  Kerry Johnson
       Our Client:  Kerry Johnson
       Claim No.:  0232413390101017
       Date of accident:  July 16, 2004

Dear Mr. Moseler:

Enclosed please find medical records from Delaware Neurosurgical Group in regard to Kerry Johnson.

If you have any questions, please do not hesitate to call me.  Thank you for your assistance in this matter.

Very truly yours,

*Laura Simon*

Laura J. Simon
Dalton & Associates, P.A.

LJS/bj
Enclosure

# Dalton & Associates, P.A.

### Attorneys at Law
### Cool Spring Meeting House
### 1106 West Tenth Street
### Wilmington, DE 19806

---

(302) 652-2050
Fax (302) 652-0687

Bartholomew J. Dalton
Laura J. Simon

March 22, 2005

bdalton@b-dpa.com
lsimon@b-dpa.com

MaryBeth Carter
GEICO
One GEICO Blvd.
Fredericksburg, VA  22412-0002

RE:    Your Insured:  Kerry Johnson
       Our Client:  Kerry Johnson
       Claim No.:  0232413390101017
       Date of accident:  July 16, 2004

Dear Ms. Carter:

Enclosed please find a statement from Family Practice Associates for services rendered on 3/11/05 totaling $55.00, along with the office note.  Please pay this amount under PIP at your earliest convenience and send me confirmation of payment.

If you have any questions, please do not hesitate to call me.  Thank you for your assistance in this matter.

Very truly yours,

Laura J. Simon
Dalton & Associates, P.A.

LJS/bj
Enclosure
cc:  Kasey Furrow, GEICO Claims
       Claim No.:  017022343-0101-016

## D  lton & Associates, P  ..

Attorneys at Law
Cool Spring Meeting House
1106 West Tenth Street
Wilmington, DE 19806

_____

(302) 652-2050
Fax (302) 652-0687

Bartholomew J. Dalton
Laura J. Simon

November 22, 2004

bdalton@b-dpa.com
lsimon@b-dpa.com

Jim Moseler
GEICO
One GEICO Blvd.
Fredericksburg, VA  22412-0002

RE:     Your Insured:  Kerry Johnson
        Our Client: Kerry Johnson
        Claim No.:  0232413390101017
        Date of accident:  July 16, 2004

Dear Mr. Moseler:

   Enclosed please find a statement from Family Practice Associates in regard to Kerry Johnson for services rendered on 11/11/04 totaling $55.00, along with the office note.

   Please pay this amount directly to the provider under PIP at your earliest convenience and send me confirmation of payment.

   If you have any questions, please do not hesitate to call me.  Thank you for your assistance in this matter.

Very truly yours,

_Laura Simon_

Laura J. Simon
Dalton & Associates, P.A.

LJS/bj
Enclosure
cc: Amy L. Violette, GEICO, Claim No.:  017022343-0101-016

# EXHIBIT D

# Dalton & Associates, P.A.

### Attorneys at Law
Cool Spring Meeting House
1106 West Tenth Street
Wilmington, DE 19806

---

(302) 652-2050
Fax (302) 652-0687

Bartholomew J. Dalton
Laura J. Simon

December 9, 2004

bdalton@b-dpa.com
lsimon@b-dpa.com

Jennifer Harper
GEICO
One GEICO Blvd.
Fredericksburg, VA  22412-0002

RE:    Your Insured:  Kerry Johnson
       Our Client:  Kerry Johnson
       Claim No.:  0232413390101017
       Date of accident:  July 16, 2004

Dear Ms. Harper:

      Enclosed please find the completed authorizations of Kerry Johnson.

      If you have any questions, please do not hesitate to call me.  Thank you for your assistance in this matter.

Very truly yours,

Barbara Jones

Barbara Jones
Secretary to
Laura J. Simon

/bj
Enclosure

# MEDICAL PROVIDER LIST

**CLAIM NUMBER:** _0170223430101016_

**NAME OF PATIENT:** _KERRY JOHNSON_

**SOCIAL SECURITY NUMBER OF PATIENT:** _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_

**DATE OF BIRTH:** _5/12/56_

List below the names and addresses of all persons (doctors, surgeons, dentists, ambulance/ emergency transportation operators, physical therapists, chiropractors, hospitals, nursing care facilities, funeral directors, etc.) who: (1) rendered or who are rendering services in connection with injuries sustained in the subject accident and the amount of bills, if known; and/or (2) rendered services during the time period from five (5) years prior to the subject accident to the current time, and the amount of bills, if known.

| **NAME AND ADDRESS** | **AMOUNT OF BILL** |
|---|---|
| _JOHN J. MOORE, DO._ | _UNKNOWN_ |
| _1100 S. Broom St._ | |
| _Wilmington, DE 19805_ | |
| | |
| _BARRY BAKST, D.O._ | |
| _700 Lea Blvd._ | |
| _Wilmington, DE_ | |

**IF ADDITIONAL SPACE IS NEEDED, PLEASE USE THE REVERSE OF THIS PAGE.**

Are any of the expenses claimed herein covered by Blue Cross or other insurance group plan, government policy or plan, or other insurance policy? [Answer "yes" or "no"] _____ (If "yes," then please give details on the reverse side of this form and indicate if you have collected or are making claim for any of these expenses.)

This form only seeks information. Your providing the requested information will speed-up the processing of your claim by allowing GEICO to request medical information directly from your doctor. The signing of this form is not a release of your claim so please do not delay returning this form.

Signature of the patient, the patient's guardian, or the personal representative of the patient:

_Kerry W Johnson_                _Kerry W Johnson_          _12-08-04_
SIGNATURE                        PRINTED NAME                DATE

C-557 (12-03) NS

YAKOU ROY, M.D.
MEDICAL ARTS PAVILLION
NEWARK, DE 19713

IRENE FISHER, Psy.D.
87 OMEGA DR.
NEWARK, DE 19713

Claim No.: _01 2 2 3 4 3 0 1 0 1 0 1 6_
*[PATIENT: FILL IN YOUR CLAIM NUMBER]*

# HIPAA COMPLIANT AUTHORIZATION TO OBTAIN MEDICAL RECORDS

To: _____ (Provider Name)

_____ (Provider Address)

For purposes of evaluating a claim made by me and/or preparing and conducting a trial on the issues concerning a claim, you are hereby authorized to furnish to Government Employees Insurance Company, GEICO General Insurance Company, GEICO Indemnity Company, GEICO Casualty Company, or any of its representatives (individually and collectively referred to as "GEICO") any and all medical information which may be requested concerning my physical and/or mental condition and treatment (excluding "psychotherapy notes" as defined in 45 CFR 164.501) therefore, diagnosis, prognosis, and any and all records, files, or other documentation concerning the treatment, prescription, consultation or other advisory visits or events (collectively referred to as the "Records") that pertain to:

- _KERRY JOHNSON_ ,
  *[PATIENT: PRINT YOUR NAME ABOVE]*

- DOB: _8/12/56_ ,
  *[PATIENT: WRITE YOUR BIRTH DATE ABOVE]*

- SSN: _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_ .
  *[PATIENT: WRITE YOUR SOCIAL SECURITY NUMBER ABOVE]*

- The Records covered by this HIPAA Compliant Authorization cover the time period beginning five (5) years prior to the date of last treatment through *[PATIENT: INDICATE YOUR LAST DATE OF TREATMENT IN THE FOLLOWING SPACE]* _____, 20_____, the date of last treatment, and up to and including the date of Provider's compliance with this HIPAA Compliant Authorization.

- The Records shall specifically include, but shall not be limited to, such condition and treatment as may pertain to the automobile accident/loss/claim of *[PATIENT: INDICATE THE DATE OF THE AUTOMOBILE ACCIDENT/LOSS/CLAIM IN THE FOLLOWING SPACE]* _7/16_, 20 _04_ .

The information covered by this HIPAA Compliant Authorization includes, but is not limited to, reports, records, test results, X-rays, and any other diagnostic testing, whether in your possession or available to you. I understand that the information in the Records may include information relating to sexually transmitted disease, Acquired Immunodeficiency Syndrome (AIDS), Human Immunodeficiency Virus (HIV) and other communicable diseases, behavioral health care/psychiatric care (excluding "psychotherapy notes" as defined in 45 CFR 164.501), and treatment for alcohol and/or drug abuse, and/or substance abuse. Copies of this Authorization shall be considered as valid as the original. This information is being requested for the purpose of evaluating a claim made by me and/or preparing and conducting a trial on the issues concerning this claim. This Authorization shall be valid for the duration of the claim. This is not a release of claims for damages. I further understand that I am entitled to a copy of this Authorization and acknowledge receipt by signing below. I acknowledge that the information disclosed pursuant to this Authorization may be re-disclosed by GEICO pursuant to applicable law and may no longer be protected by the Health Insurance Portability and Accountability Act (HIPAA). I also authorize GEICO to further re-disclose the records received pursuant to this authorization, including, but not limited to, information relating to sexually transmitted disease, Acquired Immunodeficiency Syndrome (AIDS), Human Immunodeficiency Virus (HIV) and other communicable diseases, behavioral health care/psychiatric care (excluding "psychotherapy notes" as

C-622 DE (04-04) NS

## AUTHORIZATION TO OBTAIN LEAVE AND SALARY INFORMATION

, _Kerry Johnson_____ hereby authorize _____
Company, through its employees and authorized representatives, to acquire all leave and salary information available to and in the
possession of any employer, concerning or in any way relating to time or salary loss relating to an injury or injuries received by
_____ in an accident that occurred on ___7/16_, 20 _04_, at or near
_____. This information is being requested for the purpose
f evaluating a claim made by this individual and in preparation for any proceedings connected with that claim. This authorization or a
hotostatic copy will be tendered to any current or prior employer. This authorization shall be valid for the duration of the claim.

further understand that I am entitled to a copy of this authorization form and acknowledge receipt by signing below.

_12-08-04_____                    _Kerry W Johnson_____
Date                                            Authorizing Party

                                    _____
                                    Relationship, if not the injured party

### MEMBER NATIONAL INSURANCE CRIME BUREAU

-176 (07-01) NS

# EXHIBIT E

Case 1:06-cv-00408-UE    Document 12-3    Filed 08/24/2006    Page 8 of 18

Provider:510110646-04
    NEUROLOGY ASSOCIATES PA
    774 CHRISTINA RD SUITE 1
    NEWARK, DE 19713

Payee:510110646-01
    NEUROLOGY ASSOCIATES PA
    1228 N SCOTT STREET
    WILMINGTON, DE 19806

Bill ID:2005012512262951DRE 00
  Claim:023241339-017
    SSN:221427246
Claimant:KERRY JOHNSON
  Injured:07-16-2004

Insured:DE
    DELAWARE

*(handwritten: FEB 1 8 2005)*

*(handwritten: CC : client 2/22/05)*

Adjustor-ID:

ICD9:723.4  BRACHIAL NEURITIS NOS
ICD9:724.4  THORACIC LUMBOSACRAL NEURITIS NOS

| Date | Service | Mods | Charge | Reduction | Allowance | Reasons |
|------|---------|------|--------|-----------|-----------|---------|
| 11-17-04 72125 | CAT SCAN CERVICAL | | 731.00 | 10.00 | 721.00 | 40 |
| 11-17-04 76375 | TOMOGRAPHY | | 351.00 | .00 | 351.00 | |
| 11-17-04 72114 | XRAY LUMBOSACRAL | | 165.00 | .00 | 165.00 | |
| 11-17-04 72050 | XRAY CERVICAL | | 129.00 | .00 | 129.00 | |
| Totals | | | 1376.00 | 10.00 | 1366.00 | |

** Reduction Explanations:

RC 40 The charge for the services exceeds an amount which
      would appear reasonable when compared to the
      charges of other providers in the same geographic
      area.

THE ABOVE EXPLANATION OF BENEFIT REFLECTS OUR INITIAL RE-
VIEW OF THE PROVIDER'S CHARGES AS SUBMITTED.  IF FURTHER
RE-EVALUATION IS REQUESTED, THE PROVIDER SHOULD SEND US
ADDITIONAL INFORMATION TO RE-EVALUATE OUR DETERMINATION
USING THE FOLLOWING CRITERIA:

RC 40 RE-EVALUATION CRITERIA:  SUBMIT MEDICAL RECORDS SO
THAT WE MAY DETERMINE IF THE APPROPRIATE CPT CODE WAS USED
TO DESCRIBE THE SERVICES PROVIDED.  IF THE APPROPRIATE CPT
CODE WAS USED, WE WILL COMPARE THE PAYMENT MADE TO YOU WITH
AMOUNTS CHARGED BY PROVIDERS OF THE SAME TYPE IN THE SUR-
ROUNDING GEOGRAPHIC AREA TO DETERMINE IF AN ADJUSTMENT IS
APPROPRIATE.

CORRESPONDENCE SHOULD BE SENT TO:

        GEICO DIRECT
        ONE GEICO BLVD, FREDERICKSBURG, VA 22412
        PHONE 1-800-841-1003    EXT_____  ADJ CODE_____

PAYMENT SENT TO: _____PATIENT  __✓__ATTORNEY  _____PROVIDER

# EXHIBIT F

EXPLANATION OF BENEFITS SUBMITTED TO G.E.I.C.O. INSURANCE    Page    1

Provider:510329923-12                        Bill ID:2004092810014304DRE 00
        REHABILITATION ASSOC (MD/DO)          Claim:023241339-017
        OMEGA PROFESSIONAL CTR                   SSN:221427246
        87B OMEGA DRIVE                     Claimant:KERRY JOHNSON
        NEWARK, DE 19711                     Injured:07-16-2004

    Payee:510329923-02                       Insured:DE
        REHABILITATION ASSOC                        DELAWARE
        2600 GLASGOW AVE #210
        NEWARK, DE 19702


Adjustor-ID:

ICD9:723.1   CERVICALGIA
ICD9:724.2   LUMBAGO
ICD9:846.0   SPRAIN LUMBOSACRAL

| Date | Service | | Mods | Charge | Reduction | Allowance | Reasons |
|------|---------|---|------|--------|-----------|-----------|---------|
| 08-23-04 | 97110 | EXERCISES | | 67.00 | 14.69 | 52.31 | 40 |
| 08-23-04 | 97110 | EXERCISES | | 67.00 | 14.69 | 52.31 | 40 |
| 08-23-04 | 97014 | STIMULATION | | 38.00 | 1.00 | 37.00 | 40 |
| 08-23-04 | 97010 | HOT COLD PACKS | | 20.00 | .00 | 20.00 | |
| 08-25-04 | 97110 | EXERCISES | | 67.00 | 14.69 | 52.31 | 40 |
| 08-25-04 | 97014 | STIMULATION | | 38.00 | 1.00 | 37.00 | 40 |
| 08-25-04 | 97010 | HOT COLD PACKS | | 20.00 | .00 | 20.00 | |
| | Totals | | | 317.00 | 46.07 | 270.93 | |

* Reduction Explanations:

RC 40  The charge for the services exceeds an amount which
       would appear reasonable when compared to the
       charges of other providers in the same geographic
       area.

