IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KERRY JOHNSON, et al., | |
| Plaintiffs, | C.A. No. 1:06-cv-408 |
| v. | |
| GEICO CASUALTY COMPANY, et al., | CLASS ACTION |
| Defendant. | |

## STIPULATION

**COMES NOW** the parties, by and through undersigned counsel, to stipulate as follows:

1. The parties hereby stipulate to allow defendants an extension of time to September 29, 2006, to allow defendants to file their responses to plaintiff's replies in opposition to defendant's Motion to Dismiss and Motion for Leave to Amend.

/s/ Gary W. Alderson
Gary W. Alderson, Trial Bar No. 3895
Dawn L. Becker, Trial Bar No. 2975
Law Offices of Dawn L. Becker
919 Market Street, Suite 725
Wilmington, DE 19801
Attorneys for Defendants

DATED: August 31, 2006

/s/ Christopher P. Simon
Richard H. Cross, Trial Bar No. 3576
Christopher P. Simon, Trial Bar No. 3697
Cross & Simon, LLC
913 Market Street, 11th floor
P.O. Box 1380
Wilmington, DE 19899
Attorneys for Plaintiffs

DATED:

**IT IS SO ORDERED:**

_____
J.

DATED:

## **CERTIFICATE OF SERVICE**

I, Gary W. Alderson, Esquire, hereby certify that a true and correct copy of the foregoing STIPULATION was served electronically and/or U.S. postage prepaid, on August 31, 2006, upon the following:

Richard H. Cross, Trial Bar No. 3576
Christopher P. Simon, Trial Bar No. 3697
Cross & Simon, LLC
913 Market Street, 11th floor
P.O. Box 1380
Wilmington, DE 19899


_____
Gary W. Alderson, Esquire