## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

KERRY JOHNSON and )
SHARON ANDERSON, )
on behalf of themselves and all )
others similarly situated, )
                         )
         Plaintiffs, )    C.A. No. 1:06-cv408 (JJF)
                         )
v. )
                         )    NON-ARBITRATION
GEICO CASUALTY COMPANY, )    TRIAL-BY JURY DEMANDED
GEICO GENERAL INSURANCE )
COMPANY, and GEICO INDEMNITY )
COMPANY, )
                         )    CLASS ACTION
         Defendants. )

### STIPULATION TO EXTEND PAGE LIMITATION OF
### PLAINTIFFS' ANSWERING BRIEF IN OPPOSITION
### TO DEFENDANTS' MOTION TO DISMISS

      It is hereby stipulated by counsel for Plaintiffs Kerry Johnson and Sharon Anderson, on behalf of themselves and all others similarly situated, and Defendants GEICO Casualty Company, GEICO General Insurance Company, and GEICO Indemnity Company, subject to approval by the Court, that the page limitation set forth by Del. LR 7.1.3 shall be extended to 51 pages (exclusive of tables of contents and authorities) for Plaintiffs' Answering Brief in Opposition to Defendants' Motion to Dismiss.

CROSS & SIMON, LLC

_____
Richard H. Cross, Jr. (No. 3576)
Christopher P. Simon (No. 3697)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200
*Attorneys for Plaintiffs*

LAW OFFICES OF DAWN L. BECKER

_____
Dawn L. Becker (No. 2975)
Gary Alderson (No. 3895)
Citizens Bank Center
919 Market Street, Suite 725
Wilmington, DE 19801
*Attorneys for Defendants*

Date: _Septenber 7_, 2006

SO ORDERED.

_____
The Honorable Joseph J. Farnan
United States District Court Judge