IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KERRY JOHNSON and<br>SHARON ANDERSON,<br>on behalf of themselves and all<br>others similarly situated,<br><br>           Plaintiffs,<br><br>v.<br><br>GEICO CASUALTY COMPANY,<br>GEICO GENERAL INSURANCE<br>COMPANY, and GEICO INDEMNITY<br>COMPANY,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 1:06-cv408<br>)<br>)<br>)<br>) NON-ARBITRATION<br>) TRIAL-BY JURY DEMANDED<br>)<br>)<br>) CLASS ACTION<br>)<br>) |

**STIPULATION TO EXTEND TIME TO
REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFFS'
MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

It is hereby stipulated by counsel for Plaintiffs Kerry Johnson and Sharon Anderson, on behalf of themselves and all others similarly situated, and Defendants GEICO Casualty Company, GEICO General Insurance Company, and GEICO Indemnity Company, subject to approval by the Court, that the deadline by which Plaintiffs shall reply to Defendants' Response to Plaintiffs' Motion for Leave to File Amended Complaint will be extended to October 13, 2006.

CROSS & SIMON, LLC

_/s/ CBS_____

Richard H. Cross, Jr. (No. 3576)
Christopher P. Simon (No. 3697)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200
*Attorneys for Plaintiffs*

Date: _____, 2006

LAW OFFICES OF DAWN L. BECKER

_/s/ _____

Dawn L. Becker (No. 2975)
Gary Alderson (No. 3895)
Citizens Bank Center
919 Market Street, Suite 725
Wilmington, DE 19801
*Attorneys for Defendants*

SO ORDERED.

_____
United States District Court Judge