UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

KERRY JOHNSON, et al.              :
                                   :
       Plaintiffs,                 :
                                   :
v.                                 :   Civil Action No. 06-408-JJF
                                   :
GEICO CASUALTY COMPANY, et al.     :
                                   :
       Defendants.                 :

ORDER

WHEREAS, Defendant has motioned for leave to extend the length of its reply to Plaintiff's Opposition To Defendants' Motion To Dismiss to 33 pages, exclusive of tables and contents and authorities (D.I. 16);

WHEREAS, Plaintiffs have filed an Amended Complaint setting forth substantial additional detail with regard to Plaintiffs' claims, and have relied upon the allegations set forth in the Amended Complaint throughout their Answering Brief in opposition to Defendants' Motion To Dismiss;

WHEREAS, Plaintiffs' counsel has no objection to Defendant's request;

NOW THEREFORE IT IS HEREBY ORDERED that Defendant's Motion For Leave To Extend Length Of Reply Brief (D.I. 16) is **GRANTED**.

October 5, 2006

_____
UNITED STATES DISTRICT JUDGE