IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KERRY JOHNSON and<br>SHARON ANDERSON,<br>on behalf of themselves and all<br>others similarly situated, | )<br>)<br>)<br>)<br>) | |
| Plaintiffs, | ) | C.A. No. 1:06-cv408 (JJF) |
| v. | )<br>)<br>) | NON-ARBITRATION |
| GEICO CASUALTY COMPANY,<br>GEICO GENERAL INSURANCE<br>COMPANY, and GEICO INDEMNITY<br>COMPANY, | )<br>)<br>)<br>) | TRIAL BY JURY DEMANDED<br><br>CLASS ACTION |
| Defendants. | )<br>) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Kristen Healey Cramer, Esquire is withdrawing her appearance as counsel for Plaintiffs. Richard H. Cross, Jr. (No. 3576), Christopher P. Simon (No. 3697), and Kevin S. Mann (No. 4576) will continue to represent Plaintiffs.

                                                /s/ Kristen Healey Cramer
                                        Kristen Healey Cramer (No. 4512)
                                        Cross & Simon, LLC
                                        N. Market Street, 11th Floor
                                        P.O. Box 1380
                                        Wilmington, Delaware 19899-1380
                                        (302) 777-4200
                                        (302) 777-4224 (facsimile)

Dated: February 15, 2007

**CERTIFICATE OF SERVICE**

I, Kristen Healey Cramer, hereby certify that on February 15, 2007, I caused to be served a copy of the Notice of Withdrawal of Counsel to the following parties listed below in the manner indicated:

**BY HAND DELIVERY**

Dawn L. Becker, Esquire
Gary Alderson, Esquire
LAW OFFICES OF DAWN L. BECKER
Citizens Bank Center
919 Market Street, Suite 725
Wilmington, DE 19801

**BY FIRST CLASS MAIL**

George M. Church, Esquire
Laura A. Cellucci, Esquire
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland  21202

    /s/ Kristen Healey Cramer
Kristen Healey Cramer (No. 4512)