IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

KERRY JOHNSON and          :
SHARON ANDERSON,           :
on behalf of themselves and :
all others similarly situated :
                           :
        Plaintiffs,        :
                           :
    v.                     :  Civil Action No.06-408-JJF
                           :
GEICO CASUALTY COMPANY,    :
GEICO GENERAL INSURANCE    :
COMPANY, and GEICO INDEMNITY :
COMPANY                    :

ORDER

At Wilmington this 27th day of September 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS ORDERED that:

1. Plaintiffs' Motion For Leave To File Amended Complaint (D.I. 11) is **GRANTED** to the extent that it seeks to supplement the facts alleged and add Government Employee Insurance Company as a defendant, and **DENIED** as moot to the extent that it seeks to add Criterion Insurance Agency and Colonial County Mutual Insurance Company as defendants.

2. Defendants' Motion To Dismiss For Failure To State A Claim (D.I. 3) is **GRANTED** with respect to Counts VII, VIII, and **DENIED** in all other respects.

3. The Amended Complaint is deemed filed.

4.  Plaintiff is given leave to file a Second Amended Complaint within **twenty days** of the date of this Order. If a Second Amended Complaint is not filed, the Court will proceed with this action on the basis of Counts I through VI of the Amended Complaint.

                                                                  /s/ Joseph J. Farnan, Jr.
                                      UNITED STATES DISTRICT JUDGE