*The Law Office of Dawn L. Becker*
***Employees of Government Employees Insurance Company***
***Citizens Bank Center***
***919 Market Street, Suite 460***
***Wilmington, DE 19801***
***Phone: (302) 778-5786***
***Facsimile: (302) 652-6471***

October 24, 2007

*VIA ELECTRONIC FILING*

The Honorable Joseph J. Farnan, Jr.
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 4124
Lockbox 27
Wilmington, Delaware 19801

      **Re:**    **Johnson, et al. v. GEICO Casualty Company, et al.**
              **Case No. 1:06-cv-408**

Dear Judge Farnan:

      I am writing to request that the Court correct what appears to be a clerical error in the Order of September 27, 2007.

      The Court's Memorandum Opinion of that same date reveals the Court's intention to dismiss Count VII (Uniform Deceptive Trade Practices Act), Count VIII (Unfair Practices in the Insurance Business) and IX (Racketeering Activity). With respect to Count IX, the Memorandum provided Plaintiffs 20 days to file a Second Amended Complaint.

      Paragraph 2 of the Order states that the Motion to Dismiss "is **GRANTED** with respect to Counts VII, VIII, and **DENIED** in all other respects." Since it was clearly the Court's intent to dismiss Count IX, I am requesting that an Amended Order be issued which includes Count IX as a dismissed Count.

      I appreciate the Court's consideration of this request.

Respectfully submitted,

Gary Alderson

GA/GMC/ksm

cc:     George M. Church, Esquire (Co-Counsel for the Defendants) (via electronic filing)
        Richard H. Cross, Jr., Esquire and Christopher P. Simon, Esquire (via electronic filing)