IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

KERRY JOHNSON and  
SHARON ANDERSON,  
on behalf of themselves and  
all others similarly situated  

   Plaintiffs,  

  v.             : Civil Action No.06-408-JJF  

GEICO CASUALTY COMPANY,  
GEICO GENERAL INSURANCE  
COMPANY, and GEICO INDEMNITY  
COMPANY  

### AMENDED ORDER

WHEREAS, the Court issued an Order on September 27, 2007 dismissing certain counts of the Amended Complaint;

WHEREAS, the Order granted Plaintiff leave to file a Second Amended Complaint with respect to Count IX within twenty (20) days of the date of the Order, but mistakenly failed to include Count IX as a dismissed count;

NOW THEREFORE, IT IS HEREBY ORDERED that paragraph 2 of the September 27, 2007 Order is amended to read as follows:

> Defendants' Motion To Dismiss For Failure To State A Claim (D.I. 3) is **GRANTED** with respect to Counts VII, VIII, and IX, and **DENIED** in all other respects.

November 8, 2007  
DATE

UNITED STATES DISTRICT JUDGE