## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KERRY JOHNSON, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. 1:06-cv-408 |
| GEICO CASUALTY COMPANY, et al. | * | |
| Defendants | * | **CLASS ACTION** |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 14th day of November, 2007, the undersigned counsel caused two copies of:

1. Interrogatories directed to Sharon Anderson;

2. Request for Production of Documents directed Sharon Anderson;

3. Interrogatories directed to Kerry Johnson; and

4. Request for Production of Documents directed Kerry Johnson

to be served by electronic filing and/or first class mail, postage prepaid, to:

> Richard H. Cross, Jr., Esquire
> Christopher P. Simon, Esquire
> CROSS & SIMON, LLC
> 913 North Market Street
> 11th Floor
> P.O. Box 1380
> Wilmington, Delaware 19899-1380

> /s/ Gary W. Alerson
> Gary W. Alderson, Trial Bar No. 3895
> Dawn L. Becker, Trial Bar No. 2975
> LAW OFFICES OF DAWN L. BECKER
> Citizens Bank Center
> 919 Market Street
> Suite 725
> Wilmington, Delaware 19801
> 302-778-5786
> *Attorneys for Defendants*

> George M. Church
> Laura A. Cellucci
> MILES & STOCKBRIDGE P.C.
> 10 Light Street
> Baltimore, Maryland 21202
> (410) 727-6464
> *Attorneys for Defendants*
> *Admitted Pro Hac Vice*

2