UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KERRY JOHNSON, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. 1:06-cv-408 |
| GEICO CASUALTY COMPANY, et al. | * | |
| Defendants | * | **CLASS ACTION** |

\* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 19th day of November, 2007, the undersigned counsel caused a copy of the Notices of Records Depositions, Subpoenas and Compliance Certifications for the following providers:

### Records related to Kerry Johnson

1. Custodian of Records – Family Practice Associates;
2. Custodian of Records – Rehabilitation Associates, P.A;
3. Custodian of Records – Blue Cross Blue Shield of Delaware; and
4. Custodian of Records – Delaware Neurosurgical Group, P.A.

**Records related to Sharon Anderson**

      1.      Custodian of Records – Stoney Batter Family Medicine Associates, P.A.; and

      2.      Custodian of Records – Faulk Road Physical Therapy, Inc. d/b/a Pro Physical Therapy

**to be served by electronic filing and/or first class mail, postage prepaid, to:**

Richard H. Cross, Jr., Esquire
Christopher P. Simon, Esquire
CROSS & SIMON, LLC
913 North Market Street
11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380

/s/ Gary W. Alderson
Gary W. Alderson, Trial Bar No. 3895
Dawn L. Becker, Trial Bar No. 2975
LAW OFFICES OF DAWN L. BECKER
Citizens Bank Center
919 Market Street
Suite 725
Wilmington, Delaware 19801
302-778-5786
*Attorneys for Defendants*

George M. Church
Laura A. Cellucci
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464
*Attorneys for Defendants*
*Admitted Pro Hac Vice*