IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KERRY JOHNSON and<br>SHARON ANDERSON,<br>on behalf of themselves and all<br>others similarly situated, | )<br>)<br>)<br>)<br>) | |
| Plaintiffs, | ) | C.A. No. 1:06-cv408 (JJF) |
| v. | )<br>) | |
| GOVERNMENT EMPLOYEES<br>INSURANCE COMPANY,<br>GEICO CASUALTY COMPANY,<br>GEICO GENERAL INSURANCE<br>COMPANY, and GEICO INDEMNITY<br>COMPANY, | )<br>)<br>)<br>)<br>)<br>) | NON-ARBITRATION<br><br>TRIAL-BY JURY DEMANDED<br><br>CLASS ACTION |
| Defendants. | )<br>) | |

## NOTICE OF SERVICE

I, Christopher P. Simon, hereby certify that on this 3rd day of December, 2007, a true and correct copy of the foregoing *Initial Disclosures of Plaintiffs Kerry Johnson and Sharon Anderson Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure* was served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**
Dawn L. Becker, Esquire
Gary Alderson, Esquire
LAW OFFICES OF DAWN L. BECKER
Citizens Bank Center
919 Market Street, Suite 725
Wilmington, DE 19801

**BY FIRST CLASS MAIL**
George M. Church, Esquire
Laura A. Cellucci, Esquire
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, MD 21202

Dated: December 3, 2007
      Wilmington, Delaware

CROSS & SIMON, LLC

By:  /s/ Christopher P. Simon
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200

*Attorneys for the Plaintiffs*