UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KERRY JOHNSON, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. 1:06-cv-408 |
| GEICO CASUALTY COMPANY, et al. | * | |
| Defendants | * | **CLASS ACTION** |

\* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 3rd day of December, 2007, the undersigned counsel caused a copy of the Defendants' Rule 26(a)(1) Initial Disclosures to be served by first class mail, postage prepaid, to:

        Richard H. Cross, Jr., Esquire
        Christopher P. Simon, Esquire
        CROSS & SIMON, LLC
        913 North Market Street
        11th Floor
        P.O. Box 1380
        Wilmington, Delaware  19899-1380


         /s/  Gary W. Alderson
        Gary W. Alderson, Trial Bar No. 3895
        Dawn L. Becker, Trial Bar No. 2975
        LAW OFFICES OF DAWN L. BECKER
        Citizens Bank Center
        919 Market Street, Suite 725
        Wilmington, Delaware  19801
        302-778-5786
        *Attorneys for Defendants*


        George M. Church
        Laura A. Cellucci
        MILES & STOCKBRIDGE P.C.
        10 Light Street
        Baltimore, Maryland 21202
        (410) 727-6464
        *Attorneys for Defendants*
        *Admitted Pro Hac Vice*