IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KERRY JOHNSON and SHARON ANDERSON, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) | C.A. No. 1:06-cv408 (JJF) |
| v. | ) ) | |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, | ) ) | NON-ARBITRATION |
| GEICO CASUALTY COMPANY, GEICO GENERAL INSURANCE COMPANY, and GEICO INDEMNITY COMPANY, | ) ) ) ) | TRIAL-BY JURY DEMANDED  CLASS ACTION |
| Defendants. | ) ) | |

## NOTICE OF SERVICE

I, Kevin S. Mann, hereby certify that on this 21st day of December, 2007, a true and correct copy of *Plaintiff Sharon Anderson's Response to Defendants' First Set of Interrogatories to Plaintiffs, Plaintiff Kerry Johnson's Response to Defendants' First Set of Interrogatories to Plaintiffs, Plaintiff Kerry Johnson's Response to Defendants' First Set of Requests for Production of Documents to Plaintiffs, and Plaintiff Sharon Anderson's Response to Defendants' First Set of Requests for Production of Documents to Plaintiffs* was served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**
Dawn L. Becker, Esquire
Gary Alderson, Esquire
LAW OFFICES OF DAWN L. BECKER
Citizens Bank Center
919 Market Street, Suite 725
Wilmington, DE 19801

**BY FIRST CLASS MAIL**
George M. Church, Esquire
Laura A. Cellucci, Esquire
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, MD  21202

Dated: December 21, 2007
Wilmington, Delaware

CROSS & SIMON, LLC

By: _/s/ Kevin S. Mann_____
Richard H. Cross, Jr. (No. 3576)
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware  19899-1380
(302) 777-4200