UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KERRY JOHNSON, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. 1:06-cv-00408-JJF |
| GEICO CASUALTY COMPANY, et al. | * | |
| Defendants | * | **CLASS ACTION** |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 18th day of January, 2008, the undersigned counsel caused a copy of the Notices of Records Depositions, Subpoenas and Compliance Certifications for the following providers:

#### RECORDS RELATED TO KERRY JOHNSON

1. Custodian of Medical Records – First State Surgery Center;
2. Custodian of Medical Records – Dr. Hunt & Dr. Golden – Christiana Care Occupational Health Services;
3. Custodian of Medical Records – Dr. Elizabeth Yask – Christiana Health Systems – Spine & Pain Care Center; and
4. Custodian of Medical Records – Steven Weiner, M.D. – Riverside Hospital

#### RECORDS RELATED TO SHARON ANDERSON

1. Custodian of Medical Records – Dr. Irwin Lifrak – Blue Hen Physical Therapy;
2. Custodian of Medical Records – Dr. Bruce Katz – First State Orthopaedics;
3. Custodian of Medical Records – Dr. James Rubano;

4. Custodian of Medical Records – Dr. Michael Conway;
5. Custodian of Medical Records – Touch of Health Massage Alliance; and
6. Custodian of Personnel Records – University of Delaware

**to be served by electronic filing and/or first class mail, postage prepaid, to:**

Richard H. Cross, Jr., Esquire
Christopher P. Simon, Esquire
CROSS & SIMON, LLC
913 North Market Street
11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380

/s/ Gary W. Alderson
Gary W. Alderson, Trial Bar No. 3895
Dawn L. Becker, Trial Bar No. 2975
LAW OFFICES OF DAWN L. BECKER
Citizens Bank Center
919 Market Street
Suite 460
Wilmington, Delaware 19801
302-778-5786
*Attorneys for Defendants*

George M. Church
Laura A. Cellucci
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464
*Attorneys for Defendants*
*Admitted Pro Hac Vice*