**CONFIDENTIAL – FILED UNDER SEAL**

**CONFIDENTIAL – FILED UNDER SEAL**

**CONFIDENTIAL – FILED UNDER SEAL**

# CONFIDENTIAL – FILED UNDER SEAL

**CONFIDENTIAL – FILED UNDER SEAL**

**CONFIDENTIAL – FILED UNDER SEAL**

# CONFIDENTIAL – FILED UNDER SEAL