**CONFIDENTIAL – FILED UNDER SEAL**

**CONFIDENTIAL – FILED UNDER SEAL**

**CONFIDENTIAL – FILED UNDER SEAL**

**CONFIDENTIAL – FILED UNDER SEAL**

**CONFIDENTIAL – FILED UNDER SEAL**