UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KERRY JOHNSON, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. 1:06-cv-00408-JJF |
| GEICO CASUALTY COMPANY, et al. | * | |
| Defendants | * | **CLASS ACTION** |

\* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 3rd day of March, 2008, the undersigned counsel caused a copy of:

1. Defendants' Notice of Subpoena of Non-Party Dr. Elizabeth Yasik and Compliance Certification; and

2. Defendants' Notice of Subpoena of Non-Party Diamond State Port Corporation and Compliance Certification

to be served by electronic filing and/or first class mail, postage prepaid, to:

> Richard H. Cross, Jr., Esquire
> Christopher P. Simon, Esquire
> CROSS & SIMON, LLC
> 913 North Market Street
> 11th Floor
> P.O. Box 1380
> Wilmington, Delaware 19899-1380

/s/ Gary W. Alderson
Gary W. Alderson, Trial Bar No. 3895
Dawn L. Becker, Trial Bar No. 2975
LAW OFFICES OF DAWN L. BECKER
Citizens Bank Center
919 Market Street
Suite 460
Wilmington, Delaware 19801
302-778-5786
*Attorneys for Defendants*


George M. Church
Laura A. Cellucci
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464
*Attorneys for Defendants*
*Admitted Pro Hac Vice*