UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KERRY JOHNSON, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. 1:06-cv-00408-JJF |
| GEICO CASUALTY COMPANY, et al. | * | |
| Defendants | * | **CLASS ACTION** |

\* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO
FILE RESPONSES TO PLAINTIFFS' MOTIONS TO COMPEL**

The parties, by their undersigned counsel, hereby stipulate to an extension of time until March 13, 2008 for the Defendants to file responses to the Plaintiffs' Motions to Compel (documents 48 and 49).

*/s/ Richard H. Cross, Jr.*
Richard H. Cross, Jr.   (No. 3576)
Christopher P. Simon   (No. 3697)
CROSS & SIMON, LLC
913 North Market Street
11th Floor
P.O. Box 1380
Wilmington, Delaware  19899-1380
302-777-4200
***Attorneys for Plaintiffs***

*/s/ Gary W. Alderson*
Gary W. Alderson, Trial Bar No. 3895
Dawn L. Becker, Trial Bar No. 2975
LAW OFFICES OF DAWN L. BECKER
Citizens Bank Center
919 Market Street
Suite 460
Wilmington, Delaware  19801
302-778-5786
***Attorneys for Defendants***

George M. Church
Laura A. Cellucci
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464
***Attorneys for Defendants***
***Admitted Pro Hac Vice***

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the 4th day of March, 2008, the undersigned counsel caused a copy of the foregoing to be served by electronic filing and/or first class mail, postage prepaid, to:

>Richard H. Cross, Jr., Esquire
>Christopher P. Simon, Esquire
>CROSS & SIMON, LLC
>913 North Market Street
>11th Floor
>P.O. Box 1380
>Wilmington, Delaware 19899-1380
>
>Attorneys for Plaintiffs

>/s/ Gary W. Alderson
>Gary W. Alderson, Trial Bar No. 3895