IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | |
|---|---|
| KERRY JOHNSON and SHARON ANDERSON, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO CASUALTY COMPANY, GEICO GENERAL INSURANCE COMPANY, and GEICO INDEMNITY COMPANY,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 1:06-cv408 (JJF)<br>)<br>)<br>)<br>)<br>) TRIAL-BY JURY DEMANDED<br>)<br>)<br>) CLASS ACTION<br>)<br>) |

## RE-NOTICE OF MOTION

To:    Dawn L. Becker, Esquire                George M. Church, Esquire
        Gary Alderson, Esquire                 Laura A. Cellucci, Esquire
        Law Offices Of Dawn L. Becker       Miles & Stockbridge P.C.
        Citizens Bank Center                   10 Light Street
        919 Market Street, Suite 725          Baltimore, Maryland  21202
        Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the undersigned will present the *Plaintiffs' Motion to Compel Defendants' Answers to Interrogatories* to the Honorable Joseph J. Farnan on April 11, 2008, at 2:00 p.m. or as soon thereafter as may be heard.

Dated: March 11, 2008                  CROSS & SIMON, LLC
       Wilmington, Delaware

                                          By: _____
                                             Richard H. Cross, Jr. (No. 3576)
                                             Christopher P. Simon (No. 3697)
                                             Kevin S. Mann (No. 4576)
                                             913 North Market Street, 11th Floor
                                             P.O. Box 1380
                                             Wilmington, Delaware  19899-1380
                                             (302) 777-4200

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March, 2008, a true and correct copy of the foregoing *Plaintiffs' Re-Notice of Motion to Compel Defendants' Answers to Interrogatories* was served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

Dawn L. Becker, Esquire
Gary Alderson, Esquire
LAW OFFICES OF DAWN L. BECKER
Citizens Bank Center
919 Market Street, Suite 725
Wilmington, DE 19801

**BY FIRST CLASS MAIL**

George M. Church, Esquire
Laura A. Cellucci, Esquire
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202

_____
Kevin S. Mann (No. 4576)