## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF DELAWARE

| | |
|---|---|
| KERRY JOHNSON and SHARON ANDERSON, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO CASUALTY COMPANY, GEICO GENERAL INSURANCE COMPANY, and GEICO INDEMNITY COMPANY,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 1:06-cv408 (JJF)<br>)<br>)<br>)<br>)<br>)   TRIAL-BY JURY DEMANDED<br>)<br>)<br>)   CLASS ACTION<br>)<br>) |

### RE-NOTICE OF MOTION

To:   Dawn L. Becker, Esquire                  George M. Church, Esquire
       Gary Alderson, Esquire                   Laura A. Cellucci, Esquire
       Law Offices Of Dawn L. Becker        Miles & Stockbridge P.C.
       Citizens Bank Center                     10 Light Street
       919 Market Street, Suite 725           Baltimore, Maryland 21202
       Wilmington, DE 19801

       **PLEASE TAKE NOTICE** that the undersigned will present the *Plaintiffs' Motion to Compel Defendants' Production of Documents* to the Honorable Joseph J. Farnan on April 11, 2008, at 2:00 p.m. or as soon thereafter as may be heard.

Dated: March 11, 2008                     CROSS & SIMON, LLC
       Wilmington, Delaware

                                           By: _____
                                              Richard H. Cross, Jr. (No. 3576)
                                              Christopher P. Simon (No. 3697)
                                              Kevin S. Mann (No. 4576)
                                              913 North Market Street, 11th Floor
                                              P.O. Box 1380
                                              Wilmington, Delaware 19899-1380
                                              (302) 777-4200

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March, 2008, a true and correct copy of the foregoing *Plaintiffs' Re-Notice of Motion to Compel Defendants' Production of Documents* was served on the following counsel of record in the manner indicated:

### BY HAND DELIVERY

Dawn L. Becker, Esquire
Gary Alderson, Esquire
LAW OFFICES OF DAWN L. BECKER
Citizens Bank Center
919 Market Street, Suite 725
Wilmington, DE 19801

### BY FIRST CLASS MAIL

George M. Church, Esquire
Laura A. Cellucci, Esquire
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202

Kevin S. Mann (No. 4576)