IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | |
|---|---|
| KERRY JOHNSON and<br>SHARON ANDERSON,<br>on behalf of themselves and all<br>others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>GOVERNMENT EMPLOYEES<br>INSURANCE COMPANY,<br>GEICO CASUALTY COMPANY,<br>GEICO GENERAL INSURANCE<br>COMPANY, and GEICO INDEMNITY<br>COMPANY<br><br>      Defendants. | C.A. No. 1:06-cv408 (JJF)<br><br>NON-ARBITRATION<br><br>TRIAL-BY JURY DEMANDED<br><br>CLASS ACTION |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 11th day of March, 2008, the undersigned counsel caused a true and correct copy of Plaintiffs' Second Set of Document Requests Directed to Defendants to be served upon the following counsel at the address listed below and in the manner indicated:

**BY HAND DELIVERY**

Dawn L. Becker, Esquire
The Law Office of Dawn L. Becker
Citizens Bank Center
919 Market Street, Suite 725
Wilmington, DE 19801

**BY FIRST CLASS MAIL**

George M. Church, Esquire
Miles & Stockbridge P.C.
10 Light Street
Baltimore, MD 21202

CROSS & SIMON, LLC

By: /s/ Kevin S. Mann
Richard H. Cross, Jr. (No. 3576)
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200
(302) 777-4224 Facsimile
rcross@crosslaw.com
csimon@crosslaw.com
kmann@crosslaw.com

*Attorneys for Plaintiffs*

Dated: March 11, 2008