UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

KERRY JOHNSON, et al.      *

    Plaintiffs      *

v.      *   Civil Action No. 1:06-cv-00408-JJF

GEICO CASUALTY COMPANY, et al.      *

    Defendants      *   **CLASS ACTION**

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**OPPOSITION TO MOTION TO COMPEL
DEFENDANTS' PRODUCTION OF DOCUMENTS**

**CONFIDENTIAL – FILED UNDER SEAL
SUBJECT TO A PROTECTIVE ORDER**

/s/ Gary W. Alderson
Gary W. Alderson, Trial Bar No. 3895
Dawn L. Becker, Trial Bar No. 2975
LAW OFFICES OF DAWN L. BECKER
Citizens Bank Center
919 Market Street, Suite 460
Wilmington, Delaware 19801
(302) 778-5786
**Attorneys for Defendants**

George M. Church
Laura A. Cellucci
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464
**Attorneys for Defendants
(Admitted Pro Hac Vice)**

/s/ Gary W. Alderson
_____
Gary W. Alderson, Trial Bar No. 3895
Dawn L. Becker, Trial Bar No. 2975
LAW OFFICES OF DAWN L. BECKER
Citizens Bank Center
919 Market Street, Suite 460
Wilmington, Delaware 19801
(302) 778-5786
**Attorneys for Defendants**

George M. Church
Laura A. Cellucci
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464
**Attorneys for Defendants (Admitted Pro Hac Vice)**

### CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the 13th day of March, 2008, the undersigned counsel caused a copy of the foregoing to be served by electronic filing and/or first class mail, postage prepaid, to:

Richard H. Cross, Jr., Esquire
Christopher P. Simon, Esquire
CROSS & SIMON, LLC
913 North Market Street
11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380

/s/ Gary W. Alderson
_____
Gary W. Alderson

THIS DOCUMENT IS CONFIDENTIAL AND FILED UNDER SEAL. REVIEW AND ACCESS TO THIS DOCUMENT IS PROHIBITED EXCEPT BY COURT ORDER.