IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | | |
|---|---|---|
| KERRY JOHNSON and<br>SHARON ANDERSON,<br>on behalf of themselves and all<br>others similarly situated, | )<br>)<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | C.A. No. 1:06-cv408 (JJF) |
| v. | )<br>)<br>) | |
| GOVERNMENT EMPLOYEES<br>INSURANCE COMPANY,<br>GEICO CASUALTY COMPANY,<br>GEICO GENERAL INSURANCE<br>COMPANY, and GEICO INDEMNITY<br>COMPANY, | )<br>)<br>)<br>)<br>)<br>)<br>) | NON-ARBITRATION<br><br>TRIAL-BY JURY DEMANDED<br><br>CLASS ACTION |
| Defendants. | ) | |

**NOTICE OF DEPOSITION OF VALERIE COFFEY**

TO:

**BY HAND DELIVERY**
Dawn L. Becker, Esquire
Gary Alderson, Esquire
LAW OFFICES OF DAWN L. BECKER
Citizens Bank Center
919 Market Street, Suite 725
Wilmington, DE 19801

**BY FIRST CLASS MAIL**
George M. Church, Esquire
Laura A. Cellucci, Esquire
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, MD 21202

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 30, the Plaintiffs will take the deposition upon oral examination of Valerie Coffey. The deposition will take place on April 8 2008, commencing at 10:00 a.m. at the offices of Miles & Stockbridge P.C., 10 Light Street, Baltimore, Maryland, or such other date or at such other time or place as may be agreed upon by the parties or ordered by the Court. The deposition will be recorded by stenographic means.

Dated: March 17, 2008
      Wilmington, Delaware

CROSS & SIMON, LLC

By: /s/ Kevin S. Mann
Richard H. Cross, Jr. (No. 3576)
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200
(302) 777-4224 (fax)

*Attorneys for Plaintiffs*