UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

KERRY JOHNSON, et al.           *

    Plaintiffs                  *

v.                              *       Civil Action No. 1:06-cv-00408-JJF

GEICO CASUALTY COMPANY, et al.  *

    Defendants                  *       **CLASS ACTION**

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

NOTICE OF VIDEOTAPED DEPOSITION OF KERRY JOHNSON

TO:

    Richard H. Cross, Jr., Esquire
    Christopher P. Simon, Esquire
    CROSS & SIMON, LLC
    913 North Market Street
    11th Floor
    P.O. Box 1380
    Wilmington, Delaware 19899-1380

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 30, the Defendants will take the videotaped deposition of Kerry Johnson. The deposition will take place on April 21, 2008, commencing at 10:00 a.m. at the offices of LAW OFFICES OF DAWN L. BECKER, Citizens Bank Center, 919 Market Street, Suite 460, Wilmington, Delaware 19801, or such other date or

at such other time or place as may be agreed upon by the parties or ordered by the Court. The deposition will be recorded by video and/or stenographic means.

       */s/ Gary W. Alderson*
Gary W. Alderson, Trial Bar No. 3895
Dawn L. Becker, Trial Bar No. 2975
LAW OFFICES OF DAWN L. BECKER
Citizens Bank Center
919 Market Street
Suite 460
Wilmington, Delaware 19801
302-778-5786
*Attorneys for Defendants*


George M. Church
Laura A. Cellucci
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464
*Attorneys for Defendants*
*Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that on the ____ day of March, 2008, the undersigned counsel caused a copy of the foregoing to be served by electronic filing and/or first class mail, postage prepaid, to:

>Richard H. Cross, Jr., Esquire
>Christopher P. Simon, Esquire
>CROSS & SIMON, LLC
>913 North Market Street
>11th Floor
>P.O. Box 1380
>Wilmington, Delaware  19899-1380

>_/s/ Gary W. Alderson_
>Gary W. Alderson, Trial Bar No. 3895
>Dawn L. Becker, Trial Bar No. 2975
>LAW OFFICES OF DAWN L. BECKER
>Citizens Bank Center
>919 Market Street
>Suite 460
>Wilmington, Delaware  19801
>302-778-5786
>*Attorneys for Defendants*

>George M. Church
>Laura A. Cellucci
>MILES & STOCKBRIDGE P.C.
>10 Light Street
>Baltimore, Maryland 21202
>(410) 727-6464
>*Attorneys for Defendants*
>*Admitted Pro Hac Vice*

3