UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KERRY JOHNSON, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. 1:06-cv-00408-JJF |
| GEICO CASUALTY COMPANY, et al. | * | |
| Defendants | * | **CLASS ACTION** |

\* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS' MOTION FOR PROTECTIVE ORDER

### CONFIDENTIAL – FILED UNDER SEAL
### SUBJECT TO A PROTECTIVE ORDER

/s/ Gary W. Alderson
Gary W. Alderson, Trial Bar No. 3895
Dawn L. Becker, Trial Bar No. 2975
LAW OFFICES OF DAWN L. BECKER
Citizens Bank Center
919 Market Street
Suite 460
Wilmington, Delaware 19801
302-778-5786
*Attorneys for Defendants*

**Dated: March 28, 2008**

George M. Church
Laura A. Cellucci
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464
*Attorneys for Defendants*
*Admitted Pro Hac Vice*