UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KERRY JOHNSON, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. 1:06-cv-00408-JJF |
| GEICO CASUALTY COMPANY, et al. | * | |
| Defendants | * | **CLASS ACTION** |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF MOTION

TO:  Richard H. Cross, Jr., Esquire
Christopher P. Simon, Esquire
CROSS & SIMON, LLC
913 North Market Street
11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380

**PLEASE TAKE NOTICE** that the undersigned will present the Defendants'

Motion for Protective Order to the Honorable Joseph J. Farnan on April 11, 2008, at

2:00 p.m. or as soon thereafter as may be heard.

/s/ Gary W. Alderson
Gary W. Alderson, Trial Bar No. 3895
Dawn L. Becker, Trial Bar No. 2975
LAW OFFICES OF DAWN L. BECKER
Citizens Bank Center
919 Market Street
Suite 460
Wilmington, Delaware 19801
302-778-5786
*Attorneys for Defendants*

        George M. Church
        Laura A. Cellucci
        MILES & STOCKBRIDGE P.C.
        10 Light Street
        Baltimore, Maryland 21202
        (410) 727-6464
        ***Attorneys for Defendants***
        ***Admitted Pro Hac Vice***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 28th day of March, 2008, a copy of the foregoing was served by electronic filing and by **HAND DELIVERY**, to:

        Richard H. Cross, Jr., Esquire
        Christopher P. Simon, Esquire
        CROSS & SIMON, LLC
        913 North Market Street
        11th Floor
        P.O. Box 1380
        Wilmington, Delaware 19899-1380


        */s/ Gary W. Alderson*
        Gary W. Alderson, Trial Bar No. 3895