IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | |
|---|---|
| KERRY JOHNSON and<br>SHARON ANDERSON,<br>on behalf of themselves and all<br>others similarly situated,<br><br>   Plaintiffs,<br>v.<br><br>GOVERNMENT EMPLOYEES<br>INSURANCE COMPANY,<br>GEICO CASUALTY COMPANY,<br>GEICO GENERAL INSURANCE<br>COMPANY, and GEICO INDEMNITY<br>COMPANY,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 1:06-cv408 (JJF)<br>)<br>)<br>)<br>)<br>)<br>) TRIAL-BY JURY DEMANDED<br>)<br>)<br>) CLASS ACTION<br>)<br>)<br>) |

**YOU ARE IN POSSESSION OF A DOCUMENT FILED
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
THAT IS CONFIDENTIAL AND FILED UNDER SEAL**

If you are not authorized by Court order to view or retrieve this document, read no further than this page. You should contact the following person(s):

             CROSS & SIMON, LLC
             Richard H. Cross, Jr. (No. 3576)
             Christopher P. Simon (No. 3697)
             Kevin S. Mann (No. 4576)
             913 North Market Street, 11th Floor
             P.O. Box 1380
             Wilmington, Delaware 19899-1380
             (302) 777-4200

             *Attorneys for Plaintiffs*

THIS DOCUMENT IS CONFIDENTIAL AND FILED UNDER SEAL. REVIEW AND ACCESS TO THIS DOCUMENT IS PROHIBITED EXCEPT BY COURT ORDER.