**IN THE UNITED STATES DISTRICT COURT**
**FOR THE STATE OF DELAWARE**

| | | |
|---|---|---|
| KERRY JOHNSON and<br>SHARON ANDERSON,<br>on behalf of themselves and all<br>others similarly situated, | )<br>)<br>)<br>)<br>) | |
| Plaintiffs, | ) | C.A. No. 1:06-cv408 (JJF) |
| v. | )<br>) | |
| GOVERNMENT EMPLOYEES<br>INSURANCE COMPANY,<br>GEICO CASUALTY COMPANY,<br>GEICO GENERAL INSURANCE<br>COMPANY, and GEICO INDEMNITY<br>COMPANY, | )<br>)<br>)<br>)<br>)<br>) | TRIAL-BY JURY DEMANDED<br><br>CLASS ACTION |
| Defendants. | )<br>) | |

**YOU ARE IN POSSESSION OF A DOCUMENT FILED**
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**
**THAT IS CONFIDENTIAL AND FILED UNDER SEAL**

If you are not authorized by Court order to view or retrieve this document, read no further than this page. You should contact the following person(s):

CROSS & SIMON, LLC
Richard H. Cross, Jr. (No. 3576)
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200

*Attorneys for Plaintiffs*

THIS DOCUMENT IS CONFIDENTIAL AND FILED UNDER SEAL. REVIEW AND ACCESS TO THIS DOCUMENT IS PROHIBITED EXCEPT BY COURT ORDER.