IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | |
|---|---|
| KERRY JOHNSON and<br>SHARON ANDERSON,<br>on behalf of themselves and all<br>others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>GOVERNMENT EMPLOYEES<br>INSURANCE COMPANY,<br>GEICO CASUALTY COMPANY,<br>GEICO GENERAL INSURANCE<br>COMPANY, and GEICO INDEMNITY<br>COMPANY,<br><br>        Defendants. | C.A. No. 1:06-cv408 (JJF)<br><br><br>TRIAL-BY JURY DEMANDED<br><br>CLASS ACTION |

### RE-NOTICE OF PLAINTIFFS' MOTION TO EXTEND DISCOVERY

To:    Dawn L. Becker, Esquire            George M. Church, Esquire
       Gary Alderson, Esquire             Laura A. Cellucci, Esquire
       Law Offices Of Dawn L. Becker     Miles & Stockbridge P.C.
       Citizens Bank Center               10 Light Street
       919 Market Street, Suite 725       Baltimore, Maryland 21202
       Wilmington, DE 19801

       **PLEASE TAKE NOTICE** that the undersigned will present the *Plaintiffs' Motion to Extend Discovery* to the Honorable Joseph J. Farnan on May 9, 2008, at 2:00 p.m. or as soon thereafter as may be heard.

Dated:  April 10, 2008               CROSS & SIMON, LLC
         Wilmington, Delaware

                                             By: _____
                                             Richard H. Cross, Jr. (No. 3576)
                                             Christopher P. Simon (No. 3697)
                                             Kevin S. Mann (No. 4576)
                                             913 North Market Street, 11th Floor
                                             P.O. Box 1380
                                             Wilmington, Delaware 19899-1380
                                             (302) 777-4200
                                             (302) 777-4224 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April 2008, a true and correct copy of the foregoing *Re-Notice of Plaintiffs' Motion to Extend Discovery* was served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**
Dawn L. Becker, Esquire
Gary Alderson, Esquire
LAW OFFICES OF DAWN L. BECKER
Citizens Bank Center
919 Market Street, Suite 725
Wilmington, DE 19801

**BY FIRST CLASS MAIL**
George M. Church, Esquire
Laura A. Cellucci, Esquire
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202

Kevin S. Mann (No. 4576)