UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

KERRY JOHNSON, et al. *
    Plaintiffs *
v. * Civil Action No. 1:06-cv-00408-JJF
     *
     *
GEICO CASUALTY COMPANY, et al. *
    Defendants * **CLASS ACTION**

\* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 17th day of April, 2008 the undersigned counsel caused a copy of Defendants' Response to Plaintiffs' Third Set of Document Requests to be served by electronic filing and/or first class mail, postage prepaid to:

Richard H. Cross, Jr. Esquire
Christopher Simon, Esquire
Cross & Simon. LLC
913 N. market Street, 11th Floor, PO Box 1380
Wilmington, DE 19899-1380

/S/ Gary Alderson
Gary Alderson, Trial Bar No. 3895
Dawn L. Becker, Trial Bar No. 2975
Law Office of Dawn Becker
Citizens Bank Center
919 Market Street, Suite 460
Wilmington, DE 19801
Attorney for Defendants

George M. Church
Laura A. Cellucci
Miles & Stockbridge P.C.
10 Light Street

Baltimore, MD 21202
Attorneys for Defendants
Admitted Pro Hac Vice

DATE: April 17, 2008