IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | |
|---|---|
| KERRY JOHNSON and<br>SHARON ANDERSON,<br>on behalf of themselves and all<br>others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>GOVERNMENT EMPLOYEES<br>INSURANCE COMPANY,<br>GEICO CASUALTY COMPANY,<br>GEICO GENERAL INSURANCE<br>COMPANY, and GEICO INDEMNITY<br>COMPANY,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 1:06-cv408 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)  TRIAL-BY JURY DEMANDED<br>)<br>)<br>)  CLASS ACTION<br>)<br>) |

## NOTICE OF MOTION

To:    Dawn L. Becker, Esquire                     George M. Church, Esquire
        Gary Alderson, Esquire                      Laura A. Cellucci, Esquire
        Law Offices Of Dawn L. Becker         Miles & Stockbridge P.C.
        Citizens Bank Center                        10 Light Street
        919 Market Street, Suite 725             Baltimore, Maryland  21202
        Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the undersigned will present the *Plaintiffs' Second Motion to Compel Defendants' Production of Documents* to the Honorable Joseph J. Farnan on May 9, 2008, at 2:00 p.m. or as soon thereafter as may be heard.

Dated:  April 24, 2008                    CROSS & SIMON, LLC
           Wilmington, Delaware

                                        By:_____
                                            Richard H. Cross, Jr. (No. 3576)
                                            Christopher P. Simon (No. 3697)
                                            Kevin S. Mann (No. 4576)
                                            913 North Market Street, 11th Floor
                                            P.O. Box 1380
                                            Wilmington, Delaware  19899-1380
                                            (302) 777-4200