IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | | |
|---|---|---|
| KERRY JOHNSON and<br>SHARON ANDERSON,<br>on behalf of themselves and all<br>others similarly situated, | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | C.A. No. 1:06-cv408 (JJF) |
| v. | )<br>) | |
| GOVERNMENT EMPLOYEES<br>INSURANCE COMPANY,<br>GEICO CASUALTY COMPANY,<br>GEICO GENERAL INSURANCE<br>COMPANY, and GEICO INDEMNITY<br>COMPANY, | )<br>)<br>)<br>)<br>)<br>) | NON-ARBITRATION<br><br>TRIAL-BY JURY DEMANDED<br><br>CLASS ACTION |
| Defendants. | ) | |

### NOTICE OF DEPOSITION OF DEBBIE CURRY

TO:  Dawn L. Becker, Esquire            George M. Church, Esquire
     Gary Alderson, Esquire             Laura A. Cellucci, Esquire
     LAW OFFICES OF DAWN L. BECKER      MILES & STOCKBRIDGE P.C.
     Citizens Bank Center               10 Light Street
     919 Market Street, Suite 725       Baltimore, MD  21202
     Wilmington, DE 19801

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 30, the Plaintiffs will take the deposition upon oral examination of Debbie Curry. The deposition will take place on May 14, 2008, commencing at 9:00 a.m. at GEICO's offices located at 1 Geico Boulevard, Fredericksburg, Virginia 22412, or such other date or at such other time or place as may be agreed upon by the parties or ordered by the Court. The deposition will be recorded by stenographic means.

Dated: April 25, 2008              CROSS & SIMON, LLC
       Wilmington, Delaware

                              By: /s/ Kevin S. Mann
                              Richard H. Cross, Jr. (No. 3576)
                              Christopher P. Simon (No. 3697)
                              Kevin S. Mann (No. 4576)
                              913 North Market Street, 11th Floor
                              P.O. Box 1380
                              Wilmington, Delaware 19899-1380
                              (302) 777-4200
                              (302) 777-4224 (fax)

                              *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of April, 2008, a true and correct copy of the foregoing *Notice of Deposition of Debbie Curry* was served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**
Dawn L. Becker, Esquire
Gary Alderson, Esquire
LAW OFFICES OF DAWN L. BECKER
Citizens Bank Center
919 Market Street, Suite 725
Wilmington, DE 19801

**BY FIRST CLASS MAIL**
George M. Church, Esquire
Laura A. Cellucci, Esquire
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202

Kevin S. Mann (No. 4576)