**CROSS & SIMON, LLC**
ATTORNEYS AT LAW
913 NORTH MARKET STREET
11TH FLOOR
WILMINGTON, DELAWARE 19801
302-777-4200 / 302-777-4224 (FAX)
www.crosslaw.com

Christopher P. Simon
csimon@crosslaw.com

MAILING ADDRESS:
P.O. BOX 1380
WILMINGTON, DE 19899-1380

*SUSSEX COUNTY OFFICE:*
17577 NASSAU COMMONS BLVD.
SUITE 102
LEWES, DE 19958
(302) 644-4269
(302) 258-0815 (FAX)

April 30, 2008

**BY HAND DELIVERY**

The Honorable Joseph J. Farnan
United States District Court
    for the District of Delaware
844 North King Street, Room 4209
Wilmington, Delaware 19801

> Re:   *Johnson, et al. v. Government Employees Insurance Co., et al.*
>        D. Del. C.A. No. 1:06-cv-408

Dear Judge Farnan:

We represent the Plaintiffs in the above-captioned matter. Together with counsel for the Defendants, we are working to resolve certain discovery disputes that have arisen in this case. To that end, and until we reach further impasse on these issues, Plaintiffs respectfully withdraw without prejudice the following motions filed with the Court:

1. Plaintiffs' Motion to Compel Defendants' Answers to Interrogatories filed February 26, 2008 [D.I. No. 48];
2. Plaintiffs' Motion to Compel Defendants' Production of Documents filed February 26, 2008 [D.I. No. 49];
3. Plaintiffs' Second Motion to Compel Defendants' Answers to Document Requests filed April 24, 2008 [D.I. No. 82].

Counsel for the Defendants has also authorized me to confirm that Defendants will be withdrawing without prejudice their Motion for Protective Order filed on March 28, 2008 [D.I. No. 68].

Additionally, the parties are coordinating an agreement on certain deadlines and discovery which they will submit to the Court under stipulation next week.

CROSS & SIMON, LLC
April 30, 2008
Page 2 of 2

    Counsel is available at the convenience of the Court if the Court has any questions or concerns.

                                Respectfully submitted,

                                Christopher P. Simon

CPS:sl

cc:    Dawn L. Becker, Esquire
        Gary W. Alderson, Esquire
        George Church, Esquire
        Richard H. Cross, Jr., Esquire
        Kevin S. Mann, Esquire
        File Copy