## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF DELAWARE

| | | |
|---|---|---|
| KERRY JOHNSON and<br>SHARON ANDERSON,<br>on behalf of themselves and all<br>others similarly situated, | )<br>)<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | C.A. No. 1:06-cv408 (JJF) |
| v. | )<br>) | |
| GOVERNMENT EMPLOYEES<br>INSURANCE COMPANY,<br>GEICO CASUALTY COMPANY,<br>GEICO GENERAL INSURANCE<br>COMPANY, and GEICO INDEMNITY<br>COMPANY, | )<br>)<br>)<br>)<br>)<br>) | TRIAL-BY JURY DEMANDED<br><br>CLASS ACTION |
| Defendants. | )<br>) | |

### NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO COMPEL DEFENDANTS' ANSWERS TO INTERROGATORIES WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that the undersigned attorney, Kevin S. Mann, hereby

withdraws <u>without prejudice</u> *Plaintiffs' Motion to Compel Defendants' Answers to*

*Interrogatories* [Docket No. 48], which is currently pending before the Honorable Joseph

J. Farnan, Jr.

Dated: May 1, 2008           CROSS & SIMON, LLC
        Wilmington, Delaware

By: _____
      Richard H. Cross, Jr. (No. 3576)
      Christopher P. Simon (No. 3697)
      Kevin S. Mann (No. 4576)
      913 North Market Street, 11th Floor
      P.O. Box 1380
      Wilmington, Delaware  19899-1380
      (302) 777-4200

      *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2008, a true and correct copy of the

foregoing *Notice of Withdrawal of Plaintiffs' Motion to Compel Defendants' Answers to*

*Interrogatories Without Prejudice* was served on the following counsel of record in the

manner indicated:


**BY HAND DELIVERY**
Dawn L. Becker, Esquire
Gary Alderson, Esquire
LAW OFFICES OF DAWN L. BECKER
Citizens Bank Center
919 Market Street, Suite 725
Wilmington, DE 19801



**BY FIRST CLASS MAIL**
George M. Church, Esquire
Laura A. Cellucci, Esquire
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland  21202


Kevin S. Mann (No. 4576)