## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF DELAWARE

KERRY JOHNSON and )
SHARON ANDERSON, )
on behalf of themselves and all )
others similarly situated, )
       )
       Plaintiffs, )     C.A. No. 1:06-cv408 (JJF)
     v. )
       )
GOVERNMENT EMPLOYEES )
INSURANCE COMPANY, )
GEICO CASUALTY COMPANY, )     TRIAL-BY JURY DEMANDED
GEICO GENERAL INSURANCE )
COMPANY, and GEICO INDEMNITY )
COMPANY, )     CLASS ACTION
       )
       Defendants. )

## NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO COMPEL DEFENDANTS' PRODUCTION OF DOCUMENTS WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that the undersigned attorney, Kevin S. Mann, hereby

withdraws <u>without prejudice</u> *Plaintiffs' Motion to Compel Defendants' Production of*

*Documents* [Docket No. 49], which is currently pending before the Honorable Joseph J.

Farnan, Jr.


Dated: May 1, 2008           CROSS & SIMON, LLC
        Wilmington, Delaware

                    By:_____
                        Richard H. Cross, Jr. (No. 3576)
                        Christopher P. Simon (No. 3697)
                        Kevin S. Mann (No. 4576)
                        913 North Market Street, 11th Floor
                        P.O. Box 1380
                        Wilmington, Delaware  19899-1380
                        (302) 777-4200

                        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2008, a true and correct copy of the foregoing *Notice of Withdrawal of Plaintiffs' Motion to Compel Defendants' Production of Documents Without Prejudice* was served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**
Dawn L. Becker, Esquire
Gary Alderson, Esquire
LAW OFFICES OF DAWN L. BECKER
Citizens Bank Center
919 Market Street, Suite 725
Wilmington, DE 19801

**BY FIRST CLASS MAIL**
George M. Church, Esquire
Laura A. Cellucci, Esquire
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202

_____
Kevin S. Mann (No. 4576)