IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | |
|---|---|
| KERRY JOHNSON and<br>SHARON ANDERSON,<br>on behalf of themselves and all<br>others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>GOVERNMENT EMPLOYEES<br>INSURANCE COMPANY,<br>GEICO CASUALTY COMPANY,<br>GEICO GENERAL INSURANCE<br>COMPANY, and GEICO INDEMNITY<br>COMPANY,<br><br>Defendants. | C.A. No. 1:06-cv408 (JJF)<br><br><br>TRIAL-BY JURY DEMANDED<br><br><br>CLASS ACTION |

## NOTICE OF WITHDRAWAL OF PLAINTIFFS' SECOND MOTION TO COMPEL DEFENDANTS' PRODUCTION OF DOCUMENTS WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that the undersigned attorney, Kevin S. Mann, hereby withdraws without prejudice *Plaintiffs' Second Motion to Compel Defendants' Production of Documents* [Docket No. 82], which is currently pending before the Honorable Joseph J. Farnan, Jr.

Dated: May 1, 2008
Wilmington, Delaware

CROSS & SIMON, LLC

By: /s/ Kevin S. Mann
Richard H. Cross, Jr. (No. 3576)
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2008, a true and correct copy of the foregoing *Notice of Withdrawal of Plaintiffs' Second Motion to Compel Defendants' Production of Documents Without Prejudice* was served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**
Dawn L. Becker, Esquire
Gary Alderson, Esquire
LAW OFFICES OF DAWN L. BECKER
Citizens Bank Center
919 Market Street, Suite 725
Wilmington, DE 19801

**BY FIRST CLASS MAIL**
George M. Church, Esquire
Laura A. Cellucci, Esquire
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202

_____
Kevin S. Mann (No. 4576)