UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KERRY JOHNSON, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. 1:06-cv-00408-JJF |
| GEICO CASUALTY COMPANY, et al. | * | |
| Defendants | * | **CLASS ACTION** |

\* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 2, 2008, the undersigned attorney, Gary W. Alderson, caused a copy of Defendant's Supplemental Answer to Interrogatory No. 1 to be served by hand delivery upon:

Richard H. Cross, Esquire
Christopher P. Simon, Esquire
CROSS & SIMON, LLC
913 North Market Street
11th floor
PO Box 1380
Wilmington, DE 19899-1380

Gary Alderson, Trial Bar No. 3895
Dawn L. Becker, Trial Bar No. 2975
LAW OFFICES OF DAWN L. BECKER
Citizens Bank Center
919 Market Street
Suite 460
Wilmington, Delaware 19801
302-778-5786
*Attorneys for Defendants*

George M. Church
Laura A. Cellucci
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
410-727-6464
*Attorneys for Defendants*
*Admitted Pro Hac Vice*

Client Documents:4812-9641-8562v1|GEICO-006779|5/1/2008