UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| KERRY JOHNSON, et al. | * |
| Plaintiffs | * |
| v. | *   Civil Action No. 1:06-cv-00408-JJF |
| GEICO CASUALTY COMPANY, et al. | * |
| Defendants | *   **CLASS ACTION** |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION**

**FOR PROTECTIVE ORDER**

PLEASE TAKE NOTICE that the undersigned attorney, Gary W. Alderson, hereby withdraws, <u>without prejudice</u>, *Defendant's Motion for Protective Order* [Docket No. 68], which is currently pending before the Honorable Joseph J. Farnan, Jr.

DATED: May 2, 2008

| | |
|---|---|
| Gary Alderson, Trial Bar No. 3895 | /s/ George Church |
| Dawn L. Becker, Trial Bar No. 2975 | George M. Church |
| LAW OFFICES OF DAWN L. BECKER | Laura A. Cellucci |
| Citizens Bank Center | MILES & STOCKBRIDGE P.C. |
| 919 Market Street | 10 Light Street |
| Suite 460 | Baltimore, Maryland 21202 |
| Wilmington, Delaware 19801 | 410-727-6464 |
| 302-778-5786 | *Attorneys for Defendants* |
| *Attorneys for Defendants* | *Admitted Pro Hac Vice* |