IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | | |
|---|---|---|
| KERRY JOHNSON and<br>SHARON ANDERSON,<br>on behalf of themselves and all<br>others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>GOVERNMENT EMPLOYEES<br>INSURANCE COMPANY,<br>GEICO CASUALTY COMPANY,<br>GEICO GENERAL INSURANCE<br>COMPANY, and GEICO INDEMNITY<br>COMPANY,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 1:06-cv408 (JJF)<br><br><br><br><br>NON-ARBITRATION<br><br>TRIAL-BY JURY DEMANDED<br><br><br>CLASS ACTION |

**STIPULATION OF AMENDMENT TO RULE 16 SCHEDULING ORDER**

Plaintiffs and Defendants, by and through undersigned counsel, hereby stipulate and agree, subject to approval of the Court, that the Rule 16 Scheduling Order [Docket No. 36], entered on November 13, 2007, shall be amended as follows:

    3.    **Discovery.**

        (a) Exchange and completion of interrogatories, identification of all fact witnesses and document production shall be commenced so as to be completed by July 1, 2008.

        (e) Reports from retained experts required by Fed. R. Civ. P. 26(a) (2) are due from the plaintiff(s) by September 1, 2008; from the defendant(s) by October 31, 2008. Should plaintiff(s) require rebuttal experts, then rebuttal experts' reports shall be due December 1, 2008.

The parties reserve all rights to seek further relief from the November 13, 2007 Rule 16 Scheduling Order, as necessary.

| CROSS & SIMON, LLC | LAW OFFICES OF DAWN L. BECKER |
|---|---|
| /s/ CPS | /s/ |
| Richard H. Cross, Jr. (No. 3576)<br>Christopher P. Simon (No. 3697)<br>Kevin S. Mann (No. 4576)<br>913 North Market Street, 11th Floor<br>P.O. Box 1380<br>Wilmington, Delaware 19899-1380<br>(302) 777-4200<br><br>*Attorneys for Plaintiffs* | Dawn L. Becker (No. 2975)<br>Gary W. Alderson (No. 3895)<br>Citizens Bank Center<br>919 Market Street, Suite 725<br>Wilmington, DE 19801<br>(302) 778-5784<br><br>*Attorneys for Defendants* |

SO ORDERED, this _____ day of _____, 2008

_____
DATE

_____
The Honorable Joseph J. Farnan
United States District Court for the District of Delaware

2