UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KERRY JOHNSON, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. 1:06-cv-00408-JJF |
| GEICO CASUALTY COMPANY, et al. | * | |
| Defendants | * | **CLASS ACTION** |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 29th day of May, 2008, the undersigned counsel caused a copy of:

1. Defendants' Second Set of Requests for Production of Documents to Plaintiff, Kerry Johnson; and

2. Defendants' Second Set of Requests for Production of Documents to Plaintiff, Sharon Anderson

**to be served by first class mail, postage prepaid, to:**

> Richard H. Cross, Jr., Esquire
> Christopher P. Simon, Esquire
> CROSS & SIMON, LLC
> 913 North Market Street
> 11th Floor
> P.O. Box 1380
> Wilmington, Delaware 19899-1380

> /s/ Gary W. Alderson
> Gary W. Alderson, Trial Bar No. 3895
> Dawn L. Becker, Trial Bar No. 2975
> LAW OFFICES OF DAWN L. BECKER
> Citizens Bank Center
> 919 N. Market Street
> Suite 460
> Wilmington, Delaware 19801
> 302-778-5786
> ***Attorneys for Defendants***

George M. Church
Laura A. Cellucci
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

***Attorneys for Defendants***
***Admitted Pro Hac Vice***