IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | | |
|---|---|---|
| KERRY JOHNSON and<br>SHARON ANDERSON,<br>on behalf of themselves and all<br>others similarly situated, | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | C.A. No. 1:06-cv408 (JJF) |
| v. | )<br>)<br>) | |
| GOVERNMENT EMPLOYEES<br>INSURANCE COMPANY,<br>GEICO CASUALTY COMPANY,<br>GEICO GENERAL INSURANCE<br>COMPANY, and GEICO INDEMNITY<br>COMPANY | )<br>)<br>)<br>)<br>)<br>) | NON-ARBITRATION<br><br>TRIAL-BY JURY DEMANDED<br><br><br>CLASS ACTION |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 30th day of May, 2008, the undersigned counsel caused two true and correct copy of Plaintiffs' Second Set of Interrogatories Directed to Defendants, Plaintiff's First Set of Requests for Admission Directed to Defendants and Plaintiffs' Fourth Set of Document Requests Directed to Defendants to be served upon the following counsel at the address listed below and in the manner indicated:

## BY HAND DELIVERY & EMAIL

Dawn L. Becker, Esquire
The Law Office of Dawn L. Becker
Citizens Bank Center
919 Market Street, Suite 725
Wilmington, DE  19801

**BY U.S. MAIL & EMAIL**
George M. Church, Esquire
Laura A. Cellucci, Esquire
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21202


**BY U.S. MAIL & EMAIL**

Meloney Cargil Perry
Attorney at Law
Meckler Bulger & Tilson LLP
10,000 North Central Expressway
Suite 1450
Dallas, TX 75231

                CROSS & SIMON, LLC

                By: /s/ Richard H. Cross, Jr.
                Richard H. Cross, Jr. (No. 3576)
                Christopher P. Simon (No. 3697)
                Kevin S. Mann (No. 4576)
                913 North Market Street, 11th Floor
                P.O. Box 1380
                Wilmington, Delaware 19899-1380
                (302) 777-4200
                (302) 777-4224 Facsimile
                rcross@crosslaw.com
                csimon@crosslaw.com
                kmann@crosslaw.com

                *Attorneys for Plaintiffs*

Dated: May 30, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May, 2008, a true and correct copy of the foregoing *Notice of Service* of Plaintiffs' Second Set of Interrogatories Directed to Defendants, Plaintiff's First Set of Requests for Admission Directed to Defendants and Plaintiffs' Fourth Set of Document Requests Directed to Defendants was served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY & EMAIL**
Dawn L. Becker, Esquire
The Law Office of Dawn L. Becker
Citizens Bank Center
919 Market Street, Suite 725
Wilmington, DE 19801

**BY U.S. MAIL & EMAIL**
George M. Church, Esquire
Laura A. Cellucci, Esquire
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21202

**BY U.S. MAIL & EMAIL**
Meloney Cargil Perry
Attorney at Law
Meckler Bulger & Tilson LLP
10,000 North Central Expressway
Suite 1450
Dallas, TX 75231

/s/ Richard H. Cross, Jr.
Richard H. Cross, Jr. (Bar No. 3576)