UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KERRY JOHNSON, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. 1:06-cv-00408-JJF |
| GEICO CASUALTY COMPANY, et al. | * | |
| Defendants | * | **CLASS ACTION** |

\* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 2nd day of June, 2008, the undersigned counsel caused a copy of:

1. Subpoena and Notice of Rule 30(b)(6) Deposition Duces Tecum of Family Practice Associates;

2. Subpoena and Notice of Rule 30(b)(6) Deposition Duces Tecum of Stoney Batter Family Medicine Associates, P.A.;

3. Subpoena and Notice of Rule 30(b)(6) Deposition Duces Tecum of Rehabilitation Associates, P.A. d/b/a Delaware Back Pain;

4. Subpoena and Notice of Rule 30(b)(6) Deposition Duces Tecum of Faulk Road Physical Therapy, Inc. d/b/a Pro Physical Therapy;

5. Subpoena and Notice of Rule 30(b)(6) Deposition Duces Tecum of Touch of Health Massage Alliance; and

6. Notice of Deposition of Connie Salvatelli

to be served by electronic filing and/or first class mail, postage prepaid, to:

>Richard H. Cross, Jr., Esquire
>Christopher P. Simon, Esquire
>CROSS & SIMON, LLC
>913 North Market Street
>11th Floor
>P.O. Box 1380
>Wilmington, Delaware  19899-1380

>/s/ Gary W. Alderson
>Gary W. Alderson, Trial Bar No. 3895
>Dawn L. Becker, Trial Bar No. 2975
>LAW OFFICES OF DAWN L. BECKER
>Citizens Bank Center
>919 N. Market Street
>Suite 460
>Wilmington, Delaware  19801
>302-778-5786
>*Attorneys for Defendants*

>George M. Church
>Laura A. Cellucci
>MILES & STOCKBRIDGE P.C.
>10 Light Street
>Baltimore, Maryland 21202
>(410) 727-6464
>*Attorneys for Defendants*
>*Admitted Pro Hac Vice*