UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KERRY JOHNSON, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. 1:06-cv-00408-JJF |
| GEICO CASUALTY COMPANY, et al. | * | |
| Defendants | * | **CLASS ACTION** |

* * * * * * * * * * *

### NOTICE OF DEPOSITION OF CONNIE SALVATELLI

TO:

Richard H. Cross, Jr., Esquire
Christopher P. Simon, Esquire
CROSS & SIMON, LLC
913 North Market Street
11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380

**PLEASE TAKE NOTICE** that pursuant to FED. R. CIV. P. 30, the Defendants will take the deposition of Connie Salvatelli. The deposition will take place on July 15, 2008, commencing at 1:30 p.m. at the offices of LAW OFFICES OF DAWN L. BECKER, Citizens Bank Center, 919 N. Market Street, Suite 460, Wilmington, Delaware 19801, or such other date or at such other time or place as

may be agreed upon by the parties or ordered by the Court. The deposition will be recorded by video and/or stenographic means.

                              /s/ Gary W. Alderson
                              Gary W. Alderson, Trial Bar No. 3895
                              Dawn L. Becker, Trial Bar No. 2975
                              LAW OFFICES OF DAWN L. BECKER
                              Citizens Bank Center
                              919 Market Street
                              Suite 460
                              Wilmington, Delaware 19801
                              302-778-5786
                              *Attorneys for Defendants*

                              George M. Church
                              Laura A. Cellucci
                              MILES & STOCKBRIDGE P.C.
                              10 Light Street
                              Baltimore, Maryland 21202
                              (410) 727-6464
                              *Attorneys for Defendants*
                              *Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the 3rd day of June, 2008, the undersigned counsel caused a copy of the foregoing to be served by electronic filing and/or first class mail, postage prepaid, to:

        Richard H. Cross, Jr., Esquire
        Christopher P. Simon, Esquire
        CROSS & SIMON, LLC
        913 North Market Street
        11th Floor
        P.O. Box 1380
        Wilmington, Delaware 19899-1380

_____
Gary W. Alderson