# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KERRY JOHNSON, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. 1:06-cv-408 |
| GEICO CASUALTY COMPANY, et al. | * | |
| Defendants | * | CLASS ACTION |

\* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF RULE 30(B)(6) DEPOSITION DUCES TECUM OF TOUCH OF HEALTH MASSAGE ALLIANCE

PLEASE TAKE NOTICE that pursuant to FED. R. CIV. P. 30(b)(6), the Defendants will take the deposition upon oral examination of the person designated by Touch of Health Massage Alliance with respect to the topics set forth in Schedule A. The designee shall produce the original documents set forth in Schedule B. The deposition duces tecum will take place on July 16, 2008, commencing at 2:30 p.m., at the offices of LAW OFFICES OF DAWN L. BECKER, 919 N. Market Street, Suite 460, Wilmington, Delaware 19801, or such other date or at such other time or place as may be agreed upon by the parties or ordered by the Court. The deposition will be recorded by stenographic means.

_____           _____
Gary W. Alderson, Trial Bar No. 3895    George M. Church
Dawn L. Becker, Trial Bar No. 2975     Laura A. Cellucci
LAW OFFICES OF DAWN L. BECKER          MILES & STOCKBRIDGE P.C.
Citizens Bank Center                   10 Light Street
919 N. Market Street                   Baltimore, Maryland 21202
Suite 460                              410-727-6464
Wilmington, Delaware 19801
302-778-5786                           *Attorneys for Defendants*
*Attorneys for Defendants*             *Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 3rd day of June, 2008, a copy of the foregoing was mailed, first class mail, postage prepaid, to:

>Richard H. Cross, Jr., Esquire
>Christopher P. Simon, Esquire
>CROSS & SIMON, LLC
>913 North Market Street
>11th Floor
>P.O. Box 1380
>Wilmington, Delaware 19899-1380

Attorneys for Plaintiffs

_____
Gary W. Alderson

## SCHEDULE A

**TO:**   Touch of Health Massage Alliance

**The deponent is requested to produce a person or persons who are most knowledgeable about and can testify regarding the matters described below:**

1. The treatment rendered to Sharon Anderson, DOB: 1/23/63, in 2005.

2. The documentation of treatment rendered to Sharon Anderson in 2005.

3. The billing procedures for the treatment rendered to Sharon Anderson in 2005.

4. The complete billing history related to treatment rendered to Sharon Anderson in 2005, including all billing, invoices, payment records, and explanations of benefits, communications with the patient, attorneys, insurers, collection agencies or credit reporting agencies.

5. The relationship, ownership, affiliation or connection between Faulk Road Physical Therapy, Inc. d/b/a Pro Physical Therapy and Touch of Health Massage Alliance.

6. The method used by Touch of Health Massage Alliance to determine the fees for the treatment rendered to Sharon Anderson in 2005.

7. The methods of determining what treatment modalities to utilize in the care of Sharon Anderson 2005.

8. The identities of all persons who rendered treatment to Sharon Anderson in 2005.

9. The licensure of all persons who provided treatment to Sharon Anderson in 2005.

## SCHEDULE B

**TO:**   Touch of Health Massage Alliance

**DOCUMENTS TO BE PRODUCED**

1. The entire <u>original</u> medical chart for Sharon Anderson.

2. All records related to the complete billing and payment history, including documents related to payments, write-offs, write-downs, Explanations of Benefits, insurance payments, co-pays, collection efforts or referrals for Sharon Anderson.