## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KERRY JOHNSON, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. 1:06-cv-408 |
| GEICO CASUALTY COMPANY, et al. | * | |
| Defendants | * | CLASS ACTION |

\* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF RULE 30(B)(6) DEPOSITION DUCES TECUM OF
### FAULK ROAD PHYSICAL THERAPY, INC. d/b/a PRO PHYSICAL THERAPY

PLEASE TAKE NOTICE that pursuant to FED. R. CIV. P. (b)(6), the Defendants will take the deposition upon oral examination of the person designated by Faulk Road Physical Therapy, Inc. d/b/a Pro Physical Therapy with respect to the topics set forth in Schedule A. The designee shall produce the original documents set forth in Schedule B. The deposition duces tecum will take place on July 16, 2008, commencing at 11:00 a.m., at the offices of LAW OFFICES OF DAWN L. BECKER, 919 N. Market Street, Suite 460, Wilmington, Delaware 19801, or such other date or at such other time or place as may be agreed upon by the parties or ordered by the Court. The deposition will be recorded by stenographic means.

| | |
|---|---|
| /s/ Gary Alderson | /s/ George M. Church |
| Gary W. Alderson, Trial Bar No. 3895 | George M. Church |
| Dawn L. Becker, Trial Bar No. 2975 | Laura A. Cellucci |
| LAW OFFICES OF DAWN L. BECKER | MILES & STOCKBRIDGE P.C. |
| Citizens Bank Center | 10 Light Street |
| 919 N. Market Street | Baltimore, Maryland 21202 |
| Suite 460 | 410-727-6464 |
| Wilmington, Delaware 19801 | |
| 302-778-5786 | *Attorneys for Defendants* |
| *Attorneys for Defendants* | *Admitted Pro Hac Vice* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 3rd day of June, 2008, a copy of the foregoing was mailed, first class mail, postage prepaid, to:

>Richard H. Cross, Jr., Esquire
>Christopher P. Simon, Esquire
>CROSS & SIMON, LLC
>913 North Market Street
>11th Floor
>P.O. Box 1380
>Wilmington, Delaware 19899-1380

Attorneys for Plaintiffs

_____
Gary W. Alderson

## SCHEDULE A

**TO:** Faulk Road Physical Therapy, Inc. d/b/a Pro Physical Therapy

**The deponent is requested to produce a person or persons who are most knowledgeable about and can testify regarding the matters described below:**

1. The treatment rendered to Sharon Anderson, DOB: 1/23/63, in 2005.

2. The documentation of treatment rendered to Sharon Anderson in 2005.

3. The billing procedures for the treatment rendered to Sharon Anderson in 2005.

4. The complete billing history related to treatment rendered to Sharon Anderson in 2005, including all billing, invoices, payment records, and explanations of benefits, communications with the patient, attorneys, insurers, collection agencies or credit reporting agencies.

5. The relationship, ownership, affiliation or connection between Faulk Road Physical Therapy, Inc. d/b/a Pro Physical Therapy and Touch of Health Massage Alliance.

6. The method used by Faulk Road Physical Therapy, Inc. d/b/a Pro Physical Therapy to determine the fees for the treatment rendered to Sharon Anderson in 2005.

7. The methods of determining what treatment modalities to utilize in the treatment of Sharon Anderson 2005.

8. The identities of all persons who rendered treatment to Sharon Anderson in 2005.

9. The licensure of all persons who provided treatment to Sharon Anderson in 2005.

10. The relationship and/or utilization of services, data, or information from Medicode (or Ingenix) between January 1, 2001 and the present.

11. The relationship and/or utilization of services, data, or information from MedEval between January 1, 2001 and the present.

12. The relationship with and/or utilization of services, data or information from any third party vendor concerning your billing practices or amounts or the selection of treatment modalities.

13. The efficacy or therapeutic value of electrical stimulation, hot packs or ultrasound for Sharon Anderson.

14. The relationship, if any, between the treatment provided to Sharon Anderson in 2005 and the motor vehicle accident of August 3, 2004.

## SCHEDULE B

**TO:** Faulk Road Physical Therapy, Inc. d/b/a Pro Physical Therapy

**DOCUMENTS TO BE PRODUCED**

1. The entire <u>original</u> medical chart for Sharon Anderson.

2. All records related to the complete billing and payment history, including documents related to payments, write-offs, write-downs, Explanations of Benefits, insurance payments, co-pays, collection efforts or referrals for Sharon Anderson.

3. All medical literature, studies, texts, articles, or any and all other documents which support your use of electrical stimulation, hot packs or ultrasound for Sharon Anderson.