UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KERRY JOHNSON, et al. | * | |
|     Plaintiffs | * | |
| v. | * | Civil Action No. 1:06-cv-408 |
| GEICO CASUALTY COMPANY, et al. | * | |
|     Defendants | * | CLASS ACTION |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF RULE 30(B)(6) DEPOSITION DUCES TECUM OF
<u>REHABILITATION ASSOCIATES, P.A. d/b/a DELAWARE BACK PAIN</u>**

PLEASE TAKE NOTICE that pursuant to FED. R. CIV. P. 30(b)(6), the Defendants will take the deposition upon oral examination of the person designated by Rehabilitation Associates, P.A. d/b/a Delaware Back Pain with respect to the topics set forth in Schedule A. The designee shall produce the original documents set forth in Schedule B. The deposition duces tecum will take place on July 15, 2008, commencing at 9:00 a.m., at the offices of LAW OFFICES OF DAWN L. BECKER, 919 N. Market Street, Suite 460, Wilmington, Delaware 19801, or such other date or at such other time or place as may be agreed upon by the parties or ordered by the Court. The deposition will be recorded by stenographic means.

| | |
|---|---|
| _____ | _____ |
| Gary W. Alderson, Trial Bar No. 3895 | George M. Church |
| Dawn L. Becker, Trial Bar No. 2975 | Laura A. Cellucci |
| LAW OFFICES OF DAWN L. BECKER | MILES & STOCKBRIDGE P.C. |
| Citizens Bank Center | 10 Light Street |
| 919 N. Market Street | Baltimore, Maryland 21202 |
| Suite 460 | 410-727-6464 |
| Wilmington, Delaware 19801 | |
| 302-778-5786 | *Attorneys for Defendants* |
| *Attorneys for Defendants* | *Admitted Pro Hac Vice* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 3rd day of June, 2008, a copy of the foregoing was mailed, first class mail, postage prepaid, to:

> Richard H. Cross, Jr., Esquire
> Christopher P. Simon, Esquire
> CROSS & SIMON, LLC
> 913 North Market Street
> 11th Floor
> P.O. Box 1380
> Wilmington, Delaware 19899-1380
>
> Attorneys for Plaintiffs

_____
Gary W. Alderson

## SCHEDULE A

TO:    Rehabilitation Associates, P.A. d/b/a Delaware Back Pain

**The deponent is requested to produce a person or persons who are most knowledgeable about and can testify regarding the matters described below:**

1.    The complete billing and payment history relating to billings, payments, write-offs, write-downs, explanations of benefits, insurance payments, collection efforts or referrals and the entire payment account history for Kerry Johnson, DOB: 8/12/56.

2.    Rehabilitation Associates, P.A.'s billing practices, policies, guidelines and/or protocols, including all documents regarding the processing of bills, the chronological history of your billing practices and any changes and/or revisions to your billing practices from January 1, 2001 to the present.

3.    The relationship, ownership, affiliation or connection between Rehabilitation Associates and Delaware Recovery Systems.

4.    The relationship, ownership, affiliation or connection between Rehabilitation Associates and First State Surgery Center.

5.    The complete history of all medications provided to or prescriptions written for Kerry Johnson.

6.    The methods and procedures utilized by Rehabilitation Associates between January 1, 2001 and the present to determine or establish the amounts to charge for the medical care and treatment services provided to patients of Rehabilitation Associates.

7.    The manner or method utilized by Rehabilitation Associates P.A. and the criteria required to justify treatment of patients utilizing the following treatment modalities:

CPT codes 62311, 76005-26, 95861, 97014, 97110, 97150, 99141, 99212, 99213, 99214, 99243 and 98940.

8.  The basis or justification by which Rehabilitation Associates P.A. determined the medical necessity and/or therapeutic benefit of treating Kerry Johnson with hot packs (CPT 97010) or electrical stimulation (CPT 97014) after September 16, 2004.

9.  The affiliation between Rehabilitation Associates P.A. and any outside vendor relating to the establishment or setting of the amounts which you charge for treatment provided to patient or relating to the efficacy or therapeutic benefit of treatment modalities utilized by Rehabilitation Associates in treating soft tissue injuries.

## SCHEDULE B

**TO:**   Rehabilitation Associates, P.A. d/b/a Delaware Back Pain

**DOCUMENTS TO BE PRODUCED:**

1. The entire original medical chart for Kerry Johnson.

2. All records related to the complete billing and payment history, including documents related to payments, write-offs, write-downs, Explanations of Benefits, insurance payments, co-pays, collection efforts or referrals for Kerry Johnson.