IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | | |
|---|---|---|
| KERRY JOHNSON and | ) | |
| SHARON ANDERSON, | ) | |
| on behalf of themselves and all | ) | |
| others similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 1:06-CV408JJF |
| | ) | |
| v. | ) | |
| | ) | |
| GOVERNMENT EMPLOYEES | ) | |
| INSURANCE COMPANY, | ) | |
| GEICO CASUALTY COMPANY, | ) | |
| GEICO GENERAL INSURANCE | ) | |
| COMPANY, and GEICO INDEMNITY | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

John S. Spadaro and the firm of John Sheehan Spadaro, LLC hereby enter their appearance as co-counsel, with Cross & Simon LLC, for the plaintiffs Kerry Johnson and Sharon Anderson (on behalf of themselves and all others similarly situated).

Respectfully submitted,

JOHN SHEEHAN SPADARO, LLC

/s/ John S. Spadaro
John S. Spadaro, No. 3155
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
(302)235-7745

1970

2

                                        CROSS & SIMON LLC

                                        Richard H. Cross, Jr., No. 3576
Christopher P. Simon, No. 3697
Kevin S. Mann, No. 4576
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380
(302)777-4200

Attorneys for plaintiffs Kerry Johnson and Sharon Anderson (on behalf of themselves and all others similarly situated)

June 11, 2008