**SEALED DOCUMENT**

**SEALED DOCUMENT**

**SEALED DOCUMENT**

**SEALED DOCUMENT**