IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | | |
|---|---|---|
| KERRY JOHNSON and<br>SHARON ANDERSON,<br>on behalf of themselves and all<br>others similarly situated, | )<br>)<br>)<br>)<br>) | |
| Plaintiffs,<br>v. | )<br>)<br>) | C.A. No. 1:06-cv408 (JJF) |
| GOVERNMENT EMPLOYEES<br>INSURANCE COMPANY,<br>GEICO CASUALTY COMPANY,<br>GEICO GENERAL INSURANCE<br>COMPANY, and GEICO INDEMNITY<br>COMPANY, | )<br>)<br>)<br>)<br>)<br>) | TRIAL-BY JURY DEMANDED<br><br>CLASS ACTION |
| Defendants. | ) | |

**NOTICE OF PLAINTIFFS' MOTION TO
COMPEL DEPOSITION OF DR. WILLIE THOMPSON**

To:  Dr. Willie E. Thompson
10814 Cherry Blossom Court
Adelphi, MD 20783

Dr. Willie E. Thompson
1298 Cronson Boulevard
Suite 203
Crofton, MD 21114

Dr. Willie E. Thompson
15 Omega Drive
Building K, First Floor
Newark, DE 19713

Dawn L. Becker, Esquire
Gary Alderson, Esquire
LAW OFFICES OF DAWN L. BECKER
Citizens Bank Center
919 Market Street, Suite 460
Wilmington, DE 19801

George M. Church, Esquire
Laura A. Cellucci, Esquire
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202

Meloney Cargil Perry, Esquire
Meckler Bulger & Tilson LLP
10,000 North Central Expressway
Suite 1450
Dallas, TX 75231

**PLEASE TAKE NOTICE** that the undersigned will present the *Plaintiffs' Motion to Compel Deposition of Dr. Willie Thompson* to the Honorable Joseph J. Farnan on July 11, 2008, at 2:00 p.m. or as soon thereafter as may be heard.

Dated: June 26, 2008
       Wilmington, Delaware

CROSS & SIMON, LLC

By: /s/ Kevin S. Mann
Richard H. Cross, Jr. (No. 3576)
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200
(302) 777-4224 facsimile

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June, 2008, a true and correct copy of the foregoing *Notice of Plaintiffs' Motion to Compel Deposition of Dr. Willie Thompson* was served on the following in the manner indicated:

**BY HAND DELIVERY**
Dawn L. Becker, Esquire
Gary Alderson, Esquire
LAW OFFICES OF DAWN L. BECKER
Citizens Bank Center
919 Market Street, Suite 460
Wilmington, DE 19801

**BY FIRST CLASS MAIL**
George M. Church, Esquire
Laura A. Cellucci, Esquire
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202

**BY FIRST CLASS MAIL**
Meloney Cargil Perry, Esquire
Meckler Bulger & Tilson LLP
10,000 North Central Expressway
Suite 1450
Dallas, TX 75231

**BY FIRST CLASS MAIL**
Dr. Willie E. Thompson
10814 Cherry Blossom Court
Adelphi, MD 20783

**BY FIRST CLASS MAIL**
Dr. Willie E. Thompson
1298 Cronson Boulevard
Suite 203
Crofton, MD 21114

**BY FIRST CLASS MAIL**
Dr. Willie E. Thompson
15 Omega Drive
Building K, First Floor
Newark, DE 19713

_____
Kevin S. Mann (No. 4576)