UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KERRY JOHNSON, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. 1:06-cv-00408-JJF |
| GEICO CASUALTY COMPANY, et al. | * | |
| Defendants | * | **CLASS ACTION** |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on this 30th day of June, 2008, the undersigned counsel caused a copy of:

1. Defendants' Answers to Plaintiffs' Second Set of Interrogatories;
2. Defendants' Response to Plaintiffs' First Set of Requests for Admission; and
3. Defendants' Response to Plaintiffs' Fourth Set of Document Requests

**to be served by first class mail, postage prepaid, to:**

> Richard H. Cross, Jr., Esquire
> Christopher P. Simon, Esquire
> CROSS & SIMON, LLC
> 913 North Market Street
> 11th Floor
> P.O. Box 1380
> Wilmington, Delaware  19899-1380

John S. Spadaro, Esquire
John Sheehan Spadaro, LLC
724 Yorklyn Road
Suite 375
Hockessin, Delaware 19707

*Attorneys for Plaintiffs*


    /s/ Gary W. Alderson
Gary W. Alderson, Trial Bar No. 3895
Dawn L. Becker, Trial Bar No. 2975
LAW OFFICES OF DAWN L. BECKER
Citizens Bank Center
919 N. Market Street
Suite 460
Wilmington, Delaware 19801
302-778-5786
*Attorneys for Defendants*

George M. Church
Laura A. Cellucci
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

*Attorneys for Defendants*
*Admitted Pro Hac Vice*