IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | | |
|---|---|---|
| KERRY JOHNSON and<br>SHARON ANDERSON,<br>on behalf of themselves and all<br>others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT EMPLOYEES<br>INSURANCE COMPANY,<br>GEICO CASUALTY COMPANY,<br>GEICO GENERAL INSURANCE<br>COMPANY, and GEICO INDEMNITY<br>COMPANY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 1:06-cv408 (JJF)<br><br><br><br>NON-ARBITRATION<br><br>TRIAL-BY JURY DEMANDED<br><br><br>CLASS ACTION |

### NOTICE OF SERVICE

I, Kevin S. Mann, hereby certify that on this 30th day of June, 2008, a true and correct copy of *Plaintiff Kerry Johnson's Response to Defendants' Second Set of Requests for Production of Documents to Plaintiff* and *Plaintiff Sharon Anderson's Response to Defendants' Second Set of Requests for Production of Documents to Plaintiff* was served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**
Dawn L. Becker, Esquire
Gary Alderson, Esquire
LAW OFFICES OF DAWN L. BECKER
Citizens Bank Center
919 Market Street, Suite 460
Wilmington, DE 19801

**BY FIRST CLASS MAIL**
George M. Church, Esquire
Laura A. Cellucci, Esquire
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202

**BY FIRST CLASS MAIL**
Meloney Cargil Perry, Esquire
MECKLER BULGER & TILSON LLP
10,000 North Central Expressway
Suite 1450
Dallas, TX 75231

Dated: June 30, 2008
       Wilmington, Delaware

CROSS & SIMON, LLC

By: /s/ Kevin S. Mann
Richard H. Cross, Jr. (No. 3576)
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June, 2008, a true and correct copy of the foregoing *Notice of Service of Plaintiff Kerry Johnson's Response to Defendants' Second Set of Requests for Production of Documents to Plaintiff* and *Plaintiff Sharon Anderson's Response to Defendants' Second Set of Requests for Production of Documents to Plaintiff* was served on the following in the manner indicated:

**BY HAND DELIVERY**
Dawn L. Becker, Esquire
Gary Alderson, Esquire
LAW OFFICES OF DAWN L. BECKER
Citizens Bank Center
919 Market Street, Suite 460
Wilmington, DE 19801

**BY FIRST CLASS MAIL**
George M. Church, Esquire
Laura A. Cellucci, Esquire
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202

**BY FIRST CLASS MAIL**
Meloney Cargil Perry, Esquire
Meckler Bulger & Tilson LLP
10,000 North Central Expressway
Suite 1450
Dallas, TX 75231

_____
Kevin S. Mann (No. 4576)