IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KERRY JOHNSON and SHARON ANDERSON, on behalf of themselves and all others similarly situated, | : : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 06-408-JJF |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO CASUALTY COMPANY, GEICO GENERAL INSURANCE COMPANY and GEICO INDEMNITY COMPANY, | : : : : : |
| Defendants. | : |

**ORDER**

WHEREAS, pending before the Court is Plaintiffs' Motion to Extend Discovery (D.I. 70), which requests the Court order the extension of the written discovery deadline in this action, and allow Plaintiffs to take additional depositions and propound additional interrogatories;

WHEREAS, Plaintiffs' Motion was largely resolved by the parties' Stipulation of Amendment to Rule 16 Scheduling Order (D.I. 112), which was ordered by the Court on June 27, 2008 (D.I. 113);

NOW THEREFORE IT IS HEREBY ORDERED that, in light of the parties' stipulation (D.I. 112), Plaintiffs' Motion to Extend Discovery (D.I. 70) is **DENIED WITH LEAVE TO RENEW** by letter should this matter require the Court's further attention.

July 8, 2008

_____
UNITED STATES DISTRICT JUDGE