IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | | |
|---|---|---|
| KERRY JOHNSON and<br>SHARON ANDERSON,<br>on behalf of themselves and all<br>others similarly situated, | )<br>)<br>)<br>)<br>) | C.A. No. 1:06-cv408 (JJF) |
| Plaintiffs,<br>v. | )<br>)<br>) | TRIAL-BY JURY DEMANDED<br><br>CLASS ACTION |
| GOVERNMENT EMPLOYEES<br>INSURANCE COMPANY,<br>GEICO CASUALTY COMPANY,<br>GEICO GENERAL INSURANCE<br>COMPANY, and GEICO INDEMNITY<br>COMPANY, | )<br>)<br>)<br>)<br>)<br>) | Re: Docket No. 110 |
| Defendants. | )<br>) | |

**NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO COMPEL
DEPOSITION OF DR. WILLIE THOMPSON**

PLEASE TAKE NOTICE that the undersigned attorney, Kevin S. Mann, hereby

withdraws without prejudice *Plaintiffs' Motion to Compel Deposition of Dr. Willie*

*Thompson* [Docket No. 110], which is currently pending before the Honorable Joseph J.

Farnan, Jr.

Dated: July 10, 2008
      Wilmington, Delaware

CROSS & SIMON, LLC

By: _____
Richard H. Cross, Jr. (No. 3576)
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July, 2008, a true and correct copy of the foregoing *Notice of Withdrawal of Plaintiffs' Motion to Compel Deposition of Dr. Willie Thompson* was served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY & EMAIL**
Dawn L. Becker, Esquire
Gary Alderson, Esquire
LAW OFFICES OF DAWN L. BECKER
Citizens Bank Center
919 Market Street, Suite 460
Wilmington, DE 19801

**BY FIRST CLASS MAIL & EMAIL**
George M. Church, Esquire
Laura A. Cellucci, Esquire
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202

**BY FIRST CLASS MAIL & EMAIL**
Meloney Cargil Perry, Esquire
Meckler Bulger & Tilson LLP
10,000 North Central Expressway
Suite 1450
Dallas, TX 75231

**BY FIRST CLASS MAIL & EMAIL**
John F.X. Costello, Esquire
John F.X. Costello & Associates, LLC
9500 Arena Drive, Suite 370
Largo, MD 20774

Kevin S. Mann (No. 4576)