IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | | |
|---|---|---|
| KERRY JOHNSON and SHARON ANDERSON, on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| | ) | C.A. No. 1:06-cv408 (JJF) |
| Plaintiffs, | ) ) | |
| v. | ) | NON-ARBITRATION |
| | ) | |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO CASUALTY COMPANY, GEICO GENERAL INSURANCE COMPANY, and GEICO INDEMNITY COMPANY, | ) ) ) ) ) ) ) | TRIAL BY JURY DEMANDED CLASS ACTION |
| Defendants. | | |

## NOTICE OF MOTION

TO:

| | |
|---|---|
| Christopher P. Simon, Esquire | Gary W. Alderson, Esquire |
| Kevin S. Mann, Esquire | Dawn L. Becker, Esquire |
| Cross & Simon LLC | Law Offices of Dawn L. Becker |
| 913 N. Market Street, 11th Floor | 919 Market St., Suite 725 |
| Wilmington, DE 19899-1380 | Wilmington, DE 19801 |

PLEASE TAKE NOTICE that the attached Motion to Quash will be presented to the Honorable Joseph J. Farnan, Jr. on Friday, September 12, 2008 at 2:00 p.m. or otherwise at the Court's convenience.

MORRIS JAMES LLP

_____
David J. Soldo (#4309)
500 Delaware Avenue
Suite 1500
Wilmington, DE 19899
(302) 888-6800
*Attorneys for CorVel Corporation*

July 14, 2008