IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | |
|---|---|
| KERRY JOHNSON and SHARON ANDERSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO CASUALTY COMPANY, GEICO GENERAL INSURANCE COMPANY, and GEICO INDEMNITY COMPANY,<br><br>Defendants. | C.A. No. 1:06-cv408 (JJF)<br><br>NON-ARBITRATION<br><br>TRIAL BY JURY DEMANDED<br><br>CLASS ACTION |

**CORVEL CORPORATION'S RULE 26 CERTIFICATION
IN SUPPORT OF ITS MOTION TO QUASH**

I, David J. Soldo, Esquire, attorney for CorVel Corporation ("CorVel"), pursuant to Federal Rule of Civil Procedure 26, hereby certify that the following communications took place and constituted good faith efforts to attempt to resolve the discovery dispute that has caused CorVel Corporation to move to quash:

| Date(s) | Communication |
|---|---|
| 6.30.08 | PCs to/from Kevin Mann, Esquire re: extension to respond; scope of subpoena |
| 7.1.08 | Letter to K. Mann, Esquire re: position on subpoena request |
| 7.2.08 | PCs to/from Christopher Simon, Esquire re: scope of subpoena request; extension to respond – granted until 7.14.08 |
| 7.2.08 | Memos to and from K. Mann, Esquire, and C. Simon, Esquire re: Confidentiality Order. |
| 7.11.08 | PC from C. Simon, Esquire re: Motion to Quash; proposed Order |
| 7.14.08 | PCs to/from C. Simon, Esquire re: Motion to Quash; Objections and |

responses to subpoena; Proposed Order

MORRIS JAMES LLP

_____
David J. Soldo (#4309)
500 Delaware Avenue, 15th Floor
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800
*Attorneys for CorVel Corporation*

July 14, 2008