IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KERRY JOHNSON, et al., | C.A. No. 1:06-cv-408 |
| Plaintiffs, | |
| v. | CLASS ACTION |
| GEICO CASUALTY COMPANY, et al., | |
| Defendant. | |

## WITHDRAWAL OF COUNSEL

Please withdraw the appearance of Gary W. Alderson, Esquire on behalf of Defendants, Government Employees Insurance Company, GEICO Casualty Company, GEICO General Insurance Company and GEICO Indemnity Company.

Law Office of Dawn L. Becker

_____
Gary W. Alderson, Esquire
Citizens Bank Center
919 Market Street, Suite 460
Wilmington, DE 19801
(302) 778-5784

SO ORDERED THIS_____day of_____, 2008

_____
J.