IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | | |
|---|---|---|
| KERRY JOHNSON and SHARON ANDERSON, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 1:06-cv408 (JJF) |
| v. | ) ) ) | |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, | ) ) | NON-ARBITRATION |
| GEICO CASUALTY COMPANY, GEICO GENERAL INSURANCE COMPANY, and GEICO INDEMNITY COMPANY, | ) ) ) ) | TRIAL-BY JURY DEMANDED |
| | ) | CLASS ACTION |
| Defendants. | ) ) | |

## NOTICE OF SERVICE

I, Kevin S. Mann, hereby certify that on this 1st day of August, 2008, a true and correct copy of *Plaintiffs' Second Set of Requests for Admissions Directed to Defendants* was served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**
Dawn L. Becker, Esquire
Gary Alderson, Esquire
LAW OFFICES OF DAWN L. BECKER
Citizens Bank Center
919 Market Street, Suite 460
Wilmington, DE 19801

**BY FIRST CLASS MAIL**
George M. Church, Esquire
Laura A. Cellucci, Esquire
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202

**BY FIRST CLASS MAIL**
Meloney Cargil Perry, Esquire
MECKLER BULGER & TILSON LLP
10,000 North Central Expressway
Suite 1450
Dallas, TX 75231

Dated: August 1, 2008  
      Wilmington, Delaware

CROSS & SIMON, LLC

By: _/s/ Kevin S. Mann_____
Richard H. Cross, Jr. (No. 3576)
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of August, 2008, a true and correct copy of the foregoing *Notice of Service of Plaintiffs' Second Set of Requests for Admissions Directed to Defendants* was served on the following in the manner indicated:

**BY HAND DELIVERY**
Dawn L. Becker, Esquire
Gary Alderson, Esquire
LAW OFFICES OF DAWN L. BECKER
Citizens Bank Center
919 Market Street, Suite 460
Wilmington, DE 19801

**BY FIRST CLASS MAIL**
George M. Church, Esquire
Laura A. Cellucci, Esquire
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202

**BY FIRST CLASS MAIL**
Meloney Cargil Perry, Esquire
MECKLER BULGER & TILSON LLP
10,000 North Central Expressway
Suite 1450
Dallas, TX 75231

_____
Kevin S. Mann (No. 4576)