IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KERRY JOHNSON, et al., | C.A. No. 1:06-cv-408 |
| Plaintiffs, | |
| v. | CLASS ACTION |
| GEICO CASUALTY COMPANY, et al., | |
| Defendant. | |

## SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Gary W. Alderson, Esquire and substitute the appearance of Dawn L. Becker, Esquire, of Law Office of Dawn L. Becker on behalf of defendant GEICO.

Law Office of Dawn L. Becker

/s/ Gary W. Alderson, ID # 3895
Gary W. Alderson, Esquire
Citizens Bank Center
919 Market Street, Suite 460
Wilmington, DE 19801
(302) 778-5784

Law Office of Dawn L. Becker

/s/ Dawn L. Becker, ID # 2975
Dawn L. Becker, Esquire
Citizens Bank Center
919 Market Street, Suite 460
Wilmington, DE 19801
(302) 778-5784

SO ORDERED THIS_____day of_____, 2008

_____
J.