IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KERRY JOHNSON, et al., | |
| | C.A. No. 1:06-cv-408 |
| Plaintiffs, | |
| v. | |
| | CLASS ACTION |
| GEICO CASUALTY COMPANY, et al., | |
| Defendant. | |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Heather Long, Esquire, on behalf of Defendants, Government Employees Insurance Company, GEICO Casualty Company, GEICO General Insurance Company and GEICO Indemnity Company.

Law Office of Dawn L. Becker

_Heather Long, Esquire ID#4910_
Heather Long, Esquire
Citizens Bank Center
919 Market Street, Suite 460
Wilmington, DE 19801
(302) 778-5784

SO ORDERED THIS_____day of_____, 2008

_____
J.