## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KERRY JOHNSON, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. 1:06-cv-00408-JJF |
| GEICO CASUALTY COMPANY, et al. | * | |
| Defendants | * | **CLASS ACTION** |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 8th day of August, 2008, the undersigned counsel caused a copy of:

1. Subpoena and Notice of Deposition of Anna Bloch;

2. Subpoena and Notice of Deposition of Kathie Wilson;

3. Subpoena and Notice of Deposition of Katherine Shearer;

and

4. Subpoena and Notice of Deposition of Linda Russell

**to be served by electronic filing and/or first class mail, postage prepaid, to:**

> Richard H. Cross, Jr., Esquire
> Christopher P. Simon, Esquire
> CROSS & SIMON, LLC
> 913 North Market Street
> 11th Floor
> P.O. Box 1380
> Wilmington, Delaware 19899-1380

John S. Spadaro, Esquire
JOHN SHEEHAN SPADARO, LLC
724 Yorklyn Road
Suite 375
Hockessin, Delaware 19707



    /s/ Dawn L. Becker
Dawn L. Becker, Trial Bar No. 2975
LAW OFFICES OF DAWN L. BECKER
Citizens Bank Center
919 N. Market Street
Suite 460
Wilmington, Delaware 19801
302-778-5786
*Attorneys for Defendants*


George M. Church
Laura A. Cellucci
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464
*Attorneys for Defendants*
*Admitted Pro Hac Vice*