IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | | |
|---|---|---|
| KERRY JOHNSON and SHARON ANDERSON, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 1:06-cv408 (JJF) |
| v. | ) ) | |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, | ) ) | NON-ARBITRATION |
| GEICO CASUALTY COMPANY, GEICO GENERAL INSURANCE COMPANY, and GEICO INDEMNITY COMPANY, | ) ) ) ) | TRIAL-BY JURY DEMANDED CLASS ACTION |
| Defendants. | ) ) | |

**STIPULATION OF SUPPLEMENT TO STIPULATED CONFIDENTIALITY ORDER**

Plaintiffs and Defendants, by and through undersigned counsel, hereby stipulate and agree, subject to approval of the Court, that the Stipulated Confidential Order [Docket Entry No. 41], entered on December 4, 2007, shall be supplemented as follows:

It is hereby ordered that the following provision shall also govern claims of confidentiality in these proceedings:

1) In connection with discovery proceedings in this action and the parties' Stipulated Confidentiality Order, and as permitted by Delaware state and federal law, Defendants will produce, either as agreed between the parties or as directed by the Court, certain Delaware Personal Injury Protection ("PIP") claim files without redacting non-public personally identifiable information, but subject to applicable attorney/client and/or work product privileges. In conjunction therewith, concerning any non-public personally identifiable information that may be contained within the PIP claim files or any of the information and/or documents produced by Defendants in this action, Plaintiffs agree that they will not contact any purported class member, other than the named Plaintiffs in this action, unless and until a class is certified in this action; however, to the extent Plaintiffs identify other potential purported class members, if any, through other resources outside of this action, they are not barred from such contact. Plaintiffs also agree that Defendants

may identify the information and documents produced from the PIP claim files as Confidential and Subject to the Protective Order entered in this action.

| CROSS & SIMON, LLC | LAW OFFICES OF DAWN L. BECKER |
|---|---|
| *[signature]* | *[signature]* |
| Richard H. Cross, Jr. (No. 3576) | Dawn L. Becker (No. 2975) |
| Christopher P. Simon (No. 3697) | Heather Long (No. 4910) |
| Kevin S. Mann (No. 4576) | Citizens Bank Center |
| 913 North Market Street, 11th Floor | 919 Market Street, Suite 725 |
| P.O. Box 1380 | Wilmington, DE 19801 |
| Wilmington, Delaware 19899-1380 | (302) 778-5784 |
| (302) 777-4200 | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED, this _____ day of _____, 2008

_____          _____
DATE                                                           The Honorable Joseph J. Farnan
                                                               United States District Court for the District
                                                               of Delaware

633571v7&4010/80293