UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

KERRY JOHNSON, et al.              *

    Plaintiffs                          *

v.                                 *     Civil Action No. 1:06-cv-00408-JJF

GEICO CASUALTY COMPANY, et al.    *

    Defendants                         *     **CLASS ACTION**

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on this 29th day of August, 2008, the undersigned counsel caused a copy of Defendants' Response to Plaintiffs' Second Set of Requests for Admissions **to be served by first class mail, postage prepaid,** to:

    Richard H. Cross, Jr., Esquire
    Christopher P. Simon, Esquire
    CROSS & SIMON, LLC
    913 North Market Street
    11th Floor
    P.O. Box 1380
    Wilmington, Delaware 19899-1380

John S. Spadaro, Esquire
John Sheehan Spadaro, LLC
724 Yorklyn Road
Suite 375
Hockessin, Delaware 19707

*Attorneys for Plaintiffs*


/s/ Heather Long
Heather Long, Trial Bar No. 4910
Dawn L. Becker, Trial Bar No. 2975
LAW OFFICES OF DAWN L. BECKER
Citizens Bank Center
919 N. Market Street
Suite 460
Wilmington, Delaware 19801
302-778-5786
***Attorneys for Defendants***

George M. Church
Laura A. Cellucci
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

***Attorneys for Defendants***
***Admitted Pro Hac Vice***