IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | | |
|---|---|---|
| KERRY JOHNSON and<br>SHARON ANDERSON,<br>on behalf of themselves and all<br>others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GOVERNMENT EMPLOYEES<br>INSURANCE COMPANY,<br>GEICO CASUALTY COMPANY,<br>GEICO GENERAL INSURANCE<br>COMPANY, and GEICO INDEMNITY<br>COMPANY,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 1:06-cv408 (JJF)<br><br><br><br>NON-ARBITRATION<br><br>TRIAL-BY JURY DEMANDED<br><br><br>CLASS ACTION |

## STIPULATION OF AMENDMENT TO RULE 16 SCHEDULING ORDER

Plaintiffs and Defendants, by and through undersigned counsel, hereby stipulate and agree, subject to approval of the Court, that the Rule 16 Scheduling Order [Docket No. 36], entered on November 13, 2007, shall be amended as follows:

3. **Discovery.**

(a) Exchange and completion of interrogatories, identification of all fact witnesses and document production shall be commenced so as to be completed by September 30, 2008. The parties agree that neither party is permitted to issue new written discovery requests as a result of this amendment.

The parties reserve all rights to seek further relief from the November 13, 2007 Rule 16 Scheduling Order, as necessary.

1

| CROSS & SIMON, LLC | LAW OFFICES OF DAWN L. BECKER |
|---|---|
| */s/ Kevin S. Mann* | */s/ Dawn L. Becker* |
| Richard H. Cross, Jr. (No. 3576) | Dawn L. Becker (No. 2975) |
| Christopher P. Simon (No. 3697) | Heather A. Long (No. 4910) |
| Kevin S. Mann (No. 4576) | Citizens Bank Center |
| 913 North Market Street, 11th Floor | 919 Market Street, Suite 725 |
| P.O. Box 1380 | Wilmington, DE 19801 |
| Wilmington, Delaware 19899-1380 | (302) 778-5784 |
| (302) 777-4200 | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | |

SO ORDERED, this _____ day of _____, 2008

_____          _____
DATE                                                     The Honorable Joseph J. Farnan
                                                         United States District Court for the District
                                                         of Delaware