IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | | |
|---|---|---|
| KERRY JOHNSON and SHARON ANDERSON, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 1:06-cv408 (JJF) |
| v. | ) ) ) | |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO CASUALTY COMPANY, GEICO GENERAL INSURANCE COMPANY, and GEICO INDEMNITY COMPANY, | ) ) ) ) ) ) ) ) | NON-ARBITRATION TRIAL-BY JURY DEMANDED CLASS ACTION |
| Defendants. | ) | |

**STIPULATION EXTENDING TIME TO ANSWER MOTION TO QUASH**

Plaintiffs and CorVel Corporation, by and through undersigned counsel, hereby stipulate and agree:

1. CorVel Corporation will re-notice its Motion to Quash currently scheduled for Friday, September 12, 2008 at 2:00 p.m. [Docket No. 120] for the Court's non-patent motion hearing day, Thursday, October 9, 2008 at 2:00 p.m. or at such other time as the parties so agree and may be heard by the Court.

2. CorVel Corporation has agreed to allow Plaintiffs additional time to respond to CorVel Corporation's Motion to Quash;

   (a) Plaintiffs will respond to CorVel Corporation's Motion to Quash by Thursday, October 2, 2008, at 12:00 p.m.

| CROSS & SIMON, LLC | MORRIS JAMES LLP |
|---|---|
| /s/ Kevin S. Mann | /s/ David J. Soldo |
| Richard H. Cross, Jr. (No. 3576) | David J. Soldo (No. 4309) |
| Christopher P. Simon (No. 3697) | 500 Delaware Avenue |
| Kevin S. Mann (No. 4576) | Suite 1500 |
| 913 North Market Street, 11th Floor | Wilmington, DE 19899 |
| P.O. Box 1380 | (302) 888-6800 |
| Wilmington, Delaware 19899-1380 | dsoldo@morrisjames.com |
| (302) 777-4200 | |
| rcross@crosslaw.com | *Attorneys for Defendants* |
| csimon@crosslaw.com | |

*Attorneys for Plaintiffs*

SO ORDERED, this _____ day of _____, 2008

_____        _____
            DATE                                 The Honorable Joseph J. Farnan
                                                 United States District Court for the District
                                                 of Delaware

1910235/1

2