## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF DELAWARE

KERRY JOHNSON and )
SHARON ANDERSON, )
on behalf of themselves and all )
others similarly situated, )
                     )
          Plaintiffs, )      C.A. No. 1:06-cv408 (JJF)
                     )
                     )
      v. )
                     )
GOVERNMENT EMPLOYEES )      NON-ARBITRATION
INSURANCE COMPANY, )
GEICO CASUALTY COMPANY, )      TRIAL-BY JURY DEMANDED
GEICO GENERAL INSURANCE )
COMPANY, and GEICO INDEMNITY )
COMPANY, )      CLASS ACTION
                     )
          Defendants. )

### STIPULATION EXTENDING TIME TO ANSWER MOTION TO QUASH

       Plaintiffs and CorVel Corporation, by and through undersigned counsel, hereby stipulate

and agree:

       1.      CorVel Corporation will re-notice its Motion to Quash currently scheduled for

Friday, September 12, 2008 at 2:00 p.m. [Docket No. 120] for the Court's non-patent motion

hearing day, Thursday, October 9, 2008 at 2:00 p.m. or at such other time as the parties so agree

and may be heard by the Court.

       2.      CorVel Corporation has agreed to allow Plaintiffs additional time to respond to

CorVel Corporation's Motion to Quash;

           (a)      Plaintiffs will respond to CorVel Corporation's Motion to Quash by

Thursday, October 2, 2008, at 12:00 p.m.

CROSS & SIMON, LLC

_Richard H. Cross, Jr. (No. 3576)_
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200
rcross@crosslaw.com
csimon@crosslaw.com

*Attorneys for Plaintiffs*

MORRIS JAMES LLP

_David J. Soldo (No. 4309)_
500 Delaware Avenue
Suite 1500
Wilmington, DE 19899
(302) 888-6800
dsoldo@morrisjames.com

*Attorneys for Defendants*

SO ORDERED, this __8__ day of __September__, 2008

_____
The Honorable Joseph J. Farnan
United States District Court for the District
of Delaware

1910235/1

2