THE ABOVE EXPLANATION OF BENEFIT REFLECTS OUR INITIAL RE-
VIEW OF THE PROVIDER'S CHARGES AS SUBMITTED.  IF FURTHER
RE-EVALUATION IS REQUESTED, THE PROVIDER SHOULD SEND US
ADDITIONAL INFORMATION TO RE-EVALUATE OUR DETERMINATION
USING THE FOLLOWING CRITERIA:

RC 40 RE-EVALUATION CRITERIA:  SUBMIT MEDICAL RECORDS SO
THAT WE MAY DETERMINE IF THE APPROPRIATE CPT CODE WAS USED
TO DESCRIBE THE SERVICES PROVIDED.  IF THE APPROPRIATE CPT
CODE WAS USED, WE WILL COMPARE THE PAYMENT MADE TO YOU WITH
AMOUNTS CHARGED BY PROVIDERS OF THE SAME TYPE IN THE SUR-
ROUNDING GEOGRAPHIC AREA TO DETERMINE IF AN ADJUSTMENT IS
APPROPRIATE.

CORRESPONDENCE SHOULD BE SENT TO:

        GEICO DIRECT

Continued on next page

EXPLANATION OF BENEFITS SUBMITTED TO G.E.I.C.O. INSURANCE

Provider:510329923-12
        REHABILITATION ASSOC (MD/DO)
        OMEGA PROFESSIONAL CTR
        87B OMEGA DRIVE
        NEWARK, DE 19711

  Payee:510329923-02
        REHABILITATION ASSOC
        2600 GLASGOW AVE #210
        NEWARK, DE 19702

Bill ID:2004092810014304DRE 00
  Claim:023241339-017
    SSN:221427246
Claimant:KERRY JOHNSON
 Injured:07-16-2004

 Insured:DE
       DELAWARE

Adjustor-ID:

      ONE GEICO BLVD, FREDERICKSBURG, VA 22412
      PHONE 1-800-841-1003   EXT_____ ADJ CODE_____

PAYMENT SENT TO: _____PATIENT _____ATTORNEY  /  _____PROVIDER

```
EXPLANATION OF BENEFITS SUBMITTED TO G.E.I.C.O. INSURANCE          Page    1

Provider:510329923-17                    Bill ID:2004091615151325HCW 00
        REHABILITATION ASSOC (DC)          Claim:023241339-017
        87B OMEGA DRIVE                       SSN:221427246
        NEWARK, DE 19711                 Claimant:KERRY JOHNSON
                                          Injured:07-16-2004


   Payee:510329923-02                    Insured:DE
        REHABILITATION ASSOC                 DELAWARE
        2600 GLASGOW AVE #210
        NEWARK, DE 19702



Adjustor-ID:

ICD9:724.2  LUMBAGO
ICD9:723.1  CERVICALGIA
ICD9:739.1  NONALLOPATHIC LESION CERVICAL REGIONAL
ICD9:784.0  HEADACHE

---------------------------------------------------------------------------
 Date   Service              Mods     Charge Reduction Allowance Reasons
==========================================================================
08-09-04 97535  HOME MANAGEMENT              31.00      .00    31.00
08-09-04 97010  HOT COLD PACKS               20.00      .00    20.00
08-13-04 99212  SUBSEQUENT VISIT             90.00    30.00    60.00 40
08-13-04 98940  MANIPULATION                 62.00     2.00    60.00 40
08-16-04 98940  MANIPULATION                 62.00     2.00    60.00 40
---------------------------------------------------------------------------
         Totals                             265.00    34.00   231.00
```

** Reduction Explanations:

 RC 40 The charge for the services exceeds an amount which
       would appear reasonable when compared to the
       charges of other providers in the same geographic
       area.


THE ABOVE EXPLANATION OF BENEFIT REFLECTS OUR INITIAL RE-
VIEW OF THE PROVIDER'S CHARGES AS SUBMITTED.  IF FURTHER
RE-EVALUATION IS REQUESTED, THE PROVIDER SHOULD SEND US
ADDITIONAL INFORMATION TO RE-EVALUATE OUR DETERMINATION
USING THE FOLLOWING CRITERIA:


RC 40 RE-EVALUATION CRITERIA:  SUBMIT MEDICAL RECORDS SO
THAT WE MAY DETERMINE IF THE APPROPRIATE CPT CODE WAS USED
TO DESCRIBE THE SERVICES PROVIDED.  IF THE APPROPRIATE CPT
CODE WAS USED, WE WILL COMPARE THE PAYMENT MADE TO YOU WITH
AMOUNTS CHARGED BY PROVIDERS OF THE SAME TYPE IN THE SUR-
ROUNDING GEOGRAPHIC AREA TO DETERMINE IF AN ADJUSTMENT IS
APPROPRIATE.

CORRESPONDENCE SHOULD BE SENT TO:

        GEICO DIRECT
        ONE GEICO BLVD, FREDERICKSBURG, VA 22412

Continued on next page

EXPLANATION OF BENEFITS SUBMITTED TO G.E.I.C.O. INSURANCE          Page    2

Provider:510329923-17                    Bill ID:2004091615151325HCW 00
         REHABILITATION ASSOC (DC)          Claim:023241339-017
         87B OMEGA DRIVE                        SSN:221427246
         NEWARK, DE 19711               Claimant:KERRY JOHNSON
                                          Injured:07-16-2004

    Payee:510329923-02                   Insured:DE
         REHABILITATION ASSOC                    DELAWARE
         2600 GLASGOW AVE #210
         NEWARK, DE 19702


Adjustor-ID:

         PHONE 1-800-841-1003    EXT_____ ADJ CODE_____

PAYMENT SENT TO:    _____PATIENT    _____ATTORNEY    \/____PROVIDER

EXPLANATION OF BENEFITS SUBM~ ~TED TO G.E.I.C.O. INSURANC~                    Page    1

Provider:510329923-17                  Bill ID:2004092810001273DRE 00
         REHABILITATION ASSOC (DC)        Claim:023241339-017
         87B OMEGA DRIVE                     SSN:221427246
         NEWARK, DE 19711                Claimant:KERRY JOHNSON
                                          Injured:07-16-2004

    Payee:510329923-02                  Insured:DE
          REHABILITATION ASSOC                 DELAWARE
          2600 GLASGOW AVE #210
          NEWARK, DE 19702


Adjustor-ID:

ICD9:724.2  LUMBAGO
ICD9:723.1  CERVICALGIA
ICD9:739.1  NONALLOPATHIC LESION CERVICAL REGIONAL
ICD9:784.0  HEADACHE

------------------------------------------------------------------------
| Date     | Service           | Mods | Charge | Reduction | Allowance | Reasons |
|----------|-------------------|------|--------|-----------|-----------|---------|
| 08-27-04 | 98940 MANIPULATION|      | 62.00  | 2.00      | 60.00     | 40      |
| 09-02-04 | 98940 MANIPULATION|      | 62.00  | 2.00      | 60.00     | 40      |
|          | Totals            |      | 124.00 | 4.00      | 120.00    |         |

** Reduction Explanations:

  RC 40 The charge for the services exceeds an amount which
        would appear reasonable when compared to the
        charges of other providers in the same geographic
        area.


THE ABOVE EXPLANATION OF BENEFIT REFLECTS OUR INITIAL RE-
VIEW OF THE PROVIDER'S CHARGES AS SUBMITTED.  IF FURTHER
RE-EVALUATION IS REQUESTED, THE PROVIDER SHOULD SEND US
ADDITIONAL INFORMATION TO RE-EVALUATE OUR DETERMINATION
USING THE FOLLOWING CRITERIA:

RC 40 RE-EVALUATION CRITERIA:  SUBMIT MEDICAL RECORDS SO
THAT WE MAY DETERMINE IF THE APPROPRIATE CPT CODE WAS USED
TO DESCRIBE THE SERVICES PROVIDED.  IF THE APPROPRIATE CPT
CODE WAS USED, WE WILL COMPARE THE PAYMENT MADE TO YOU WITH
AMOUNTS CHARGED BY PROVIDERS OF THE SAME TYPE IN THE SUR-
ROUNDING GEOGRAPHIC AREA TO DETERMINE IF AN ADJUSTMENT IS
APPROPRIATE.

CORRESPONDENCE SHOULD BE SENT TO:

         GEICO DIRECT
         ONE GEICO BLVD, FREDERICKSBURG, VA 22412
         PHONE 1-800-841-1003    EXT_____  ADJ CODE_____

PAYMENT SENT TO: _____PATIENT  _____ATTORNEY  ✓  PROVIDER

EXPLANATION OF BENEFITS SUBMITTED TO G.E.I.C.O. INSURANCE          Page     1

Provider:510329923-12                    Bill ID:2004091615170154HCW 00
          REHABILITATION ASSOC (MD/DO)      Claim:023241339-017
          OMEGA PROFESSIONAL CTR               SSN:221427246
          87B OMEGA DRIVE                 Claimant:KERRY JOHNSON
          NEWARK, DE 19711                 Injured:07-16-2004

     Payee:510329923-02                   Insured:DE
          REHABILITATION ASSOC                    DELAWARE
          2600 GLASGOW AVE #210
          NEWARK, DE 19702


Adjustor-ID:

ICD9:723.1  CERVICALGIA
ICD9:724.2  LUMBAGO
ICD9:846.0  SPRAIN LUMBOSACRAL

| Date | Service | Mods | Charge | Reduction | Allowance | Reasons |
|------|---------|------|--------|-----------|-----------|---------|
| 08-11-04 | 99214  SUBSEQUENT VISIT |  | 214.00 | 104.85 | 109.15 | 43 40 |
|  | Reviewed As 99213 |  |  |  |  |  |
| 08-12-04 | 97150  GROUP THERAPY | 52 | 56.00 | .00 | 56.00 |  |
| 08-12-04 | 97014  STIMULATION |  | 38.00 | 1.00 | 37.00 | 40 |
| 08-12-04 | 97010  HOT COLD PACKS |  | 20.00 | .00 | 20.00 |  |
| 08-13-04 | 97150  GROUP THERAPY | 52 | 56.00 | .00 | 56.00 |  |
| 08-13-04 | 97014  STIMULATION |  | 38.00 | 1.00 | 37.00 | 40 |
| 08-13-04 | 97010  HOT COLD PACKS |  | 20.00 | .00 | 20.00 |  |
| 08-16-04 | 97150  GROUP THERAPY | 52 | 56.00 | .00 | 56.00 |  |
| 08-16-04 | 97014  STIMULATION |  | 38.00 | 1.00 | 37.00 | 40 |
| 08-16-04 | 97010  HOT COLD PACKS |  | 20.00 | .00 | 20.00 |  |
| 08-19-04 | 97150  GROUP THERAPY |  | 98.00 | 4.00 | 94.00 | 40 |
|  | Totals |  | 654.00 | 111.85 | 542.15 |  |

** Reduction Explanations:

  RC 40 The charge for the services exceeds an amount which
        would appear reasonable when compared to the
        charges of other providers in the same geographic
        area.

  RC 43 The procedure billed exceeds the level of service
        required by the diagnosis given or the condition
        for which this patient is being treated.

THE ABOVE EXPLANATION OF BENEFIT REFLECTS OUR INITIAL RE-
VIEW OF THE PROVIDER'S CHARGES AS SUBMITTED.  IF FURTHER
RE-EVALUATION IS REQUESTED, THE PROVIDER SHOULD SEND US
ADDITIONAL INFORMATION TO RE-EVALUATE OUR DETERMINATION
USING THE FOLLOWING CRITERIA:

RC 40 RE-EVALUATION CRITERIA:  SUBMIT MEDICAL RECORDS SO
THAT WE MAY DETERMINE IF THE APPROPRIATE CPT CODE WAS USED

Continued on next page

EXPLANATION OF BENEFITS SUBMITTED TO G.E.I.C.O. INSURANCE          Page    2

Provider:510329923-12
        REHABILITATION ASSOC (MD/DO)
        OMEGA PROFESSIONAL CTR
        87B OMEGA DRIVE
        NEWARK, DE 19711

    Payee:510329923-02
        REHABILITATION ASSOC
        2600 GLASGOW AVE #210
        NEWARK, DE 19702

Bill ID:2004091615170154HCW 00
    Claim:023241339-017
        SSN:221427246
Claimant:KERRY JOHNSON
    Injured:07-16-2004

    Insured:DE
            DELAWARE


Adjustor-ID:

TO DESCRIBE THE SERVICES PROVIDED.  IF THE APPROPRIATE CPT
CODE WAS USED, WE WILL COMPARE THE PAYMENT MADE TO YOU WITH
AMOUNTS CHARGED BY PROVIDERS OF THE SAME TYPE IN THE SUR-
ROUNDING GEOGRAPHIC AREA TO DETERMINE IF AN ADJUSTMENT IS
APPROPRIATE.

RC 43 RE-EVALUATION CRITERIA:  SUBMIT MEDICAL RECORDS SO
THAT WE MAY COMPARE THE INFORMATION IN THE MEDICAL RECORDS
WITH THE CPT CODE MANUAL REQUIREMENTS REGARDING THE LEVEL OF
SERVICE PROVIDED BY YOU TO THE PATIENT.  IN MAKING THIS
DETERMINATION, WE WILL CONSIDER THE COMPLEXITY OF THE STATED
DIAGNOSIS AND TREATMENT PLAN TO ENSURE THAT THE PAYMENT
ALLOWANCE REFLECTS THE LEVEL OF SERVICE PROVIDED BY YOU TO
THE PATIENT.

CORRESPONDENCE SHOULD BE SENT TO:

            GEICO DIRECT
            ONE GEICO BLVD, FREDERICKSBURG, VA 22412
            PHONE 1-800-841-1003    EXT_____  ADJ CODE_____

PAYMENT SENT TO:    _____PATIENT    _____ATTORNEY    |/ _____PROVIDER

EXPLANATION OF BENEFITS SUBM TTED TO G.E.I.C.O. INSURANCE                Page    1

Provider:510329923-12                    Bill ID:2004102111284094DRE 00
          REHABILITATION ASSOC (MD/DO)     Claim:023241339-017
          OMEGA PROFESSIONAL CTR            SSN:221427246
          87B OMEGA DRIVE                Claimant:KERRY JOHNSON
          NEWARK, DE 19713                 Injured:07-16-2004

   Payee:510329923-02                     Insured:DE
          REHABILITATION ASSOC                    DELAWARE
          2600 GLASGOW AVE #210
          NEWARK, DE 19702


Adjustor-ID:

ICD9:723.1  CERVICALGIA
ICD9:724.2  LUMBAGO
ICD9:846.0  SPRAIN LUMBOSACRAL

| Date | Service | Mods | Charge | Reduction | Allowance | Reasons |
|------|---------|------|--------|-----------|-----------|---------|
| 09-16-04 95861 | ELECTROMYOGRAPHY | | 536.00 | 151.00 | 385.00 | 40 |
| 09-16-04 95934 | H REFLEX STUDY | | 91.00 | .00 | 91.00 | |
| 09-16-04 95934 | H REFLEX STUDY | | 91.00 | .00 | 91.00 | |
| 09-16-04 95900 | NERVE CONDUCTION | | 90.00 | .00 | 90.00 | |
| 09-16-04 95900 | NERVE CONDUCTION | | 90.00 | .00 | 90.00 | |
| 09-16-04 95900 | NERVE CONDUCTION | | 90.00 | .00 | 90.00 | |
| 09-16-04 95900 | NERVE CONDUCTION | | 90.00 | .00 | 90.00 | |
| 09-16-04 95904 | NERVE CONDUCTION | | 88.00 | .00 | 88.00 | |
| 09-16-04 95904 | NERVE CONDUCTION | | 88.00 | .00 | 88.00 | |
| 09-16-04 95904 | NERVE CONDUCTION | | 88.00 | .00 | 88.00 | |
| | Totals | | 1342.00 | 151.00 | 1191.00 | |

** Reduction Explanations:

 RC 40 The charge for the services exceeds an amount which
       would appear reasonable when compared to the
       charges of other providers in the same geographic
       area.

THE ABOVE EXPLANATION OF BENEFIT REFLECTS OUR INITIAL RE-
VIEW OF THE PROVIDER'S CHARGES AS SUBMITTED.  IF FURTHER
RE-EVALUATION IS REQUESTED, THE PROVIDER SHOULD SEND US
ADDITIONAL INFORMATION TO RE-EVALUATE OUR DETERMINATION
USING THE FOLLOWING CRITERIA:

RC 40 RE-EVALUATION CRITERIA:  SUBMIT MEDICAL RECORDS SO
THAT WE MAY DETERMINE IF THE APPROPRIATE CPT CODE WAS USED
TO DESCRIBE THE SERVICES PROVIDED.  IF THE APPROPRIATE CPT
CODE WAS USED, WE WILL COMPARE THE PAYMENT MADE TO YOU WITH
AMOUNTS CHARGED BY PROVIDERS OF THE SAME TYPE IN THE SUR-
ROUNDING GEOGRAPHIC AREA TO DETERMINE IF AN ADJUSTMENT IS
APPROPRIATE.

Continued on next page

EXPLANATION OF BENEFITS SUBMITTED TO G.E.I.C.O. INSURANCE                     Page    2

Provider:510329923-12                        Bill ID:2004102111284094DRE 00
          REHABILITATION ASSOC (MD/DO)          Claim:023241339-017
          OMEGA PROFESSIONAL CTR                  SSN:221427246
          87B OMEGA DRIVE                     Claimant:KERRY JOHNSON
          NEWARK, DE 19713                     Injured:07-16-2004

   Payee:510329923-02                         Insured:DE
          REHABILITATION ASSOC                         DELAWARE
          2600 GLASGOW AVE #210
          NEWARK, DE 19702


Adjustor-ID:

CORRESPONDENCE SHOULD BE SENT TO:

          GEICO DIRECT
          ONE GEICO BLVD, FREDERICKSBURG, VA 22412
          PHONE 1-800-841-1003    EXT_____ ADJ CODE_____

PAYMENT SENT TO: _____PATIENT _____ATTORNEY __/____PROVIDER

# EXHIBIT G

 **GEICO**

■ Government Employees Insurance Company
■ GEICO General Insurance Company
■ GEICO Indemnity Company
■ GEICO Casualty Company

One GEICO Blvd. ■ Fredericksburg, VA 22412-0001

September 20, 2004

MR KERRY W JOHNSON
1007 MISTOVER LN
NEWARK, DE 19713-3346

CLAIM NUMBER: 023241339-017
DATE OF LOSS: 07/16/04

Dear Mr Johnson:

One of GEICO's obligations is to assure medical benefits paid on your behalf accurately reflect services provided and reasonable reimbursement for those services. As we explained in our initial letter to you, medical bills are reviewed to determine if the charges for treatment are reasonable (usual and prevailing) for the geographical area in which the treatment was rendered. Only those charges for services determined medically necessary will be considered.

We have reviewed the bills and our findings are enclosed for your information. Any subsequent bills will be reviewed in the same manner. If further consideration is requested, we would require a written response from your provider(s) within 30 days. Additionally, should you receive a bill for the balance of a payment benefit, please send it to us for handling.

Should you have any additional questions regarding your claim, please contact your adjuster, **J Moseler**, at **1-800-841-1003, extension 4661.**

Sincerely,

Claims Department

# EXHIBIT H

# Delaware Recovery Systems, Inc.
## Glasgow Medical Center
### 2600 Glasgow Avenue Suite #205
### Newark, Delaware  19702
### Phone (302) 832-3369  Fax (302) 832-5854

APR 1 2 2005

Date:03/31/05
RE:Johnson, Kerry
Account #:10198

Dear: Attorney,

This is in reference to our above named patient/your client. Unfortunately, the patient's insurance carrier is denying our claims for services we rendered to the patient.

As this is a personal injury/workmans compensation case, we do not want to bill the patient directly, however, at this time we must protect the physician's interests. Therefore, we must obtain a letter of protection from your office. Upon receipt of your letter we will waive payment until the settlement of the case. If your client will not authorize you to protect this balance due, kindly notify our office so we may take appropriate action to collect the balance.

We have enclosed a copy of the patient's account balance for your review. Thank you in advance for your attention to this matter.

Sincerely,

Connie Salvatelli

Delaware Recovery Systems, Inc.

Enclosure

This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose.

# EXHIBIT I

HAL KRAMER, M.D.
SCOTT SCHAEFFER, M.D.
ANNE E. ARCHBALD, N.P.-C., M.S.N.
JENNY L. HUGHES, N.P.-C., M.S.N.

STONEY BATTER FAMILY MEDICINE ASSOCIATES, P.A.

November 14, 2005

RE: Sharon Anderson
DOA: August 3, 2004.

Dear Ms. Simon,

I'm providing this letter at your request to describe treatment for which Ms. Anderson received as a result of a motor vehicle accident on August 3, 2004.

The patient first presented for evaluation of injuries sustained from this car accident on August 5, 2004. At that time, the patient described the accident as a rear end collision where she did not sustain any head trauma, or loss of consciousness. At that time she complained of significant headache which was throbbing in nature. Patient also complained of a whiplash type injury consisting of posterior neck muscle pain. There were no other associated neurological symptoms which could have suggested a peripheral neuropathy. The patient also complained of low back pain which was of equal intensity bilaterally, also with no association of neurological symptoms. Her exam at that time was only significant for tenderness of the back and neck muscles. A CAT scan of the head was ordered to rule out any intracranial injury, and medication was prescribed with simple instructions for home exercises and stretches. The patient was instructed to return in approximately two weeks if symptoms did not resolve. Unfortunately, the CAT scan of the head was not completed.

Patient was next seen on June 13, 2005 for re-evaluation of her neck and lumbar strain which at this point had become chronic. Patient did not make any contact with my office regarding the injuries sustained during this motor vehicle accident in the time between the March 5, 2004 office visit, and the June 13, 2005 office visit. During this June 2005 office visit, the patient states that she did have an exacerbation of the neck and back pain without any specific cause. As indicated in the progress notes, patient did miss work because of neck and back pain during several days in September, October, and April of 2005. During this June 13, 2005 office visit, the patient was again prescribed muscle relaxants and anti-inflammatories, and was also referred to physical therapy for evaluation and treatment. Patient was initially evaluated by the physical therapist on July 19, 2005, and was discharged from treatment on October 27, 2005 after it was determined that physical therapy treatment would not benefit the patient any further. Patient was instructed on a home exercise program, and educated on proper posture to minimize symptoms. Before the patient was finally discharged from physical therapy, patient did have a final office visit on October 10, 2005, at which time it was agreed that the patient would not benefit from further physical therapy and she was left with mild neck and low back pain which may be exacerbated from time to time.

HAL KRAMER, M.D.
SCOTT SCHAEFFER, M.D.
ANNE E. ARCHBALD, N.P.-C., M.S.N.
JENNY L. HUGHES, N.P.-C., M.S.N.

STONEY BATTER FAMILY MEDICINE ASSOCIATES, P.A.

 

       It is also important to note the patient does have a history of low back pain for which the patient was seen several times in 2002. Patient was also referred to a back specialist who referred her at that time to physical therapy and prescribed ibuprofen. Patient had been relatively stable with her low back pain until it was exacerbated during the accident on August 3, 2004. It is within reasonable medical probability that the accident which occurred on August 3, 2004 did exacerbate her low back pain condition. However, currently, the patient has minimal discomfort. Patient has full range of motion, full functionality, and is able to engage in her activities of daily living without difficulty. The patient's prognosis is good, and it can be believed the patient will have permanent problems with exacerbations of back and neck pain from time to time depending on physical activity. At this time, the patient has no disabilities, but the patient was advised not to engage in any heavy manual labor which would require heavy lifting. Also, it is estimated that there is no anticipated future treatment which is planned as a result of this August 3, 2004 accident. It may be determined with reasonable medical probability that the accident of August 3, 2004 exacerbated a previous low back pain condition and ultimately worsened her condition by approximately 10%.

       I hope this narrative has been helpful, please contact my office if any further information is required at (302) 234-9109.

Sincerely,

Horatio C. Jones, III, MD

# EXHIBIT J

# Statement Details

Page    1
**09/06/2005**
302-234-2080

Stoney Batter Family Medicine
5301 Limestone Rd. #222
Wilmington, DE 19808

Fed. Tax ID No.:    51 0339390

**For patient :**    SHARON ANDERSON
    216 NORTH CONNELL STREET
    WILMINGTON, DE 19805

| Line No. | Date | Description | Charge | Copay or Deductible | Payment | Adjust-ment | Debit/ Transfer | Patient Responsibility | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | $0.00 | | | | $0.00 | $.00 |
| | | *** For bill no. : 1 *** | | $0.00 | | | | $0.00 | $.00 |
| | | Diagnoses : 8469 -8479 - | | $0.00 | | | | $0.00 | $.00 |
| 1 | 08/05/2004 | 99214,EST PT LEVEL 4 VISIT | $145.00 | $0.00 | | | | $0.00 | $145.00 |
| 2 | 11/10/2004 | NO PIP APPLICATION ON FILE | | $0.00 | | | | $0.00 | $145.00 |
| 3 | 12/08/2004 | GEICO #71957785 | | $0.00 | $145.00 | | | $0.00 | $.00 |
| | | *** For bill no. : 2 *** | | $0.00 | | | | $0.00 | $.00 |
| | | Diagnoses : 8460 -8470 - | | $0.00 | | | | $0.00 | $.00 |
| 4 | 06/13/2005 | 99214,EST PT LEVEL 4 VISIT | $145.00 | $0.00 | | | | $0.00 | $145.00 |
| 5 | 08/29/2005 | GEICO#4590212 | | $0.00 | $114.00 | | | $0.00 | $31.00 |
| 6 | 08/29/2005 | INS.:Pat.Resp.for this bill | $31.00 | | | | | $31.00 | $31.00 |

## SERVICE STATEMENT

Stoney Batter Family Medicine
5301 Limestone Rd. #222
Wilmington, DE 19808

**09/06/2005**
302-234-2080

Fed. Tax ID No.:    51 0339390

```
            * Make checks payable to Stoney Batter Family Medicine *
              ** Please return this page with your payment **
            *** Details of the bill are on the following pages ***
```

```
   To : SHARON ANDERSON :(ANSH-M)
        216 NORTH CONNELL STREET
        WILMINGTON DE 19805


Balance shown is patient's responsibility.
Please remit payment upon receipt of bill : $     31.00
                                                              ==========


                    THANK YOU
```

# EXHIBIT K

EXPLANATION OF BENEFITS SUBMITTED TO G.E.I.C.O. INSURANCE

Provider:510251928-06
      PRO PHYSICAL THERAPY
      100 VALLEY CENTER DR
      WILMINGTON, DE 19808

Bill ID:2005083115095122HCW 00
   Claim:014124013-027
     SSN:221520746
Claimant:SHARON ANDERSON
  Injured:08-03-2004

Payee:510251928-01
     PRO PHYSICAL THERAPY
     1812 MARSH RD, STE 505
     WILMINGTON, DE 19810

Insured:DE
       DELAWARE

Adjustor-ID:

ICD9:723.1  CERVICALGIA
ICD9:728.85 SPASM OF MUSCLE
ICD9:847.0  NECK SPRAIN

| Date | Service | | Mods | Charge | Reduction | Allowance | Reasons |
|------|---------|---|------|--------|-----------|-----------|---------|
| 07-21-05 | 97530 | ACTIVITIES | 59 | 50.00 | .00 | 50.00 | |
| 07-21-05 | 97110 | EXERCISES | | 50.00 | .00 | 50.00 | |
| 07-21-05 | 97110 | EXERCISES | | 50.00 | .00 | 50.00 | |
| 07-21-05 | 97014 | STIMULATION | | 35.00 | 35.00 | .00 | 51 |
| 07-21-05 | 97010 | HOT COLD PACKS | | 30.00 | 30.00 | .00 | 51 |
| 07-25-05 | 97530 | ACTIVITIES | 59 | 50.00 | .00 | 50.00 | |
| 07-25-05 | 97110 | EXERCISES | | 50.00 | .00 | 50.00 | |
| 07-25-05 | 97110 | EXERCISES | | 50.00 | .00 | 50.00 | |
| 07-25-05 | 97014 | STIMULATION | | 35.00 | 35.00 | .00 | 51 |
| 07-25-05 | 97010 | HOT COLD PACKS | | 30.00 | 30.00 | .00 | 51 |
| 07-26-05 | 97530 | ACTIVITIES | 59 | 50.00 | .00 | 50.00 | |
| 07-26-05 | 97110 | EXERCISES | | 50.00 | .00 | 50.00 | |
| 07-26-05 | 97110 | EXERCISES | | 50.00 | .00 | 50.00 | |
| 07-26-05 | 97012 | TRACTION | | 35.00 | .00 | 35.00 | |
| 07-26-05 | 97014 | STIMULATION | | 35.00 | 35.00 | .00 | 51 |
| 07-26-05 | 97010 | HOT COLD PACKS | | 30.00 | 30.00 | .00 | 51 |
| 07-29-05 | 97014 | STIMULATION | | 35.00 | 35.00 | .00 | 51 |
| 07-29-05 | 97010 | HOT COLD PACKS | | 30.00 | 30.00 | .00 | 51 |
| 08-02-05 | 97530 | ACTIVITIES | 59 | 50.00 | .00 | 50.00 | |
| 08-02-05 | 97110 | EXERCISES | | 50.00 | .00 | 50.00 | |
| 08-02-05 | 97110 | EXERCISES | | 50.00 | .00 | 50.00 | |
| 08-02-05 | 97012 | TRACTION | | 35.00 | .00 | 35.00 | |
| 08-02-05 | 97014 | STIMULATION | | 35.00 | 35.00 | .00 | 51 |
| 08-02-05 | 97010 | HOT COLD PACKS | | 30.00 | 30.00 | .00 | 51 |
| 08-04-05 | 97530 | ACTIVITIES | 59 | 50.00 | .00 | 50.00 | |
| 08-04-05 | 97110 | EXERCISES | | 50.00 | .00 | 50.00 | |
| 08-04-05 | 97110 | EXERCISES | | 50.00 | .00 | 50.00 | |
| 08-04-05 | 97012 | TRACTION | | 35.00 | .00 | 35.00 | |
| 08-04-05 | 97014 | STIMULATION | | 35.00 | 35.00 | .00 | 51 |
| 08-04-05 | 97010 | HOT COLD PACKS | | 30.00 | 30.00 | .00 | 51 |
| 08-09-05 | 97530 | ACTIVITIES | 59 | 50.00 | .00 | 50.00 | |
| 08-09-05 | 97110 | EXERCISES | | 50.00 | .00 | 50.00 | |
| 08-09-05 | 97110 | EXERCISES | | 50.00 | .00 | 50.00 | |
| 08-09-05 | 97014 | STIMULATION | | 35.00 | 35.00 | .00 | 51 |

Continued on next page

EXPLANATION OF BENEFITS SUBMITTED TO G.E.I.C.O. INSURANCE   Page   2

Provider:510251928-06
         PRO PHYSICAL THERAPY
         100 VALLEY CENTER DR
         WILMINGTON, DE 19808

Bill ID:2005083115095122HCW 00
   Claim:014124013-027
     SSN:221520746
Claimant:SHARON ANDERSON
 Injured:08-03-2004

   Payee:510251928-01
         PRO PHYSICAL THERAPY
         1812 MARSH RD, STE 505
         WILMINGTON, DE 19810

Insured:DE
        DELAWARE

Adjustor-ID:

ICD9:723.1  CERVICALGIA
ICD9:728.85 SPASM OF MUSCLE
ICD9:847.0  NECK SPRAIN

| Date | Service | Mods | Charge | Reduction | Allowance | Reasons |
|------|---------|------|--------|-----------|-----------|---------|
| 08-09-05 | 97010  HOT COLD PACKS | | 30.00 | 30.00 | .00 | 51 |
| | Totals | | 1460.00 | 455.00 | 1005.00 | |

* Reduction Explanations:

RC 51 The provider performed a physical medicine modality
      that would provide no therapeutic benefit during
      the chronic period of the diagnosed conditions.

THE ABOVE EXPLANATION OF BENEFIT REFLECTS OUR INITIAL RE-
VIEW OF THE PROVIDER'S CHARGES AS SUBMITTED.  IF FURTHER
RE-EVALUATION IS REQUESTED, THE PROVIDER SHOULD SEND US
ADDITIONAL INFORMATION TO RE-EVALUATE OUR DETERMINATION
USING THE FOLLOWING CRITERIA:

RC 51 RE-EVALUATION CRITERIA:  SUBMIT MEDICAL RECORDS SO
THAT WE MAY DETERMINE THE LENGTH OF ACUTE CARE BASED ON THE
PATIENT'S AGE, DIAGNOSIS AND MEDICAL INTERVENTION.  THE
MEDICAL RECORDS MUST INCLUDE POSITIVE, SPECIFIC, OBJECTIVE
FINDINGS TO INDICATE THE APPROPRIATE USE OF THE PHYSICAL
MEDICINE MODALITY, AS WELL AS A PROGRESSION TO AN ACTIVE
THERAPEUTIC EXERCISE PROGRAM WITH A DECREASE IN PASSIVE
MODALITIES.  IF WE ARE UNABLE TO VALIDATE ONGOING ACUTE CARE
TREATMENT, WE MAY SEEK INDEPENDENT MEDICAL REVIEW.

CORRESPONDENCE SHOULD BE SENT TO:

        GEICO DIRECT
        ONE GEICO BLVD, FREDERICKSBURG, VA 22412
        PHONE 1-800-841-1003   EXT_____  ADJ CODE_____

PAYMENT SENT TO:  _____PATIENT  _____ATTORNEY  _____PROVIDER

# EXHIBIT L

Explanation of Review

Page: 1

| | |
|---|---|
| | **Client:** |
| | FREDERICKSBURG-DELAWARE - 05 |
| | GEICO - FREDERICKSBURG |
| | ONE GEICO BOULEVARD |
| | FREDERICKSBURG, VA 22412 |
| | PHONE: 800-841-1003 |
| | **Case:**  GE2-05DE-0001010 |

**Provider:**

PRO PHYSICAL THERAPY
1812 MARSH ROAD SUITE 505
WILMINGTON, DE 19810

**Claim:**

ANDERSON, SHARON
216 N CONNELL ST
WILMINGTON, DE 198053635

| | | | | | | |
|---|---|---|---|---|---|---|
| **Tax ID:** | 510251928 | **Type:** PT | **Specialty (1):** | UNKNOWN | **Claim Number:** | 014124013010102701 |
| **License:** | | | **Specialty (2):** | | **Carrier Received Date:** | 10-11-2005 |
| **External ID:** | 510251928XXXXXX1 | | | | **Social Security Number:** | XXX-XX-XXXX |
| **Account Number:** | RA05DE879070 | **Invoice Date:** | | | **Date of Loss:** | 08-03-2004 |
| **Medicare Number:** | | | | | **Policyholder:** | |
| **Region:** | | | | | **Policy Number:** | |

| **Case Details** | **Risk:** DE | **Dates of Service:** | 09-27-2005 to 09-29-2005 | **Reviewer:** | @@/ |
|---|---|---|---|---|---|
| | **File:** 0000000/0000000 | **Post Date:** | 11-03-2005 | **Client Type of Bill:** | |
| | **Adjuster:** D. CURRY | **PPO Network:** | | **DRG:** | |
| | **AdjCd:** 05F883 | **PPO Claim:** | | **Pay Authorization:** | |
| | **Phone:** 800-841-1003 ext. 7853 | | | | |

**Dx 1:** 728.85  SPASM OF MUSCLE      **Dx 2:** 723.1  CERVICALGIA      **Dx 3:** 847.0  SPRAIN OF NECK
**Dx 4:**                          **Dx 5:**

| Line | Date | POS | TOS | Rev./Proc. Code | Modifiers Charges | Dx. | Units Review | Description PPO    UR | Co-Pay | Explanation Deduct. | Code(s) Allow. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 09-27-2005 | 11 | 1 | 97014 | 35.00 | 1 | 1 35.00 | ELECTRIC STIMULATION | | | 767 |
| 2 | 09-27-2005 | 11 | 1 | 97530 | 50.00 | 1 | 1 | (59)THERAPEUTIC ACTIVITY | | | 50.00 |
| 3 | 09-27-2005 | 11 | 1 | 97010 | 30.00 | 1 | 1 30.00 | HOT OR COLD PACK | | | 767 |
| 4 | 09-27-2005 | 11 | 1 | 97110 | 100.00 | 1 | 2 | THERAPEUTIC EXERCISE | | | 100.00 |
| 5 | 09-29-2005 | 11 | 1 | 97110 | 100.00 | 1 | 2 | THERAPEUTIC EXERCISE | | | 100.00 |
| 6 | 09-29-2005 | 11 | 1 | 97010 | 30.00 | 1 | 1 30.00 | HOT OR COLD PACK | | | 767 |
| 7 | 09-29-2005 | 11 | 1 | 97014 | 35.00 | 1 | 1 35.00 | ELECTRIC STIMULATION | | | 767 |
| 8 | 09-29-2005 | 11 | 1 | 97530 | 50.00 | 1 | 1 | THERAPEUTIC ACTIVITY | | | 50.00 |

| | | | |
|---|---|---|---|
| **Totals** | **Total Charges:** | 430.00 | |
| | **Bill Review Reductions:** | 130.00 | |
| | **Recommended Allowance:** | | 300.00 |

CORRESPONDENCE SHOULD BE SENT TO THE ABOVE ADDRESS AND ATTENTION OF:
ADJUSTER CODE_____EXTENSION_____

GEICO - FREDERICKSBURG, ONE GEICO BOULEVARD, FREDERICKSBURG, VA 22412, PHONE:  800-841-1003
DCN: 2307848

GEICO Fredericksburg
ONE GEICO BOULEVARD
FREDERICKSBURG, VA 22412
PHONE: 800-841-1003

**Case:** GE2-05DE-0001010

**Provider:**

PRO PHYSICAL THERAPY
1812 MARSH ROAD SUITE 505
WILMINGTON, DE 19810

**Claim:**

ANDERSON, SHARON
216 N CONNELL ST
WILMINGTON, DE 198053635

| | | | | | |
|---|---|---|---|---|---|
| **Tax ID:** | 510251928 | **Type:** PT | **Specialty (1):** UNKNOWN | **Claim Number:** | 014124013010102701 |
| **License:** | | | **Specialty (2):** | **Carrier Received Date:** | 10-11-2005 |
| **External ID:** | 510251928XXXXXX1 | | | **Social Security Number:** | XXX-XX-XXXX |
| **Account Number:** | RA05DE879070 | **Invoice Date:** | | **Date of Loss:** | 08-03-2004 |
| **Medicare Number:** | | | | **Policyholder:** | |
| **Region:** | | | | **Policy Number:** | |

| Case Details | | | | | |
|---|---|---|---|---|---|
| **Risk:** | DE | **Dates of Service:** | 09-27-2005 to 09-29-2005 | **Reviewer:** | @@/ |
| **File:** | 0000000/0000000 | **Post Date:** | 11-03-2005 | **Client Type of Bill:** | |
| **Adjuster:** | D. CURRY | **PPO Network:** | | **DRG:** | |
| **AdjCd:** | 05F883 | **PPO Claim:** | | **Pay Authorization:** | |
| **Phone:** | 800-841-1003 ext. 7853 | | | | |

**Dx 1:** 728.85  SPASM OF MUSCLE   **Dx 2:** 723.1   CERVICALGIA      **Dx 3:** 847.0  SPRAIN OF NECK
**Dx 4:**                          **Dx 5:**

| Line | Date | POS | TOS | Rev./Proc. Code | Modifiers Charges | Dx. | Units Review | Description PPO | UR | Co-Pay | Explanation Deduct. | Code(s) Allow. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

**Messages:**

*767
    PHYSICAL MEDICINE MODALITIES THE PROVIDE NO THERAPEUTIC BENEFIT DURING THE CHRONIC PERIOD OF THE DIAGNOSED CONDITION ARE NOT
    REIMBURSABLE.
THIS EXPLANATION OF REVIEW REFLECTS OUR INITIAL REVIEW OF THE PROVIDER'S
CHARGES SUBMITTED. IF FURTHER RE-EVALUATION IS REQUESTED, THE PROVIDER SHOULD
SEND US ADDITIONAL INFORMATION TO RE-EVALUATE OUR DETERMINATION USING THE
IDENTIFIED CRITERIA. SEE RE-EVALUATION CRITERIA ENCLOSED.
PAYMENT SENT TO: _____PATIENT_____ATTORNEY_____PROVIDER

**Notes:**

CORRESPONDENCE SHOULD BE SENT TO THE ABOVE ADDRESS AND ATTENTION OF:
    ADJUSTER CODE_____EXTENSION_____

GEICO - FREDERICKSBURG, ONE GEICO BOULEVARD, FREDERICKSBURG, VA 22412, PHONE:  800-841-1003
                                                        DCN: 2307848

| MESSAGE MODIFIER | RE-EVALUATION CRITERIA |
|---|---|
| 204 | Submit documentation to support the need for the disallowed procedure in light of the fact that it was performed on the same date as another procedure for which reimbursement was allowed. |
| 435 | Submit documentation that clearly defines the reason or logic for reimbursement of the lesser-valued surgical procedure performed on the same date as the higher-valued surgical procedure. |
| 252 | Identify the service you provided or the materials you supplied. You may present an invoice from your durable medical equipment supplier, and you will be reimbursed 150% of the wholesale cost. |
| 220 | Submit medical records confirming that, with respect to the visit for which you billed on the same day as the surgical procedure, you provided a service that was unrelated to the surgical procedure. |
| 224 | Submit medical records confirming that the services you provided on the same day were not duplicative services. You must use the appropriate identifying modifier when you make multiple charges for the same CPT code on the same day. |
| 253 | Submit the invoice that shows the supplier's wholesale cost. We will reimburse 150% of the supplier's wholesale cost. |
| 760 | Submit documentation to demonstrate that these are not charges for educational supplies. Educational supplies are not viewed as a component of treatment and therefore, are not reimbursable. |
| 761 | Submit documentation showing the circumstances of the missed appointment. We will reimburse charges for a missed appointment only if you demonstrate extreme extenuating circumstances. |
| 762 | Submit documentation to demonstrate that these are not charges for vitamins or supplements. Vitamins and supplements are not viewed as a component of treatment with this diagnosis and, therefore, are not reimbursable. |
| 206 | Submit document that supports and clearly defines the need for this procedure. |
| 257 | Submit documentation that demonstrates that the claims examiner requested the special report as a supplement to the daily treatment notes or the evaluation and management notes. |
| 229 | Submit documentation that clearly links the procedure to trauma sustained as a direct result of the automobile accident. |
| 763 | Submit documentation to substantiate the need for a Surface EMG. If we are unable to establish medical necessity, we may seek Independent medical review. |
| 764 | Submit documentation to support the need for a second provider to read the X-rays in that the charge was reimbursed previously to another provider. |
| 765 | Submit medical records so that we may determine if the appropriate CPT code was used to describe the services provided. If the appropriate CPT code was used, we will compare the payment made to you with amounts charged by providers of the same type in the surrounding geographic area to determine if an adjustment is appropriate. |
| 766 | Submit medical records so that we may compare the information in the medical records with the CPT code manual requirements regarding the level of service provided by you to the patient. In making this determination, we will consider the complexity of the stated diagnosis and treatment plan to ensure that the payment allowance reflects the level of service provided by you to the patient. |
| 767 | Submit medical records so that we may determine the length of acute care based on the patient's age, diagnosis and medical intervention. The medical records must include positive, specific, objective findings to indicate the appropriate use of the physical modality as well as a progression to an active therapeutic exercise program with a decrease in passive modalities. If we are unable to validate ongoing acute care, we may seek Independent medical review. |
| 215 | Submit medical records so that we may substantiate the physical medicine procedures and modalities performed. In reviewing the medical records, we will look at the functional goals of treatment. The functional goals must be clearly defined, easily recognized and based on a thorough evaluation of the patient. Evidence of improvement and the patient's response to treatment should confirm that the functional goals are being met. You must identify any underlying risk factors and their therapy. If we are unable to establish medical necessity, we may seek Independent medical review. |
| 768 | Submit the invoice you received for the drug or supply. We will reimburse 150% of the wholesale price of the drug or supply. |

**CO DIRECT**
GOVERNMENT EMPLOYEES INSURANCE COMPANY

FLEET NATIONAL BANK
HARTFORD, CONNECTICUT

075545666

51-44
119

N75545666

Office - ONE GEICO PLAZA ■ Washington, DC 20076

CO CODE  01

DATE ISSUED  12/13/05

ACCIDENT DATE  08/03/04

POLICY/CLAIM NUMBER  0141240130101027

ADJ  F883

CHECK NUMBER

CLAIMANT  SHARON ANDERSON

RS NUMBER/ATTY ADJ  .-0251928

ID  LP NBM

FEATURE/AMOUNT  150.00

EXPENSE

FCC  ..05

ONE-HUNDRED-FIFTY---------------------------------------------------AND----00/100 DOLLARS      $150.00

TO  HORATIO JONES
E  PRO PHYSICAL THERAPY
ER

DALTON & ASSOCIATES PA
1106 WEST TENTH STREET
WILMINGTON, DE 19806

_ TO:

IN PAY-MENT OF

PERSONAL INJURY PROTECTION
10/04/2005 -- 10/04/2005
ACCT# RA05DE879070
EOB
SHARON ANDERSON
INSURED

AUTHORIZED SIGNATURE

⑆755545666⑈  ⑆011900445⑈  19191⑈

Page: 1

| | |
|---|---|
| | **Client:** |
| | FREDERICKSBURG-DELAWARE - 05 |
| | GEICO - FREDERICKSBURG |
| | ONE GEICO BOULEVARD |
| | FREDERICKSBURG, VA 22412 |
| | PHONE: 800-841-1003 |
| | **Case:** GE2-05DE-0001011 |

**Provider:**

PRO PHYSICAL THERAPY
1812 MARSH ROAD SUITE 505
WILMINGTON, DE 19810

**Claim:**

ANDERSON, SHARON
216 N CONNELL ST
WILMINGTON, DE 198053635

| | | | | |
|---|---|---|---|---|
| **Tax ID:** | 510251928 | **Type:** PT **Specialty (1):** UNKNOWN | **Claim Number:** | 01412401301010270l |
| **License:** | | **Specialty (2):** | **Carrier Received Date:** | 10-20-2005 |
| **External ID:** | 510251928XXXXXX1 | | **Social Security Number:** | XXX-XX-XXXX |
| **Account Number:** | RA05DE879070 | **Invoice Date:** | **Date of Loss:** | 08-03-2004 |
| **Medicare Number:** | | | **Policyholder:** | |
| **Region:** | | | **Policy Number:** | |

| **Case Details** | **Risk:** | DE | **Dates of Service:** | 10-04-2005 | **Reviewer:** | @@/ |
|---|---|---|---|---|---|---|
| | **File:** | 0000000/0000000 | **Post Date:** | 11-03-2005 | **Client Type of Bill:** | |
| | **Adjuster:** | D. CURRY | **PPO Network:** | | **DRG:** | |
| | **AdjCd:** | 05F883 | **PPO Claim:** | | **Pay Authorization:** | |
| | **Phone:** | 800-841-1003 ext. 7853 | | | | |

**Dx 1:** 728.85  SPASM OF MUSCLE    **Dx 2:** 723.1   CERVICALGIA    **Dx 3:** 847.0  SPRAIN OF NECK
**Dx 4:**                          **Dx 5:**

| Line | Date | POS | TOS | Rev./Proc. Code | Modifiers Charges | Dx. | Units Review | Description PPO UR | Co-Pay | Explanation Deduct. | Code(s) Allow. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10-04-2005 | 11 | 1 | 97110 | 100.00 | 1 | 2 | THERAPEUTIC EXERCISE | | | 100.00 |
| 2 | 10-04-2005 | 11 | 1 | 97530 | 50.00 | 1 | 1 | (59) THERAPEUTIC ACTIVITY | | | 50.00 |
| 3 | 10-04-2005 | 11 | 1 | 97010 | 30.00 | 1 | 1 / 30.00 | HOT OR COLD PACK | | | 767 |
| 4 | 10-04-2005 | 11 | 1 | 97014 | 35.00 | 1 | 1 / 35.00 | ELECTRIC STIMULATION | | | 767 |

| Totals | Total Charges: | 215.00 | | |
|---|---|---|---|---|
| | Bill Review Reductions: | | 65.00 | |
| | Recommended Allowance: | | | 150.00 |

**Messages:**

*767 PHYSICAL MEDICINE MODALITIES THE PROVIDE NO THERAPEUTIC BENEFIT DURING THE CHRONIC PERIOD OF THE DIAGNOSED CONDITION ARE NOT
REIMBURSABLE.
THIS EXPLANATION OF REVIEW REFLECTS OUR INITIAL REVIEW OF THE PROVIDER'S
CHARGES SUBMITTED. IF FURTHER RE-EVALUATION IS REQUESTED, THE PROVIDER SHOULD
SEND US ADDITIONAL INFORMATION TO RE-EVALUATE OUR DETERMINATION USING THE
IDENTIFIED CRITERIA. SEE RE-EVALUATION CRITERIA ENCLOSED.
PAYMENT SENT TO: _____PATIENT_____ATTORNEY_____PROVIDER

**Notes:**

CORRESPONDENCE SHOULD BE SENT TO THE ABOVE ADDRESS AND ATTENTION OF:
ADJUSTER CODE_____EXTENSION_____

GEICO - FREDERICKSBURG, ONE GEICO BOULEVARD, FREDERICKSBURG, VA 22412, PHONE: 800-841-1003
DCN: 2307849

| MESSAGE MODIFIER | RE-EVALUATION CRITERIA |
|---|---|
| 204 | Submit documentation to support the need for the disallowed procedure in light of the fact that it was performed on the same date as another procedure for which reimbursement was allowed. |
| 435 | Submit documentation that clearly defines the reason or logic for reimbursement of the lesser-valued surgical procedure performed on the same date as the higher-valued surgical procedure. |
| 252 | Identify the service you provided or the materials you supplied. You may present an invoice from your durable medical equipment supplier, and you will be reimbursed 150% of the wholesale cost. |
| 220 | Submit medical records confirming that, with respect to the visit for which you billed on the same day as the surgical procedure, you provided a service that was unrelated to the surgical procedure. |
| 224 | Submit medical records confirming that the services you provided on the same day were not duplicative services. You must use the appropriate identifying modifier when you make multiple charges for the same CPT code on the same day. |
| 253 | Submit the invoice that shows the supplier's wholesale cost. We will reimburse 150% of the supplier's wholesale cost. |
| 760 | Submit documentation to demonstrate that these are not charges for educational supplies. Educational supplies are not viewed as a component of treatment and therefore, are not reimbursable. |
| 761 | Submit documentation showing the circumstances of the missed appointment. We will reimburse charges for a missed appointment only if you demonstrate extreme extenuating circumstances. |
| 762 | Submit documentation to demonstrate that these are not charges for vitamins or supplements. Vitamins and supplements are not viewed as a component of treatment with this diagnosis and, therefore, are not reimbursable. |
| 206 | Submit document that supports and clearly defines the need for this procedure. |
| 257 | Submit documentation that demonstrates that the claims examiner requested the special report as a supplement to the daily treatment notes or the evaluation and management notes. |
| 229 | Submit documentation that clearly links the procedure to trauma sustained as a direct result of the automobile accident. |
| 763 | Submit documentation to substantiate the need for a Surface EMG. If we are unable to establish medical necessity, we may seek independent medical review. |
| 764 | Submit documentation to support the need for a second provider to read the X-rays in that the charge was reimbursed previously to another provider. |
| 765 | Submit medical records so that we may determine if the appropriate CPT code was used to describe the services provided. If the appropriate CPT code was used, we will compare the payment made to you with amounts charged by providers of the same type in the surrounding geographic area to determine if an adjustment is appropriate. |
| 766 | Submit medical records so that we may compare the information in the medical records with the CPT code manual requirements regarding the level of service provided by you to the patient. In making this determination, we will consider the complexity of the stated diagnosis and treatment plan to ensure that the payment allowance reflects the level of service provided by you to the patient. |
| 767 | Submit medical records so that we may determine the length of acute care based on the patient's age, diagnosis and medical intervention. The medical records must include positive, specific, objective findings to indicate the appropriate use of the physical modality as well as a progression to an active therapeutic exercise program with a decrease in passive modalities. If we are unable to validate ongoing acute care, we may seek independent medical review. |
| 215 | Submit medical records so that we may substantiate the physical medicine procedures and modalities performed. In reviewing the medical records, we will look at the functional goals of treatment. The functional goals must be clearly defined, easily recognized and based on a thorough evaluation of the patient. Evidence of improvement and the patient's response to treatment should confirm that the functional goals are being met. You must identify any underlying risk factors and their therapy. If we are unable to establish medical necessity, we may seek independent medical review. |
| 768 | Submit the invoice you received for the drug or supply. We will reimburse 150% of the wholesale price of the drug or supply. |

**ICO DIRECT**

GOVERNMENT EMPLOYEES INSURANCE
COMPANY

| | |
|---|---|
| | FLEET NAT. ... .L BANK |
| | HARTFORD, CONNECTICUT |
| DATE ISSUED | POLICY/CLAIM NUMBER |
| 12/13/05 | 0141240130101027 |
| ACCIDENT DATE | CLAIMANT |

CO. CODE        51-44        075545670
                119          ADJ
                             F883    CHECK NUMBER

N7554567C

e Office - ONE GEICO PLAZA ■ Washington, DC 20076        01        08/03/04        SHARON ANDERSON
IRS NUMBER/ATTY ADJ        ID                                      FEATURE/AMOUNT                          EXPENSE        FC
1-0251928        LP NBM        450.00                                                                                      ..05

FOUR-HUNDRED-FIFTY----------------------------------------------------AND------0/00 DOLLARS        $450.C

Y TO     HORATIO JONES                                    IN         PERSONAL INJURY PROTECTION
HE       PRO PHYSICAL THERAPY                             PAY-       10/06/2005 — 10/12/2005
DER                                                       MENT       ACCT# RA05DE879070
OF                                                        OF         EOB
                                                                     SHARON ANDERSON
         DALTON & ASSOCIATES PA                                                    INSURED
         1106 WEST TENTH STREET
         WILMINGTON, DE 19806

IL TO:

                                                          C
                                                                     AUTHORIZED SIGNATURE

⑈755456070⑈  ⑆011900445⑈      19191⑈

**Client:**

FREDERICKSBURG-DELAWARE - 05
GEICO - FREDERICKSBURG
ONE GEICO BOULEVARD
FREDERICKSBURG, VA 22412
PHONE: 800-841-1003

**Case:** GE2-05DE-0001623

**Provider:**

PRO PHYSICAL THERAPY
1812 MARSH ROAD STE 505
WILMINGTON, DE 19810

**Claim:**

ANDERSON, SHARON
216 N CONNELL ST
WILMINGTON, DE 198053635

| | | |
|---|---|---|
| Tax ID: | 510251928  Type: PT  Specialty (1): UNKNOWN | Claim Number: 014124013010102701 |
| License: | Specialty (2): | Carrier Received Date: 11-04-2005 |
| External ID: | 510251928XXXXXX1 | Social Security Number: XXX-XX-XXXX |
| Account Number: | RA05DE879070  Invoice Date: | Date of Loss: 08-03-2004 |
| Medicare Number: | | Policyholder: |
| Region: | | Policy Number: |

| Case Details | Risk: DE | Dates of Service: 10-06-2005 to 10-12-2005 | Reviewer: @@/ |
|---|---|---|---|
| | File: 0000000/0000000 | Post Date: 12-09-2005 | Client Type of Bill: |
| | Adjuster: D. CURRY | PPO Network: | DRG: |
| | AdjCd: 05F883 | PPO Claim: | Pay Authorization: |
| | Phone: 800-841-1003 ext. 7853 | | |

Dx 1: 728.85  SPASM OF MUSCLE    Dx 2: 723.1  CERVICALGIA    Dx 3: 847.0  SPRAIN OF NECK
Dx 4:    Dx 5:

| Line | Date | POS | TOS | Rev./Proc. Code | Modifiers Charges | Dx. | Units Review | Description / PPO | UR | Co-Pay | Explanation Deduct. | Code(s) Allow. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10-06-2005 | 11 | 1 | 97010 | 30.00 | 1 | 1 30.00 | HOT OR COLD PACK | | | | 767 |
| 2 | 10-06-2005 | 11 | 1 | 97014 | 35.00 | 1 | 1 35.00 | ELECTRIC STIMULATION | | | | 767 |
| 3 | 10-06-2005 | 11 | 1 | 97530 | 50.00 | 1 | 1 | (59) THERAPEUTIC ACTIVITY | | | | 50.00 |
| 4 | 10-06-2005 | 11 | 1 | 97110 | 100.00 | 1 | 2 | THERAPEUTIC EXERCISE | | | | 100.00 |
| 5 | 10-10-2005 | 11 | 1 | 97530 | 50.00 | 1 | 1 | (59) THERAPEUTIC ACTIVITY | | | | 50.00 |
| 6 | 10-10-2005 | 11 | 1 | 97014 | 35.00 | 1 | 1 35.00 | ELECTRIC STIMULATION | | | | 767 |
| 7 | 10-10-2005 | 11 | 1 | 97110 | 100.00 | 1 | 2 | THERAPEUTIC EXERCISE | | | | 100.00 |
| 8 | 10-10-2005 | 11 | 1 | 97010 | 30.00 | 1 | 1 30.00 | HOT OR COLD PACK | | | | 767 |
| 9 | 10-12-2005 | 11 | 1 | 97010 | 30.00 | 1 | 1 30.00 | HOT OR COLD PACK | | | | 767 |
| 10 | 10-12-2005 | 11 | 1 | 97014 | 35.00 | 1 | 1 35.00 | ELECTRIC STIMULATION | | | | 767 |
| 11 | 10-12-2005 | 11 | 1 | 97110 | 100.00 | 1 | 2 | THERAPEUTIC EXERCISE | | | | 100.00 |
| 12 | 10-12-2005 | 11 | 1 | 97530 | 50.00 | 1 | 1 | (59) THERAPEUTIC ACTIVITY | | | | 50.00 |

| Totals | Total Charges: | 645.00 | | |
|---|---|---|---|---|
| | Bill Review Reductions: | | 195.00 | |
| | Recommended Allowance: | | | 450.00 |

CORRESPONDENCE SHOULD BE SENT TO THE ABOVE ADDRESS AND ATTENTION OF:
ADJUSTER CODE_____EXTENSION_____

GEICO - FREDERICKSBURG, ONE GEICO BOULEVARD, FREDERICKSBURG, VA 22412, PHONE: 800-841-1003
DCN: 2384721

**Explanation of Review**

**Client:**

FREDERICKSBURG-DELAWARE - 05

ONE G     BOULEVARD
FREDERICKSBURG, VA 22412
PHONE: 800-841-1003

Case:  GE2-05DE-0001623

Provider:                                                      Claim:

PRO PHYSICAL THERAPY                          ANDERSON, SHARON
1812 MARSH ROAD STE 505                        216 N CONNELL ST
WILMINGTON, DE 19810                             WILMINGTON, DE 198053635

Tax ID:          510251928     Type: PT    Specialty (1):    UNKNOWN    Claim Number:              014124013010102701
License:                                   Specialty (2):               Carrier Received Date:    11-04-2005
External ID:    510251928XXXXXX1                                        Social Security Number:   XXX-XX-XXXX
Account Number:   RA05DE879070      Invoice Date:                       Date of Loss:             08-03-2004
Medicare Number:                                                        Policyholder:
Region:                                                                 Policy Number:

| Case Details | Risk: | DE | Dates of Service: | 10-06-2005 to 10-12-2005 | Reviewer: | @@/ |
|---|---|---|---|---|---|---|
| | File: | 0000000/0000000 | Post Date: | 12-09-2005 | Client Type of Bill: | |
| | Adjuster: | D. CURRY | PPO Network: | | DRG: | |
| | AdjCd: | 05F883 | PPO Claim: | | Pay Authorization: | |
| | Phone: | 800-841-1003 ext. 7853 | | | | |

Dx 1:  728.85   SPASM OF MUSCLE        Dx 2:  723.1    CERVICALGIA        Dx 3:  847.0   SPRAIN OF NECK
Dx 4:                                  Dx 5:

| Line | Date | POS | TOS | Rev./Proc. Code | Modifiers Charges | Dx. Review | Units Review | Description PPO | UR | Co-Pay | Explanation Deduct. | Code(s) Allow. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Messages:

*767  PHYSICAL MEDICINE MODALITIES THE PROVIDE NO THERAPEUTIC BENEFIT DURING THE CHRONIC PERIOD OF THE DIAGNOSED CONDITION ARE NOT
        REIMBURSABLE.
THIS EXPLANATION OF REVIEW REFLECTS OUR INITIAL REVIEW OF THE PROVIDER'S
CHARGES SUBMITTED.  IF FURTHER RE-EVALUATION IS REQUESTED, THE PROVIDER SHOULD
SEND US ADDITIONAL INFORMATION TO RE-EVALUATE OUR DETERMINATION USING THE
IDENTIFIED CRITERIA.  SEE RE-EVALUATION CRITERIA ENCLOSED.
PAYMENT SENT TO:  _____PATIENT_____ATTORNEY_____PROVIDER

Notes:

CORRESPONDENCE SHOULD BE SENT TO THE ABOVE ADDRESS AND ATTENTION OF:
ADJUSTER CODE_____EXTENSION_____

GEICO - FREDERICKSBURG, ONE GEICO BOULEVARD, FREDERICKSBURG, VA 22412, PHONE:  800-841-1003
                                                        DCN: 2384721

| MESSAGE MODIFIER | RE-EVALUATION CRITERIA |
|---|---|
| 204 | Submit documentation to support the need for the disallowed procedure in light of the fact that it was performed on the same date as another procedure for which reimbursement was allowed. |
| 435 | Submit documentation that clearly defines the reason or logic for reimbursement of the lesser-valued surgical procedure performed on the same date as the higher-valued surgical procedure. |
| 252 | Identify the service you provided or the materials you supplied. You may present an invoice from your durable medical equipment supplier, and you will be reimbursed 150% of the wholesale cost. |
| 220 | Submit medical records confirming that, with respect to the visit for which you billed on the same day as the surgical procedure, you provided a service that was unrelated to the surgical procedure. |
| 224 | Submit medical records confirming that the services you provided on the same day were not duplicative services. You must use the appropriate identifying modifier when you make multiple charges for the same CPT code on the same day. |
| 253 | Submit the invoice that shows the supplier's wholesale cost. We will reimburse 150% of the supplier's wholesale cost. |
| 760 | Submit documentation to demonstrate that these are not charges for educational supplies. Educational supplies are not viewed as a component of treatment and therefore, are not reimbursable. |
| 761 | Submit documentation showing the circumstances of the missed appointment. We will reimburse charges for a missed appointment only if you demonstrate extreme extenuating circumstances. |
| 762 | Submit documentation to demonstrate that these are not charges for vitamins or supplements. Vitamins and supplements are not viewed as a component of treatment with this diagnosis and, therefore, are not reimbursable. |
| 206 | Submit document that supports and clearly defines the need for this procedure. |
| 257 | Submit documentation that demonstrates that the claims examiner requested the special report as a supplement to the daily treatment notes or the evaluation and management notes. |
| 229 | Submit documentation that clearly links the procedure to trauma sustained as a direct result of the automobile accident. |
| 763 | Submit documentation to substantiate the need for a Surface EMG. If we are unable to establish medical necessity, we may seek independent medical review. |
| 764 | Submit documentation to support the need for a second provider to read the X-rays in that the charge was reimbursed previously to another provider. |
| 765 | Submit medical records so that we may determine if the appropriate CPT code was used to describe the services provided. If the appropriate CPT code was used, we will compare the payment made to you with amounts charged by providers of the same type in the surrounding geographic area to determine if an adjustment is appropriate. |
| 766 | Submit medical records so that we may compare the information in the medical records with the CPT code manual requirements regarding the level of service provided by you to the patient. In making this determination, we will consider the complexity of the stated diagnosis and treatment plan to ensure that the payment allowance reflects the level of service provided by you to the patient. |
| 767 | Submit medical records so that we may determine the length of acute care based on the patient's age, diagnosis and medical intervention. The medical records must include positive, specific, objective findings to indicate the appropriate use of the physical modality as well as a progression to an active therapeutic exercise program with a decrease in passive modalities. If we are unable to validate ongoing acute care, we may seek independent medical review. |
| 215 | Submit medical records so that we may substantiate the physical medicine procedures and modalities performed. In reviewing the medical records, we will look at the functional goals of treatment. The functional goals must be clearly defined, easily recognized and based on a thorough evaluation of the patient. Evidence of improvement and the patient's response to treatment should confirm that the functional goals are being met. You must identify any underlying risk factors and their therapy. If we are unable to establish medical necessity, we may seek independent medical review. |
| 768 | Submit the invoice you received for the drug or supply. We will reimburse 150% of the wholesale price of the drug or supply. |

# EXHIBIT M

# PRO Physical Therapy

**Patient Visit History Report**

01/23/2006

PRO Physical Therapy
1812 Marsh Road
Suite 505
Wilmington DE 19810
(302) 793-0432    51-0251928
ACCOUNT #: RA05DE879070
Insurance : GEICO
Patient: SHARON ANDERSON
Policy Number:0141Z4013-027

ADDRESS:
SHARON ANDERSON
216 NORTH CONNELL STREET
WILMINGTON, DE, 19805

**Diagnosis:**

| | |
|---|---|
| 723.1 | CERVICALGIA |
| 728.85 | SPASM OF MUSCLE |
| 847.0 | SPRAIN OF NECK |

| Service Date | CPT Code | Service Description | Units | Charge Amount | Patient Payment | Patient W/O | Insurance Payment | Insurance W/O | Insurance Balance | Patient Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/19/2005 | 97110 | THERAPEUTIC EXERCISE | 1 | $50.00 | $0.00 | $0.00 | $ 50.00 | $ 0.00 | $0.00 | $ 0.00 |
| 07/19/2005 | 97001 | PT- INITIAL EVALUATION | 1 | $150.00 | $0.00 | $0.00 | $ 150.00 | $ 0.00 | $0.00 | $ 0.00 |
| 07/19/2005 | 97112.59 | NEUROMUSCULAR RE-ED | 1 | $50.00 | $0.00 | $0.00 | $ 50.00 | $ 0.00 | $0.00 | $ 0.00 |
| 07/21/2005 | 97004 | ELECTRICAL STIM | 1 | $35.00 | $0.00 | $0.00 | $ 35.00 | $ 0.00 | $0.00 | $ 0.00 |
| 07/21/2005 | 97530.59 | THERAPEUTIC FUNCTIONAL ACTIVITY | 1 | $50.00 | $0.00 | $0.00 | $ 50.00 | $ 0.00 | $0.00 | $ 0.00 |
| 07/21/2005 | 97110 | THERAPEUTIC EXERCISE | 2 | $100.00 | $0.00 | $0.00 | $ 100.00 | $ 0.00 | $0.00 | $ 0.00 |
| 07/21/2005 | 97010 | HOTPACK/COLDPACK | 1 | $30.00 | $0.00 | $0.00 | $ 0.00 | $ 0.00 | $30.00 | $ 0.00 |
| 07/25/2005 | 97014 | ELECTRICAL STIM | 1 | $35.00 | $0.00 | $0.00 | $ 0.00 | $ 0.00 | $35.00 | $ 0.00 |
| 07/25/2005 | 97010 | HOTPACK/COLDPACK | 1 | $30.00 | $0.00 | $0.00 | $ 0.00 | $ 0.00 | $30.00 | $ 0.00 |
| 07/25/2005 | 97110 | THERAPEUTIC EXERCISE | 2 | $100.00 | $0.00 | $0.00 | $ 100.00 | $ 0.00 | $0.00 | $ 0.00 |
| 07/25/2005 | 97530.59 | THERAPEUTIC FUNCTIONAL ACTIVITY | 1 | $50.00 | $0.00 | $0.00 | $ 50.00 | $ 0.00 | $0.00 | $ 0.00 |
| 07/25/2005 | 97080 | HOTPACK/COLDPACK | 1 | $35.00 | $0.00 | $0.00 | $ 35.00 | $ 0.00 | $0.00 | $ 0.00 |
| 07/26/2005 | 97012 | TRACTION CERVICAL/LUMBAR | 1 | $35.00 | $0.00 | $0.00 | $ 35.00 | $ 0.00 | $0.00 | $ 0.00 |
| 07/26/2005 | 97530.59 | THERAPEUTIC FUNCTIONAL ACTIVITY | 1 | $50.00 | $0.00 | $0.00 | $ 50.00 | $ 0.00 | $0.00 | $ 0.00 |
| 07/26/2005 | 97110 | THERAPEUTIC EXERCISE | 2 | $100.00 | $ 0.00 | $0.00 | $ 100.00 | $ 0.00 | $0.00 | $ 0.00 |

# PRO Physical Therapy

## Patient Visit History Report

01/23/2006

PRO Physical Therapy
1812 Marsh Road
Suite 505
Wilmington DE 19810
(302) 793-0432
ACCOUNT #: RA05DE879070    S1-0251928
Insurance : GEICO

Patient:    SHARON ANDERSON
Policy Number:04124013-027

ADDRESS:    SHARON ANDERSON
216 NORTH CONNELL STREET
WILMINGTON, DE. 19805

Diagnosis:
723.1    CERVICALGIA
728.85    SPASM OF MUSCLE
847.0    SPRAIN OF NECK

| Service Date | CPT Code | Service Description | Units | Charge Amount | Patient Payment | Patient W/O | Insurance Payment | Insurance W/O | Insurance Balance | Patient Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/26/2005 | 97040 | HOTPACK/COLDPACK | 1 | $30.00 | $ 0.00 | $0.00 | $ 0.00 | $ 0.00 | $30.00 | $ 0.00 |
| 07/26/2005 | 97014 | ELECTRICAL STIM | 1 | $35.00 | $ 0.00 | $0.00 | $ 0.00 | $ 0.00 | $35.00 | $ 0.00 |
| 07/29/2005 | 97010 | HOTPACK/COLDPACK | 1 | $30.00 | $ 0.00 | $0.00 | $ 0.00 | $ 0.00 | $30.00 | $ 0.00 |
| 07/29/2005 | 97010 | ELECTRICAL STIM | 1 | $35.00 | $ 0.00 | $0.00 | $ 0.00 | $ 0.00 | $35.00 | $ 0.00 |
| 07/29/2005 | 97014 | ELECTRICAL STIM | 1 | $35.00 | $ 0.00 | $0.00 | $ 0.00 | $ 0.00 | $35.00 | $ 0.00 |
| 08/02/2005 | 97010 | HOTPACK/COLDPACK | 1 | $30.00 | $ 0.00 | $0.00 | $ 0.00 | $ 0.00 | $30.00 | $ 0.00 |
| 08/02/2005 | 97014 | ELECTRICAL STIM | 1 | $35.00 | $ 0.00 | $0.00 | $ 0.00 | $ 0.00 | $35.00 | $ 0.00 |
| 08/02/2005 | 97012 | TRACTION CERVICAL/LUMBAR | 1 | $35.00 | $ 0.00 | $ 0.00 | $ 35.00 | $ 0.00 | $0.00 | $ 0.00 |
| 08/02/2005 | 97530 59 | THERAPEUTIC FUNCTIONAL ACTIVITY | 1 | $50.00 | $ 0.00 | $0.00 | $ 50.00 | $ 0.00 | $0.00 | $ 0.00 |
| 08/02/2005 | 97110 | THERAPEUTIC EXERCISE | 2 | $100.00 | $ 0.00 | $0.00 | $ 100.00 | $ 0.00 | $0.00 | $ 0.00 |
| 08/02/2005 | 97010 | HOTPACK/COLDPACK | 1 | $30.00 | $0.00 | $0.00 | $ 0.00 | $ 0.00 | $30.00 | $ 0.00 |
| 08/04/2005 | 97014 | ELECTRICAL STIM | 1 | $35.00 | $0.00 | $0.00 | $ 35.00 | $ 0.00 | $0.00 | $ 0.00 |
| 08/04/2005 | 97012 | TRACTION CERVICAL/LUMBAR | 1 | $35.00 | $ 0.00 | $0.00 | $ 35.00 | $ 0.00 | $0.00 | $ 0.00 |
| 08/04/2005 | 97530 59 | THERAPEUTIC FUNCTIONAL ACTIVITY | 1 | $50.00 | $ 0.00 | $0.00 | $ 50.00 | $ 0.00 | $0.00 | $ 0.00 |
| 08/04/2005 | 97110 | THERAPEUTIC EXERCISE | 2 | $100.00 | $ 0.00 | $0.00 | $ 100.00 | $ 0.00 | $0.00 | $ 0.00 |

2

# PRO Physical Therapy

## Patient Visit History Report

## 01/23/2006

PRO Physical Therapy
1812 Marsh Road
Suite 505
Wilmington DE 19810
(302) 793-0432
ACCOUNT #: RA05DE879070          51-0251928
Insurance : GEICO
Patient:   SHARON ANDERSON
Policy Number:014124013-027

ADDRESS:   SHARON ANDERSON
216 NORTH CONNELL STREET
WILMINGTON, DE, 19805

Diagnosis:
733.1          CERVICALGIA
728.85         SPASM OF MUSCLE
847.0          SPRAIN OF NECK

| Service Date | CPT Code | Service Description | Units | Charge Amount | Patient Payment | Patient W/O | Insurance Payment | Insurance W/O | Insurance Balance | Patient Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/09/2005 | 97530 59 | THERAPEUTIC FUNCTIONAL ACTIVITY | 1 | $50.00 | $ 0.00 | $0.00 | $ 50.00 | $ 0.00 | $0.00 | $ 0.00 |
| 08/09/2005 | 97110 | THERAPEUTIC EXERCISE | 2 | $100.00 | $ 0.00 | $0.00 | $ 100.00 | $ 0.00 | $0.00 | $ 0.00 |
| 08/09/2005 | 97010 | HOTPACK/COLDPACK | 1 | $30.00 | $ 0.00 | $0.00 | $ 0.00 | $ 0.00 | $30.00 | $ 0.00 |
| 08/09/2005 | 97014 | ELECTRICAL STIM | 1 | $35.00 | $ 0.00 | $0.00 | $ 0.00 | $ 0.00 | $35.00 | $ 0.00 |
| 08/11/2005 | 97530 59 | THERAPEUTIC FUNCTIONAL ACTIVITY | 1 | $50.00 | $ 0.00 | $0.00 | $ 50.00 | $ 0.00 | $0.00 | $ 0.00 |
| 08/11/2005 | 97110 | THERAPEUTIC EXERCISE | 2 | $100.00 | $ 0.00 | $0.00 | $ 100.00 | $ 0.00 | $0.00 | $ 0.00 |
| 08/11/2005 | 97010 | HOTPACK/COLDPACK | 1 | $30.00 | $ 0.00 | $0.00 | $ 0.00 | $ 0.00 | $30.00 | $ 0.00 |
| 08/11/2005 | 97014 | ELECTRICAL STIM | 1 | $35.00 | $ 0.00 | $0.00 | $ 0.00 | $ 0.00 | $35.00 | $ 0.00 |
| 08/16/2005 | 97014 | ELECTRICAL STIM | 1 | $35.00 | $ 0.00 | $0.00 | $ 0.00 | $ 0.00 | $35.00 | $ 0.00 |
| 08/16/2005 | 97530 59 | THERAPEUTIC FUNCTIONAL ACTIVITY | 1 | $50.00 | $ 0.00 | $0.00 | $ 50.00 | $ 0.00 | $0.00 | $ 0.00 |
| 08/16/2005 | 97110 | THERAPEUTIC EXERCISE | 2 | $100.00 | $ 0.00 | $0.00 | $ 100.00 | $ 0.00 | $0.00 | $ 0.00 |
| 08/16/2005 | 97010 | HOTPACK/COLDPACK | 1 | $30.00 | $ 0.00 | $0.00 | $ 0.00 | $ 0.00 | $30.00 | $ 0.00 |
| 08/18/2005 | 97012 | TRACTION CERVICAL/LUMBAR | 1 | $35.00 | $ 0.00 | $0.00 | $ 35.00 | $ 0.00 | $0.00 | $ 0.00 |
| 08/18/2005 | 97014 | ELECTRICAL STIM | 1 | $35.00 | $ 0.00 | $0.00 | $ 0.00 | $ 0.00 | $35.00 | $ 0.00 |

3

# PRO Physical Therapy

## Patient Visit History Report

01/23/2006

PRO Physical Therapy
1812 Marsh Road
Suite 505
Wilmington DE 19810
(302) 793-0432
ACCOUNT #: RA05DE879070          51-0251928
Insurance : GEICO

Patient:       SHARON ANDERSON
Policy Number 014124013-027

ADDRESS:   SHARON ANDERSON
216 NORTH CONNELL STREET
WILMINGTON, DE, 19805

Diagnosis:
723.1     CERVICALGIA
728.85    SPASM OF MUSCLE
847.0     SPRAIN OF NECK

| Service Date | CPT Code | Service Description | Units | Charge Amount | Patient Payment | Patient W/O | Insurance Payment | Insurance W/O | Insurance Balance | Patient Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/18/2005 | 97124 | THERAPEUTIC MASSAGE | 1 | $32.00 | $ 0.00 | $0.00 | $ 0.00 | $ 0.00 | $32.00 | $ 0.00 |
| 08/18/2005 | 97530 59 | THERAPEUTIC FUNCTIONAL ACTIVITY | 1 | $50.00 | $ 0.00 | $0.00 | $ 50.00 | $ 0.00 | $0.00 | $ 0.00 |
| 08/18/2005 | 97110 | THERAPEUTIC EXERCISE | 2 | $100.00 | $ 0.00 | $0.00 | $ 100.00 | $ 0.00 | $0.00 | $ 0.00 |
| 08/18/2005 | 97010 | HOTPACK/COLDPACK | 1 | $30.00 | $ 0.00 | $0.00 | $ 0.00 | $ 0.00 | $30.00 | $ 0.00 |
| 08/23/2005 | 97530 59 | THERAPEUTIC FUNCTIONAL ACTIVITY | 1 | $50.00 | $ 0.00 | $0.00 | $ 50.00 | $ 0.00 | $0.00 | $ 0.00 |
| 08/23/2005 | 97110 | THERAPEUTIC EXERCISE | 2 | $100.00 | $ 0.00 | $0.00 | $ 100.00 | $ 0.00 | $0.00 | $ 0.00 |
| 08/23/2005 | 97010 | HOTPACK/COLDPACK | 1 | $30.00 | $ 0.00 | $0.00 | $ 30.00 | $ 0.00 | $0.00 | $ 0.00 |
| 08/23/2005 | 97014 | ELECTRICAL STIM | 1 | $35.00 | $ 0.00 | $0.00 | $ 35.00 | $ 0.00 | $0.00 | $ 0.00 |
| 08/23/2005 | 97530 59 | THERAPEUTIC FUNCTIONAL ACTIVITY | 1 | $50.00 | $ 0.00 | $0.00 | $ 50.00 | $ 0.00 | $0.00 | $ 0.00 |
| 08/25/2005 | 97110 | THERAPEUTIC EXERCISE | 2 | $100.00 | $ 0.00 | $0.00 | $ 100.00 | $ 0.00 | $0.00 | $ 0.00 |
| 08/25/2005 | 97010 | HOTPACK/COLDPACK | 1 | $30.00 | $ 0.00 | $0.00 | $ 30.00 | $ 0.00 | $0.00 | $ 0.00 |
| 08/25/2005 | 97014 | ELECTRICAL STIM | 1 | $35.00 | $ 0.00 | $0.00 | $ 35.00 | $ 0.00 | $0.00 | $ 0.00 |
| 08/25/2005 | 97124 | THERAPEUTIC MASSAGE | 1 | $32.00 | $ 0.00 | $0.00 | $ 32.00 | $ 0.00 | $0.00 | $ 0.00 |
| 08/30/2005 | 97530 59 | THERAPEUTIC FUNCTIONAL ACTIVITY | 1 | $50.00 | $ 0.00 | $0.00 | $ 50.00 | $ 0.00 | $0.00 | $ 0.00 |

4

# PRO Physical Therapy

## Patient Visit History Report

**01/23/2006**

PRO Physical Therapy
1812 Marsh Road
Suite 505
Wilmington DE 19810
(302) 793-0432
ACCOUNT #: RA05DEB679070        51-0251928
Insurance : GEICO
Patient: SHARON ANDERSON
Policy Number:01412013-027

**ADDRESS:**
SHARON ANDERSON
216 NORTH CONNELL STREET
WILMINGTON, DE, 19805

**Diagnosis:**

| | |
|---|---|
| 723.1 | CERVICALGIA |
| 728.85 | SPASM OF MUSCLE |
| 847.0 | SPRAIN OF NECK |

| Service Date | CPT Code | Service Description | Units | Charge Amount | Patient Payment | Patient W/O | Insurance Payment | Insurance W/O | Insurance Balance | Patient Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/30/2005 | 97110 | THERAPEUTIC EXERCISE | 2 | $100.00 | $ 0.00 | $0.00 | $ 100.00 | $ 0.00 | $0.00 | $ 0.00 |
| 08/30/2005 | 97010 | HOTPACK/COLDPACK | 1 | $30.00 | $ 0.00 | $0.00 | $ 30.00 | $ 0.00 | $0.00 | $ 0.00 |
| 08/30/2005 | 97014 | ELECTRICAL STIM | 1 | $35.00 | $ 0.00 | $0.00 | $ 35.00 | $ 0.00 | $0.00 | $ 0.00 |
| 09/07/2005 | 97014 | ELECTRICAL STIM | 1 | $35.00 | $ 0.00 | $0.00 | $ 35.00 | $ 0.00 | $0.00 | $ 0.00 |
| 09/07/2005 | 97530 59 | THERAPEUTIC FUNCTIONAL ACTIVITY | 1 | $50.00 | $ 0.00 | $0.00 | $ 50.00 | $ 0.00 | $0.00 | $ 0.00 |
| 09/07/2005 | 97110 | THERAPEUTIC EXERCISE | 2 | $100.00 | $ 0.00 | $0.00 | $ 100.00 | $ 0.00 | $0.00 | $ 0.00 |
| 09/07/2005 | 97010 | HOTPACK/COLDPACK | 1 | $30.00 | $ 0.00 | $0.00 | $ 30.00 | $ 0.00 | $0.00 | $ 0.00 |
| 09/07/2005 | 97530 59 | THERAPEUTIC FUNCTIONAL ACTIVITY | 1 | $50.00 | $ 0.00 | $0.00 | $ 50.00 | $ 0.00 | $0.00 | $ 0.00 |
| 09/10/2005 | 97110 | THERAPEUTIC EXERCISE | 2 | $100.00 | $ 0.00 | $0.00 | $ 100.00 | $ 0.00 | $0.00 | $ 0.00 |
| 09/10/2005 | 97010 | HOTPACK/COLDPACK | 1 | $30.00 | $ 0.00 | $0.00 | $ 30.00 | $ 0.00 | $0.00 | $ 0.00 |
| 09/10/2005 | 97014 | ELECTRICAL STIM | 1 | $35.00 | $ 0.00 | $0.00 | $ 35.00 | $ 0.00 | $0.00 | $ 0.00 |
| 09/14/2005 | 97530 59 | THERAPEUTIC FUNCTIONAL ACTIVITY | 1 | $50.00 | $ 0.00 | $0.00 | $ 50.00 | $ 0.00 | $0.00 | $ 0.00 |
| 09/14/2005 | 97110 | THERAPEUTIC EXERCISE | 2 | $160.00 | $ 0.00 | $0.00 | $ 100.00 | $ 0.00 | $0.00 | $ 0.00 |
| 09/14/2005 | 97014 | ELECTRICAL STIM | 1 | $35.00 | $ 0.00 | $0.00 | $ 0.00 | $ 0.00 | $35.00 | $ 0.00 |

# PRO Physical Therapy

## Patient Visit History Report

**01/23/2006**

PRO Physical Therapy
1812 Marsh Road
Suite 505
Wilmington DE 19810
(302) 793-0432
ACCOUNT #: RA05DE879070    51-0251928
Insurance : GEICO
Patient:  SHARON ANDERSON
Policy Number:0141240L3-027

**ADDRESS:** SHARON ANDERSON
216 NORTH CONNELL STREET
WILMINGTON, DE, 19805

**Diagnosis:**

| | |
|---|---|
| 723.1 | CERVICALGIA |
| 728.85 | SPASM OF MUSCLE |
| 847.0 | SPRAIN OF NECK |

| Service Date | CPT Code | Service Description | Units | Charge Amount | Patient Payment | Patient W/O | Insurance Payment | Insurance W/O | Insurance Balance | Patient Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/27/2005 | 97110 | THERAPEUTIC EXERCISE | 2 | $100.00 | $ 0.00 | $0.00 | $ 100.00 | $ 0.00 | $0.00 | $ 0.00 |
| 09/27/2005 | 97010 | HOTPACK/COLDPACK | 1 | $20.00 | $ 0.00 | $0.00 | $ 0.00 | $ 0.00 | $20.00 | $ 0.00 |
| 09/27/2005 | 97014 | ELECTRICAL STIM | 1 | $35.00 | $ 0.00 | $0.00 | $ 0.00 | $ 0.00 | $35.00 | $ 0.00 |
| 09/27/2005 | 97530 59 | THERAPEUTIC FUNCTIONAL ACTIVITY | 1 | $50.00 | $ 0.00 | $0.00 | $ 50.00 | $ 0.00 | $0.00 | $ 0.00 |
| 09/29/2005 | 97014 | ELECTRICAL STIM | 1 | $35.00 | $ 0.00 | $0.00 | $ 0.00 | $ 0.00 | $35.00 | $ 0.00 |
| 09/29/2005 | 97530 59 | THERAPEUTIC FUNCTIONAL ACTIVITY | 1 | $50.00 | $ 0.00 | $0.00 | $ 50.00 | $ 0.00 | $0.00 | $ 0.00 |
| 09/29/2005 | 97110 | THERAPEUTIC EXERCISE | 2 | $100.00 | $ 0.00 | $0.00 | $ 100.00 | $ 0.00 | $0.00 | $ 0.00 |
| 09/29/2005 | 97010 | HOTPACK/COLDPACK | 1 | $30.00 | $ 0.00 | $0.00 | $ 0.00 | $ 0.00 | $30.00 | $ 0.00 |
| 10/04/2005 | 97010 | HOTPACK/COLDPACK | 1 | $30.00 | $ 0.00 | $0.00 | $ 0.00 | $ 0.00 | $30.00 | $ 0.00 |
| 10/04/2005 | 97014 | ELECTRICAL STIM | 1 | $35.00 | $ 0.00 | $0.00 | $ 0.00 | $ 0.00 | $35.00 | $ 0.00 |
| 10/04/2005 | 97530 59 | THERAPEUTIC FUNCTIONAL ACTIVITY | 2 | $100.00 | $ 0.00 | $0.00 | $ 100.00 | $ 0.00 | $0.00 | $ 0.00 |
| 10/04/2005 | 97110 | THERAPEUTIC EXERCISE | 1 | $50.00 | $ 0.00 | $0.00 | $ 50.00 | $ 0.00 | $0.00 | $ 0.00 |
| 10/06/2005 | 97110 | THERAPEUTIC EXERCISE | 1 | $50.00 | $ 0.00 | $0.00 | $ 50.00 | $ 0.00 | $0.00 | $ 0.00 |
| 10/06/2005 | 97530 59 | THERAPEUTIC FUNCTIONAL ACTIVITY | 2 | $100.00 | $ 0.00 | $0.00 | $ 100.00 | $ 0.00 | $0.00 | $ 0.00 |
| 10/06/2005 | 97110 | THERAPEUTIC EXERCISE | 2 | $100.00 | $ 0.00 | $0.00 | $ 0.00 | $ 0.00 | $0.00 | $ 0.00 |

# PRO Physical Therapy

## Patient Visit History Report

01/23/2006

PRO Physical Therapy
1812 Marsh Road
Suite 305
Wilmington DE 19810
(302) 793-0432     51-0251928
ACCOUNT #: RA05DE879070
Insurance :  GEICO
Patient:   SHARON ANDERSON
Policy Number:04124013-027

**ADDRESS:**  SHARON ANDERSON
216 NORTH CONNELL STREET
WILMINGTON, DE, 19805

**Diagnosis:**
723.1     CERVICALGIA
728.85    SPASM OF MUSCLE
847.0     SPRAIN OF NECK

| Service Date | CPT Code | Service Description | Units | Charge Amount | Patient Payment | Patient W/O | Insurance Payment | Insurance W/O | Insurance Balance | Patient Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/06/2005 | 97010 | HOTPACK/COLDPACK | 1 | $30.00 | $ 0.00 | $0.00 | $ 0.00 | $ 0.00 | $30.00 | $ 0.00 |
| 10/06/2005 | 97014 | ELECTRICAL STIM | 1 | $35.00 | $ 0.00 | $0.00 | $ 0.00 | $ 0.00 | $35.00 | $ 0.00 |
| 10/10/2005 | 97014 | ELECTRICAL STIM | 1 | $35.00 | $ 0.00 | $0.00 | $ 0.00 | $ 0.00 | $35.00 | $ 0.00 |
| 10/10/2005 | 97530 59 | THERAPEUTIC FUNCTIONAL ACTIVITY | 1 | $50.00 | $ 0.00 | $0.00 | $ 50.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 10/10/2005 | 97110 | THERAPEUTIC EXERCISE | 2 | $100.00 | $ 0.00 | $0.00 | $ 100.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 10/10/2005 | 97010 | HOTPACK/COLDPACK | 1 | $30.00 | $ 0.00 | $0.00 | $ 0.00 | $ 0.00 | $30.00 | $ 0.00 |
| 10/12/2005 | 97530 59 | THERAPEUTIC FUNCTIONAL ACTIVITY | 1 | $50.00 | $ 0.00 | $0.00 | $ 50.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 10/12/2005 | 97110 | THERAPEUTIC EXERCISE | 2 | $100.00 | $ 0.00 | $0.00 | $ 100.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 10/12/2005 | 97010 | HOTPACK/COLDPACK | 1 | $30.00 | $ 0.00 | $0.00 | $ 0.00 | $ 0.00 | $30.00 | $ 0.00 |
| 10/12/2005 | 97014 | ELECTRICAL STIM | 1 | $35.00 | $ 0.00 | $0.00 | $ 0.00 | $ 0.00 | $35.00 | $ 0.00 |
| 10/17/2005 | 97014 | ELECTRICAL STIM | 1 | $35.00 | $ 0.00 | $0.00 | $ 0.00 | $ 0.00 | $35.00 | $ 0.00 |
| 10/17/2005 | 97010 | HOTPACK/COLDPACK | 1 | $30.00 | $ 0.00 | $0.00 | $ 0.00 | $ 0.00 | $30.00 | $ 0.00 |
| 10/17/2005 | 97014 | ELECTRICAL STIM | 1 | $35.00 | $ 0.00 | $0.00 | $ 0.00 | $ 0.00 | $35.00 | $ 0.00 |
| 10/17/2005 | 97530 59 | THERAPEUTIC FUNCTIONAL ACTIVITY | 1 | $50.00 | $ 0.00 | $0.00 | $ 50.00 | $ 0.00 | $0.00 | $ 0.00 |
| 10/17/2005 | 97110 | THERAPEUTIC EXERCISE | 2 | $100.00 | $ 0.00 | $0.00 | $ 100.00 | $ 0.00 | $0.00 | $ 0.00 |

7

# PRO Physical Therapy

## Patient Visit History Report

## 01/23/2006

PRO Physical Therapy
1812 Marsh Road
Suite 305
Wilmington DE 19810
(302) 793-0432                    51-0251928
ACCOUNT #:  RA05DE879070
Insurance :  GEICO

Patient:     SHARON ANDERSON
Policy Number:014124013-027

ADDRESS:     SHARON ANDERSON
216 NORTH CONNELL STREET
WILMINGTON, DE, 19805

Diagnosis:
723.1      CERVICALGIA
718.85     SPASM OF MUSCLE
847.0      SPRAIN OF NECK

| Service Date | CPT Code | Service Description | Units | Charge Amount | Patient Payment | Patient W/O | Insurance Payment | Insurance W/O | Insurance Balance | Patient Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/19/2005 | 97530 59 | THERAPEUTIC FUNCTIONAL ACTIVITY | 1 | $50.00 | $0.00 | $0.00 | $ 50.00 | $ 0.00 | $0.00 | $ 0.00 |
| 10/19/2005 | 97110 | THERAPEUTIC EXERCISE | 2 | $100.00 | $0.00 | $0.00 | $ 100.00 | $ 0.00 | $0.00 | $ 0.00 |
| 10/19/2005 | 97010 | HOTPACK/COLDPACK | 1 | $30.00 | $0.00 | $0.00 | $ 0.00 | $ 0.00 | $30.00 | $ 0.00 |
| 10/19/2005 | 97014 | ELECTRICAL STIM | 1 | $35.00 | $0.00 | $0.00 | $ 0.00 | $ 0.00 | $35.00 | $ 0.00 |
| 10/24/2005 | 97110 | THERAPEUTIC EXERCISE | 2 | $100.00 | $0.00 | $0.00 | $ 100.00 | $ 0.00 | $0.00 | $ 0.00 |
| 10/24/2005 | 97010 | HOTPACK/COLDPACK | 1 | $30.00 | $0.00 | $0.00 | $ 0.00 | $ 0.00 | $30.00 | $ 0.00 |
| 10/24/2005 | 97014 | ELECTRICAL STIM | 1 | $35.00 | $0.00 | $0.00 | $ 0.00 | $ 0.00 | $35.00 | $ 0.00 |
| 10/24/2005 | 97530 59 | THERAPEUTIC FUNCTIONAL ACTIVITY | 1 | $50.00 | $0.00 | $0.00 | $ 50.00 | $ 0.00 | $0.00 | $ 0.00 |
| 10/27/2005 | 97002 59 | RE-EVALUATION-PT | 1 | $60.00 | $0.00 | $0.00 | $ 60.00 | $ 0.00 | $0.00 | $ 0.00 |
| 10/27/2005 | 97112 59 | NEUROMUSCULAR RE-ED | 1 | $50.00 | $0.00 | $0.00 | $ 50.00 | $ 0.00 | $0.00 | $ 0.00 |
| | | | 132.00 | $ 5,759.00 | $ 0.00 | $ 0.00 | $ 4,457.00 | $ 0.00 | $1,302.00 | $ 0.00 |

8

# EXHIBIT N



■  .overnment Employees Insurance Company
■  GEICO General Insurance Company
■  GEICO Indemnity Company
■  GEICO Casualty Company
■  Criterion Insurance Agency, Inc.
   (Colonial County Mutual Ins.)

One GEICO Blvd.
Fredericksburg, VA  22412-0002

November 19, 2004

Dalton & Associates
1106 West Tenth St.
Wilmington, DE 19806-4522

CLAIM NUMBER: 0232413390101017        LOSS DATE: 07/16/04
INSURED: Kerry Johnson
YOUR CLIENT: Kerry Johnson

Dear Ms. Simon:

We acknowledge your letter of representation for Kerry Johnson
dated November 8, 2004.

On November 8, 2004, we mailed the required PIP forms to your
client.  Please have your client complete the forms and return
them to us promptly.

Also, please forward any bills and/or documentation which support
your clients claim as soon as possible.

If you have any questions, I can be reached Monday through Friday
at the number listed below.


Sincerely,


MARYBETH CARTER      L317

CLAIMS DEPARTMENT 1(800)841-1003 extension 4661
GEICO Indemnity Company

                                                    10


                PLEASE REFER TO OUR CLAIM NUMBER WHEN
                WRITING OR CALLING ABOUT THIS CLAIM

CL302A                                              CLL14

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August 2006, a true and correct copy of the

foregoing Opening Brief In Support Of Motion for Leave to Amend Complaint was served on

the following counsel of record in the manner indicated:

### BY HAND DELIVERY

Dawn L. Becker, Esquire
Gary Alderson, Esquire
LAW OFFICES OF DAWN L. BECKER
Citizens Bank Center
919 Market Street, Suite 725
Wilmington, DE 19801

### BY FIRST CLASS MAIL

George M. Church, Esquire
Laura A. Cellucci, Esquire
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland  21202

_____
Christopher P. Simon (No. 3697)